# UNITED STATES DISTRICT COURT

FOR THE _____ District of _Massachusetts_

FILED
CLERKS OFFICE

2005 MAR 29  A 11: 53

Tony B. Gaskins, et al
Plaintiff

V.

David Nolan, et al
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF COURT
FEES AND AFFIDAVIT
DISTRICT OF MASS

CASE NUMBER:

05-10630

I, _Tony B. Gaskins_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant         ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _MCI-Cedar Junction_

    Are you employed at the institution? _No_  Do you receive any payment from the _No_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☑ No
    b. Rent payments, interest or dividends             ☐ Yes    ☑ No
    c. Pensions, annuities or life insurance payments   ☐ Yes    ☑ No
    d. Disability or workers compensation payments      ☐ Yes    ☑ No
    e. Gifts or inheritances                            ☐ Yes    ☑ No
    f. Any other sources                                ☑ Yes    ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

I receive, on occasions, money from family and friends.

4. Do you have any cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. My wife, Katrina Gaskins and son, Akeem Gaskins; but I have no money to give them.

I declare under penalty of perjury that the above information is true and correct.

__3/24/05__                    __[signature]__
Date                            Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050318 13:04

Page : 1

| Commit# : | W52145 | | MCI CEDAR JUNCTION |
| Name : | GASKINS, TONY, , | Statement From | 20040901 |
| Inst : | MCI CEDAR JUNCTION | | 20050318 |
| Block : | TEN BLOCK | | |
| Cell/Bed : | 47 /A | | |

05-10630

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $21,857.31 | $21,679.44 | $0.00 | $0.00 |
| 20040907 22:30 | CN - Canteen | 3329508 | | CJ | ~Canteen Date : 20040907 | $0.00 | $5.92 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3337507 | | CJ | | $0.56 | $0.00 | $0.00 | $0.00 |
| 20040910 09:15 | EX - External Disbursement | 3362896 | 31959 | CJ | ~DEPOSIT~BANKNORTH MASSACHUSETTS | $0.00 | $50.00 | $0.00 | $0.00 |
| 20040913 22:30 | CN - Canteen | 3368748 | | CJ | ~Canteen Date : 20040913 | $0.00 | $9.53 | $0.00 | $0.00 |
| 20040914 09:52 | EX - External Disbursement | 3371111 | 32011 | CJ | ~THE SPORTING NEWS | $0.00 | $10.00 | $0.00 | $0.00 |
| 20040920 22:30 | CN - Canteen | 3397343 | | CJ | ~Canteen Date : 20040920 | $0.00 | $10.75 | $0.00 | $0.00 |
| 20040921 09:23 | IC - Transfer from Inmate to Club A/c | 3400181 | | CJ | ~BOXERS (3)~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $7.98 | $0.00 | $0.00 |
| 20040921 09:26 | IC - Transfer from Inmate to Club A/c | 3400220 | | CJ | ~1531,1541~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $12.93 | $0.00 | $0.00 |
| 20040927 22:30 | CN - Canteen | 3426347 | | CJ | ~Canteen Date : 20040927 | $0.00 | $8.74 | $0.00 | $0.00 |
| 20040928 11:03 | IC - Transfer from Inmate to Club A/c | 3428204 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $12.29 | $0.00 | $0.00 |
| 20041004 22:30 | CN - Canteen | 3454361 | | CJ | ~Canteen Date : 20041004 | $0.00 | $11.89 | $0.00 | $0.00 |
| 20041005 10:18 | EX - External Disbursement | 3457893 | 32224 | CJ | ~THE SPORTING NEWS | $0.00 | $10.00 | $0.00 | $0.00 |
| 20041005 10:18 | MA - Maintenance and Administration | 3457894 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041005 10:25 | EX - External Disbursement | 3458000 | 32223 | CJ | ~U.S. DISTRICT COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20041005 10:25 | EX - External Disbursement | 3458005 | 32222 | CJ | ~SPORTING NEWS | $0.00 | $14.55 | $0.00 | $0.00 |
| 20041008 14:19 | CI - Transfer from Club to Inmate A/c | 3482136 | | CJ | ~CTN CREDIT 10/8/04 ORDER~W52145 GASKINS,TONY PERSONAL~KCN WASH ACCOUNT - Z5 | $9.41 | $0.00 | $0.00 | $0.00 |
| 20041011 22:30 | CN - Canteen | 3485541 | | CJ | ~Canteen Date : 20041011 | $0.00 | $12.03 | $0.00 | $0.00 |
| 20041012 09:19 | ML - Mail | 3487442 | 08179075367/M.O. | CJ | ~KATRINA GASKINS | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041012 09:30 | ML - Mail | 3487592 | 08183763536/M.O. | CJ | ~KATRINA GASKINS | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3502716 | | CJ | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20041018 10:53 | IC - Transfer from Inmate to Club A/c | 3532429 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20041020 09:10 | EX - External Disbursement | 3543392 | 32396 | CJ | ~BANKNORTH MASSACHUSETTS | $0.00 | $70.00 | $0.00 | $0.00 |
| 20041020 09:10 | EX - External Disbursement | 3543397 | 32395 | CJ | ~CENTURY BANK | $0.00 | $30.00 | $0.00 | $0.00 |
| 20041021 08:40 | ML - Mail | 3554572 | 08220036964/M.O. | CJ | ~JON GASKINS | $300.00 | $0.00 | $0.00 | $0.00 |
| 20041025 09:08 | EX - External Disbursement | 3562678 | 32433 | CJ | ~THE SPORTING NEWS | $0.00 | $10.00 | $0.00 | $0.00 |
| 20041025 22:30 | CN - Canteen | 3567753 | | CJ | ~Canteen Date : 20041025 | $0.00 | $9.69 | $0.00 | $0.00 |
| 20041026 08:46 | VC - Voided Check | 3568723 | 32223 | CJ | ~U.S. DISTRICT COURT | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041027 09:43 | IC - Transfer from Inmate to Club A/c | 3574354 | | CJ | ~POSTAGE PER PROPERTY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050318 13:04

