United States District Court
District of Massachusetts

Tony B. Gaskins, et al,
    Plaintiffs,

v.

David Nolan, et al,
    Defendants.

Civil Action
No. 05-10630-JLT

## Motion to Appoint Counsel

Now comes the Plaintiffs in the above-captioned matter moves this court to appoint them counsel. The complexities of the case requires adjudication by an experienced attorney. An experienced attorney appointed to Plaintiffs' will be paramount to a successful end.

Respectfully submitted,

*Tony B. Gaskins*
Tony B. Gaskins, Pro Se
MCI-Cedar Junction
P.O. Box 100
South Walpole, MA, 02071

Dated: 4/19/05