UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN THE OFFICE

Tony B. Gaskins, et al,

Plaintiffs,

.v.

David Nolan, et al.,

Defendants.

2005 MAY -9  P 3:31

C.A. No. 05-10630-JLT

## MOTION TO COMPEL DEFENDANTS TO PROVIDE PLAINTIFFS WITH PHOTOCOPIES OF ANY LEGAL DOCUMENT WISHED TO BE COPIED BY PLAINTIFFS.

Now comes the plaintiffs in the above-entitled matter moves this court to order the defendants to provide them with photocopies of any and all legal documents requested for photo-copying by the plaintiffs.

The plaintiff, Tony Gaskins, who has pending cases within the courts is not being allowed to photocopy any of his legal documents he sends to the main library for photocopying. On 4/17/05, Mr. Gaskins sent to be photocopied a "Response Memorandum" filed in the matter of Commonwealth .v. Gaskins, Essex Superior Court No. 91-018642. The Response Motion was sent to Mr. Gaskins by his attorney, John J. Barter, who is representing him on his Rule 30 Motion For New Trial, which is at the evidentiary hearing stage. Upon sending the motion to the Librarian, Beverly Veglas for photocopying, she denied the requested copies for not being an "original document."

Here, '"the system for obtaining copies [is] haphazard." See Cepulonis v. Fair, 732 F.2d 1,4 (1st Cir. 1984).

The plaintiffs contends that the defendants actions are deliberate and to inhibit them from "meaningful" access to seek redress with the courts. If the plaintiffs do not receive an order from this Court allowing them to photocopy any of their legal documents—whether its an original or not—will deny them their 14th Amendment rights to due process and access to the courts. See, e.g., Green v. Johnson, 977 F.2d 1383,1389 (Converesly, prison officials may not affirmatively hinder a prisoner's efforts to construct a nonfrivolous appeal or claim); Carver v. Knox County, Tenn., 753 F.Supp. 1370,1391 (E.D.Tenn. 1989)(This access to the courts must be "adequate, effective and meaningful").

In this case, plaintiffs access is not "meaningful" within the spirit of the law. Because if plaintiffs are "only" allowed to photocopy so-called "original documents," this will effectively take away their ability to properly litigate any of the cases they now have pending before the courts. There would be no way for the plaintiffs to submit to this court documents to support their claims now pending before this court and other courts, such as in the matter of Gaskins v. Dennehy, et al, 04-SUCV-00717; Gaskins v. Dennehy, et al, 05-SUCV-2057. If this order is not granted, these pending

cases will not be able to be effectively prosecuted by the
Plaintiff, Tony Gaskins. And could also damage his chance at
regaining his freedom if not allowed to photocopy legal
documents provided him by his attorney or legal documents
provided him by others. Accord Ramos v. Lamm, 639 F.2d 559
(1980). See attached Exhibit.

Wherefore, the plaintiffs prays that this motion is
allowed.

Respectfully submitted,

Tony B. Gaskins, pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: 4/27/05

## CERTIFICATE OF SERVICE

I, Tony B. Gaskins, hereby certify that I caused a
true copy of the foregoing to be served on Nancy A. White,
Esq., Legal Division, Department of Correction, 70 Franklin
Street, Boston, Ma. 02110, by first class mail, postage
prepaid.

Tony B. Gaskins, pro se

Dated: 4/27/05

103 CMR 478.00   Attachment C

## DEPARTMENT OF CORRECTION
## LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying. The Librarian will only copy original documents.

Date: _4/12/05_

Name: _TONY GASKINS_

Inmate Number: _W52145_

Institution: _MCI-Cedar Junction_

Housing Unit: _DOU_

Number of pages of document to be copied: _23_

Number of copies: _1_

Cite the legal rule or Court Order or provide reason for the number of copies requested: _N/A_

If there is a Court deadline, you must write it here: _N/A_ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request:

_____

Attach the document to be copied to this Legal Photocopying Request Form.

_____

For Librarian use only:

Approved:_____                    Denied: ✓_____

_Received 4/21/05_                          Reason for denial:
                                            _____ Not original legal document
                                            _____ Failure to cite legal rule or Court Order
                                            _____ Other:_____

Date received: _____          Date completed:_____
Total number of pages: _____

_"Not in accordance with 103 CmR 478 Ex. A "The Librarian will only copy original documents". It appears this is your copy of a legal document. G. Hughes, Librarian C_