Inmate Name        Gaskins, Tony

Commitment Number   W52145

Period Encompassed   9/1/04 - 2/28/05

|  | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 106.62 | 0 | 106.62 |
| 20% of Six Month Average Daily Balance |  |  | 21.32 |
| Total Expenditures for Period | 925.22 |  |  |
| Total Income for Period | 760.28 |  |  |

To the best of my knowledge, the above summary information is true and accurate:

Signed:_____    Time:_____    Date:_____

Note: A copy of the inmate's account activity statement for the six month period ("Inmate Transaction History") is attached.

MASS. CORR. INST. WALPOLE
P.O. BOX 100
SOUTH WALPOLE, MA 02071

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050502 14:30

| | | | | |
|---|---|---|---|---|
| Commit# : | W52145 | | MCI CEDAR JUNCTION | Page : 4 |
| Name : | GASKINS, TONY, . | | Statement From 20040901 | |
| Inst : | MCI CEDAR JUNCTION | | To 20050228 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | |
| Cell/Bed : | 143 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $21,857.31 | $21,679.44 | $0.00 | $0.00 |
| 20040907 22:30 | CN - Canteen | 3329508 | | CJ | ~Canteen Date : 20040907 | $0.00 | $5.92 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3337507 | | CJ | | $0.56 | $0.00 | $0.00 | $0.00 |
| 20040910 09:15 | EX - External Disbursement | 3362896 | 31959 | CJ | ~DEPOSIT~BANKNORTH MASSACHUSETTS | $0.00 | $50.00 | $0.00 | $0.00 |
| 20040913 22:30 | CN - Canteen | 3368748 | | CJ | ~Canteen Date : 20040913 | $0.00 | $9.53 | $0.00 | $0.00 |
| 20040914 09:52 | EX - External Disbursement | 3371111 | 32011 | CJ | ~THE SPORTING NEWS | $0.00 | $10.00 | $0.00 | $0.00 |
| 20040920 22:30 | CN - Canteen | 3397343 | | CJ | ~Canteen Date : 20040920 | $0.00 | $10.75 | $0.00 | $0.00 |
| 20040921 09:23 | IC - Transfer from Inmate to Club A/c | 3400181 | | CJ | ~BOXERS (3)~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $7.98 | $0.00 | $0.00 |
| 20040921 09:26 | IC - Transfer from Inmate to Club A/c | 3400220 | | CJ | ~1531,1541~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $12.93 | $0.00 | $0.00 |
| 20040927 22:30 | CN - Canteen | 3426347 | | CJ | ~Canteen Date : 20040927 | $0.00 | $8.74 | $0.00 | $0.00 |
| 20040928 11:03 | IC - Transfer from Inmate to Club A/c | 3428204 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $12.29 | $0.00 | $0.00 |
| 20041004 22:30 | CN - Canteen | 3454361 | | CJ | ~Canteen Date : 20041004 | $0.00 | $11.89 | $0.00 | $0.00 |
| 20041005 10:18 | EX - External Disbursement | 3457893 | 32224 | CJ | ~THE SPORTING NEWS | $0.00 | $10.00 | $0.00 | $0.00 |
| 20041005 10:18 | MA - Maintenance and Administration | 3457894 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041005 10:25 | EX - External Disbursement | 3458000 | 32223 | CJ | ~U.S. DISTRICT COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20041005 10:25 | EX - External Disbursement | 3458005 | 32222 | CJ | ~SPORTING NEWS | $0.00 | $14.55 | $0.00 | $0.00 |
| 20041008 14:19 | CI - Transfer from Club to Inmate A/c | 3482136 | | CJ | ~CTN CREDIT 10/8/04 ORDER~W52145 GASKINS,TONY PERSONAL~KCN WASH ACCOUNT - Z5 | $9.41 | $0.00 | $0.00 | $0.00 |
| 20041011 22:30 | CN - Canteen | 3485541 | | CJ | ~Canteen Date : 20041011 | $0.00 | $12.03 | $0.00 | $0.00 |
| 20041012 09:19 | ML - Mail | 3487442 | 08179075367/M.O. | CJ | ~KATRINA GASKINS | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041012 09:30 | ML - Mail | 3487592 | 08183763536/M.O. | CJ | ~KATRINA GASKINS | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3502716 | | CJ | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20041018 10:53 | IC - Transfer from Inmate to Club A/c | 3532429 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20041020 09:10 | EX - External Disbursement | 3543392 | 32396 | CJ | ~BANKNORTH MASSACHUSETTS | $0.00 | $70.00 | $0.00 | $0.00 |
| 20041020 09:10 | EX - External Disbursement | 3543397 | 32395 | CJ | ~CENTURY BANK | $0.00 | $30.00 | $0.00 | $0.00 |
| 20041021 08:40 | ML - Mail | 3554572 | 08220036964/M.O. | CJ | ~JON GASKINS | $300.00 | $0.00 | $0.00 | $0.00 |
| 20041025 09:08 | EX - External Disbursement | 3562678 | 32433 | CJ | ~THE SPORTING NEWS | $0.00 | $10.00 | $0.00 | $0.00 |
| 20041025 22:30 | CN - Canteen | 3567753 | | CJ | ~Canteen Date : 20041025 | $0.00 | $9.69 | $0.00 | $0.00 |
| 20041026 08:46 | VC - Voided Check | 3568723 | 32223 | CJ | ~U.S. DISTRICT COURT | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041027 09:43 | IC - Transfer from Inmate to Club A/c | 3574354 | | CJ | ~POSTAGE PER PROPERTY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050502 14:30