| | | | | Page : 2 |
|---|---|---|---|---|
| Commit# : | W52145 | | MCI CEDAR JUNCTION | |
| Name : | GASKINS, TONY, , | Statement From | 20040901 | |
| Inst : | MCI CEDAR JUNCTION | To | 20050318 | |
| Block : | TEN BLOCK | | | |
| Cell/Bed : | 47 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041027 09:43 | EX - External Disbursement | 3574358 | 32471 | CJ | ~KOSS CORPORATION | $0.00 | $6.00 | $0.00 | $0.00 |
| 20041101 09:44 | EX - External Disbursement | 3593739 | 32528 | CJ | ~U.S. DISTRICT COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20041101 09:44 | MA - Maintenance and Administration | 3593740 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041101 22:30 | CN - Canteen | 3597520 | | CJ | ~Canteen Date : 20041101 | $0.00 | $8.68 | $0.00 | $0.00 |
| 20041102 08:46 | EX - External Disbursement | 3598722 | 32557 | CJ | ~KATRINA GASKINS | $0.00 | $100.00 | $0.00 | $0.00 |
| 20041102 08:46 | EX - External Disbursement | 3598723 | 32556 | CJ | ~CENTURY BANK | $0.00 | $200.00 | $0.00 | $0.00 |
| 20041104 11:45 | IC - Transfer from Inmate to Club A/c | 3618560 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20041104 11:45 | IC - Transfer from Inmate to Club A/c | 3618561 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20041104 11:45 | IC - Transfer from Inmate to Club A/c | 3618563 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20041108 22:30 | CN - Canteen | 3631242 | | CJ | ~Canteen Date : 20041108 | $0.00 | $7.74 | $0.00 | $0.00 |
| 20041110 09:19 | EX - External Disbursement | 3641507 | 32646 | CJ | ~LASHANDA BROWN | $0.00 | $15.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3648407 | | CJ | | $0.42 | $0.00 | $0.00 | $0.00 |
| 20041112 13:53 | IC - Transfer from Inmate to Club A/c | 3672529 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.70 | $0.00 | $0.00 |
| 20041122 10:10 | IC - Transfer from Inmate to Club A/c | 3707687 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20041129 22:30 | CN - Canteen | 3736065 | | CJ | ~Canteen Date : 20041129 | $0.00 | $8.06 | $0.00 | $0.00 |
| 20041206 22:30 | CN - Canteen | 3772617 | | CJ | ~Canteen Date : 20041206 | $0.00 | $7.23 | $0.00 | $0.00 |
| 20041207 08:49 | ML - Mail | 3773678 | | CJ | ~CANNOT READ NAME | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041207 08:49 | MA - Maintenance and Administration | 3773679 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 08:49 | ML - Mail | 3773682 | | CJ | ~CANNOT READ NAME | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041207 08:55 | ML - Mail | 3773757 | | CJ | ~JOAN | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781492 | | CJ | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20041208 08:32 | ML - Mail | 3794865 | 07595556052/M.O. | CJ | ~C. JONES | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041213 22:30 | CN - Canteen | 3823299 | | CJ | ~Canteen Date : 20041213 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20041214 08:26 | EX - External Disbursement | 3824815 | 32939 | CJ | ~AKEEM GASKINS | $0.00 | $50.00 | $0.00 | $0.00 |
| 20041214 09:02 | ML - Mail | 3825315 | | CJ | ~NO NAME GIVEN | $29.00 | $0.00 | $0.00 | $0.00 |
| 20041214 10:44 | IC - Transfer from Inmate to Club A/c | 3826266 | | CJ | ~AM/FM RADIO W/HEADPHONES~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $23.63 | $0.00 | $0.00 |
| 20041216 09:31 | ML - Mail | 3843015 | | CJ | ~ROSE LOCKWOOD | $40.00 | $0.00 | $0.00 | $0.00 |
| 20041220 22:30 | CN - Canteen | 3858059 | | CJ | ~Canteen Date : 20041220 | $0.00 | $3.84 | $0.00 | $0.00 |
| 20041222 11:21 | EX - External Disbursement | 3866487 | 33018 | CJ | ~AKEEM GASKINS | $0.00 | $50.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20050318 13:04**