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | W52145 | | MCI CEDAR JUNCTION | | Page : 5 |
| Name : | GASKINS, TONY, , | | Statement From | 20040901 | |
| Inst : | MCI CEDAR JUNCTION | | To | 20050228 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | |
| Cell/Bed : | 143 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041027 09:43 | EX - External Disbursement | 3574358 | 32471 | CJ | ~KOSS CORPORATION | $0.00 | $6.00 | $0.00 | $0.00 |
| 20041101 09:44 | EX - External Disbursement | 3593739 | 32528 | CJ | ~U.S. DISTRICT COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20041101 09:44 | MA - Maintenance and Administration | 3593740 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041101 22:30 | CN - Canteen | 3597520 | | CJ | ~Canteen Date : 20041101 | $0.00 | $8.68 | $0.00 | $0.00 |
| 20041102 08:46 | EX - External Disbursement | 3598722 | 32557 | CJ | ~KATRINA GASKINS | $0.00 | $100.00 | $0.00 | $0.00 |
| 20041102 08:46 | EX - External Disbursement | 3598723 | 32556 | CJ | ~CENTURY BANK | $0.00 | $200.00 | $0.00 | $0.00 |
| 20041104 11:45 | IC - Transfer from Inmate to Club A/c | 3618560 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20041104 11:45 | IC - Transfer from Inmate to Club A/c | 3618561 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20041104 11:45 | IC - Transfer from Inmate to Club A/c | 3618563 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20041108 22:30 | CN - Canteen | 3631242 | | CJ | ~Canteen Date : 20041108 | $0.00 | $7.74 | $0.00 | $0.00 |
| 20041110 09:19 | EX - External Disbursement | 3641507 | 32646 | CJ | ~LASHANDA BROWN | $0.00 | $15.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3648407 | | CJ | | $0.42 | $0.00 | $0.00 | $0.00 |
| 20041112 13:53 | IC - Transfer from Inmate to Club A/c | 3672529 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.70 | $0.00 | $0.00 |
| 20041122 10:10 | IC - Transfer from Inmate to Club A/c | 3707687 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20041129 22:30 | CN - Canteen | 3736065 | | CJ | ~Canteen Date : 20041129 | $0.00 | $8.06 | $0.00 | $0.00 |
| 20041206 22:30 | CN - Canteen | 3772617 | | CJ | ~Canteen Date : 20041206 | $0.00 | $7.23 | $0.00 | $0.00 |
| 20041207 08:49 | ML - Mail | 3773678 | | CJ | ~CANNOT READ NAME | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041207 08:49 | MA - Maintenance and Administration | 3773679 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 08:49 | ML - Mail | 3773682 | | CJ | ~CANNOT READ NAME | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041207 08:55 | ML - Mail | 3773757 | | CJ | ~JOAN | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781492 | | CJ | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20041208 08:32 | ML - Mail | 3794865 | 07595556052/M.O. | CJ | ~C. JONES | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041213 22:30 | CN - Canteen | 3823299 | | CJ | ~Canteen Date : 20041213 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20041214 08:26 | EX - External Disbursement | 3824815 | 32939 | CJ | ~AKEEM GASKINS | $0.00 | $50.00 | $0.00 | $0.00 |
| 20041214 09:02 | ML - Mail | 3825315 | | CJ | ~NO NAME GIVEN | $29.00 | $0.00 | $0.00 | $0.00 |
| 20041214 10:44 | IC - Transfer from Inmate to Club A/c | 3826266 | | CJ | ~AM/FM RADIO W/HEADPHONES~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $23.63 | $0.00 | $0.00 |
| 20041216 09:31 | ML - Mail | 3843015 | | CJ | ~ROSE LOCKWOOD | $40.00 | $0.00 | $0.00 | $0.00 |
| 20041220 22:30 | CN - Canteen | 3858059 | | CJ | ~Canteen Date : 20041220 | $0.00 | $3.84 | $0.00 | $0.00 |
| 20041222 11:21 | EX - External Disbursement | 3866487 | 33018 | CJ | ~AKEEM GASKINS | $0.00 | $50.00 | $0.00 | $0.00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050502 14:30

| | | | | | |
|---|---|---|---|---|---|
| Commit#: | W52145 | | MCI CEDAR JUNCTION | | Page: 6 |
| Name: | GASKINS, TONY,, | | Statement From | 20040901 | |
| Inst: | MCI CEDAR JUNCTION | | To | 20050228 | |
| Block: | DEPARTMENT DISCIPLINARY UNIT | | | | |
| Cell/Bed: | 143 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041227 22:30 | CN - Canteen | 3890326 | | CJ | ~Canteen Date : 20041227 | $0.00 | $3.57 | $0.00 | $0.00 |
| 20050103 22:30 | CN - Canteen | 3921774 | | CJ | ~Canteen Date : 20050103 | $0.00 | $5.32 | $0.00 | $0.00 |
| 20050110 22:30 | CN - Canteen | 3956917 | | CJ | ~Canteen Date : 20050110 | $0.00 | $3.05 | $0.00 | $0.00 |
| 20050112 09:00 | EX - External Disbursement | 3964449 | 33275 | CJ | ~KATRINA GASKINS | $0.00 | $20.00 | $0.00 | $0.00 |
| 20050112 09:00 | MA - Maintenance and Administration | 3964450 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3982580 | | CJ | | $0.31 | $0.00 | $0.00 | $0.00 |
| 20050117 22:30 | CN - Canteen | 4001173 | | CJ | ~Canteen Date : 20050117 | $0.00 | $1.37 | $0.00 | $0.00 |
| 20050124 22:30 | CN - Canteen | 4030541 | | CJ | ~Canteen Date : 20050124 | $0.00 | $2.56 | $0.00 | $0.00 |
| 20050131 11:38 | EX - External Disbursement | 4059369 | 33469 | CJ | ~TIFFANY BROWN | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050131 22:30 | CN - Canteen | 4060854 | | CJ | ~Canteen Date : 20050131 | $0.00 | $4.49 | $0.00 | $0.00 |
| 20050201 14:51 | IC - Transfer from Inmate to Club A/c | 4066026 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050201 14:51 | IC - Transfer from Inmate to Club A/c | 4066027 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050202 10:35 | IC - Transfer from Inmate to Club A/c | 4072046 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20050202 11:24 | IC - Transfer from Inmate to Club A/c | 4072357 | | CJ | ~NOTARIZED DOCUMENTS~INMATE RESTITUTION - Z42~INMATE RESTITUTION - Z42 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20050207 22:30 | CN - Canteen | 4096631 | | CJ | ~Canteen Date : 20050207 | $0.00 | $1.92 | $0.00 | $0.00 |
| 20050209 12:50 | IC - Transfer from Inmate to Club A/c | 4106276 | | CJ | ~SOCKS,SHOWER SHOES~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $4.95 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4111663 | | CJ | | $0.25 | $0.00 | $0.00 | $0.00 |
| 20050214 13:13 | IC - Transfer from Inmate to Club A/c | 4144327 | | CJ | ~DDU HEARING TAPE PER INMATE REQUEST~INMATE RESTITUTION - Z42~INMATE RESTITUTION - Z42 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20050214 22:30 | CN - Canteen | 4145887 | | CJ | ~Canteen Date : 20050214 | $0.00 | $7.56 | $0.00 | $0.00 |
| 20050221 22:30 | CN - Canteen | 4175272 | | CJ | ~Canteen Date : 20050221 | $0.00 | $3.84 | $0.00 | $0.00 |
| 20050224 10:18 | EX - External Disbursement | 4194952 | 33777 | CJ | ~K AND A MAIL ORDER SERVICE | $0.00 | $3.00 | $0.00 | $0.00 |
| 20050224 10:18 | MA - Maintenance and Administration | 4194953 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050224 11:43 | IC - Transfer from Inmate to Club A/c | 4195116 | | CJ | ~CERT. POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $10.22 | $0.00 | $0.00 |
| | | | | | | $760.28 | $925.22 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $12.93 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050502 14:30

| | | | | Page: 7 |
|---|---|---|---|---|
| Commit# : | W52145 | | MCI CEDAR JUNCTION | |
| Name : | GASKINS, TONY, , | Statement From | 20040901 | |
| Inst : | MCI CEDAR JUNCTION | To | 20050228 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | |
| Cell/Bed : | 143 /A | | | |

**Current Balances:**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $139.77 | $0.00 | $100.00 | $0.00 | $0.00 | $0.00 |