Page : 3

| Commit# : | W52145 | | | MCI CEDAR JUNCTION | | | |
|---|---|---|---|---|---|---|---|
| Name : | GASKINS, TONY, , | | | Statement From | 20040901 | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20050318 | | |
| Block : | TEN BLOCK | | | | | | |
| Cell/Bed : | 47 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20041227 22:30 | CN - Canteen | 3890326 | | CJ | ~Canteen Date : 20041227 | $0.00 | $3.57 | $0.00 | $0.00 |
| 20050103 22:30 | CN - Canteen | 3921774 | | CJ | ~Canteen Date : 20050103 | $0.00 | $5.32 | $0.00 | $0.00 |
| 20050110 22:30 | CN - Canteen | 3956917 | | CJ | ~Canteen Date : 20050110 | $0.00 | $3.05 | $0.00 | $0.00 |
| 20050112 09:00 | EX - External Disbursement | 3964449 | 33275 | CJ | ~KATRINA GASKINS | $0.00 | $20.00 | $0.00 | $0.00 |
| 20050112 09:00 | MA - Maintenance and Administration | 3964450 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3982580 | | CJ | | $0.31 | $0.00 | $0.00 | $0.00 |
| 20050117 22:30 | CN - Canteen | 4001173 | | CJ | ~Canteen Date : 20050117 | $0.00 | $1.37 | $0.00 | $0.00 |
| 20050124 22:30 | CN - Canteen | 4030541 | | CJ | ~Canteen Date : 20050124 | $0.00 | $2.56 | $0.00 | $0.00 |
| 20050131 11:38 | EX - External Disbursement | 4059369 | 33469 | CJ | ~TIFFANY BROWN | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050131 22:30 | CN - Canteen | 4060854 | | CJ | ~Canteen Date : 20050131 | $0.00 | $4.49 | $0.00 | $0.00 |
| 20050201 14:51 | IC - Transfer from Inmate to Club A/c | 4066026 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050201 14:51 | IC - Transfer from Inmate to Club A/c | 4066027 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050202 10:35 | IC - Transfer from Inmate to Club A/c | 4072046 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20050202 11:24 | IC - Transfer from Inmate to Club A/c | 4072357 | | CJ | ~NOTARIZED DOCUMENTS~INMATE RESTITUTION - Z42~INMATE RESTITUTION - Z42 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20050207 22:30 | CN - Canteen | 4096631 | | CJ | ~Canteen Date : 20050207 | $0.00 | $1.92 | $0.00 | $0.00 |
| 20050209 12:50 | IC - Transfer from Inmate to Club A/c | 4106276 | | CJ | ~SOCKS,SHOWER SHOES~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $4.95 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4111663 | | CJ | | $0.25 | $0.00 | $0.00 | $0.00 |
| 20050214 13:13 | IC - Transfer from Inmate to Club A/c | 4144327 | | CJ | ~DDU HEARING TAPE PER INMATE REQUEST~INMATE RESTITUTION - Z42~INMATE RESTITUTION - Z42 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20050214 22:30 | CN - Canteen | 4145887 | | CJ | ~Canteen Date : 20050214 | $0.00 | $7.56 | $0.00 | $0.00 |
| 20050221 22:30 | CN - Canteen | 4175272 | | CJ | ~Canteen Date : 20050221 | $0.00 | $3.84 | $0.00 | $0.00 |
| 20050224 10:18 | EX - External Disbursement | 4194952 | 33777 | CJ | ~K AND A MAIL ORDER SERVICE | $0.00 | $3.00 | $0.00 | $0.00 |
| 20050224 10:18 | MA - Maintenance and Administration | 4194953 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050224 11:43 | IC - Transfer from Inmate to Club A/c | 4195116 | | CJ | ~CERT. POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $10.22 | $0.00 | $0.00 |
| 20050307 22:30 | CN - Canteen | 4240516 | | CJ | ~Canteen Date : 20050307 | $0.00 | $2.74 | $0.00 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4273250 | | CJ | ~Canteen Date : 20050314 | $0.00 | $6.06 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4282771 | | CJ | | $0.09 | $0.00 | $0.00 | $0.00 |
| | | | | | | $760.37 | $934.02 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20050318 13:04

| | | | |
|---|---|---|---|
| Commit# : | W52145 | **MCI CEDAR JUNCTION** | Page : 4 |
| Name : | GASKINS, TONY, , | Statement From  20040901 | |
| Inst : | MCI CEDAR JUNCTION | To  20050318 | |
| Block : | TEN BLOCK | | |
| Cell/Bed : | 47 /A | | |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $4.22 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $4.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |