Inmate Name: Tyler, Derrick

Commitment Number: W48332

Period Encompassed: 9/1/04 – 2/28/05

|  | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 171.82 | 71.82 | 243.64 |
| 20% of Six Month Average Daily Balance |  |  | 48.73 |
| Total Expenditures for Period | 921.57 |  |  |
| Total Income for Period | 758.25 |  |  |

To the best of my knowledge, the above summary information is true and accurate:

Signed:_____   Time:_____   Date:_____

MASS. CORR. INST. WALPOLE
P.O. BOX 100
SOUTH WALPOLE, MA 02071

Note: A copy of the inmate's account activity statement for the six month period ("Inmate Transaction History") is attached.

(Stamp: FILED CLERK'S OFFICE, 2005 MAY -4 A 11:34, U.S. DISTRICT COURT, DISTRICT OF MASS)

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050502 14:30

| | | | | | Page: 1 |
|---|---|---|---|---|---|
| Commit#: | W48332 | | | MCI CEDAR JUNCTION | |
| Name: | TYLER, DERRICK, , | | Statement From | 20040901 | |
| Inst: | MCI CEDAR JUNCTION | | To | 20050228 | |
| Block: | TEN BLOCK | | | | |
| Cell/Bed: | 4 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period: | $2,542.64 | $2,311.24 | $391.32 | $320.00 |
| 20040907 22:30 | CN - Canteen | 3329486 | | CJ | ~Canteen Date : 20040907 | $0.00 | $14.63 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3337917 | | CJ | | $0.43 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3337918 | | CJ | | $0.00 | $0.00 | $0.12 | $0.00 |
| 20040910 09:13 | EX - External Disbursement | 3362889 | 31958 | CJ | ~T.V. REPAIR~INSTITUTIONAL TELEVISION | $0.00 | $65.00 | $0.00 | $0.00 |
| 20040910 09:20 | EX - External Disbursement | 3362942 | 31957 | CJ | ~MAGAZINE(12 ISSUES)~HARRIS PUBLICATIONS INC. | $0.00 | $12.00 | $0.00 | $0.00 |
| 20040913 22:30 | CN - Canteen | 3368982 | | CJ | ~Canteen Date : 20040913 | $0.00 | $8.03 | $0.00 | $0.00 |
| 20040920 08:53 | EX - External Disbursement | 3395416 | 32073 | CJ | ~MIMI'S VARIETY STORE | $0.00 | $15.75 | $0.00 | $0.00 |
| 20040920 22:30 | CN - Canteen | 3397473 | | CJ | ~Canteen Date : 20040920 | $0.00 | $1.62 | $0.00 | $0.00 |
| 20040927 22:30 | CN - Canteen | 3426325 | | CJ | ~Canteen Date : 20040927 | $0.00 | $3.62 | $0.00 | $0.00 |
| 20040928 10:04 | EX - External Disbursement | 3428022 | 32162 | CJ | ~DIRECT SOURCE | $0.00 | $35.90 | $0.00 | $0.00 |
| 20041004 09:16 | ML - Mail | 3450347 | | CJ | ~SHAWN DRUMGOLD | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041004 22:30 | CN - Canteen | 3454343 | | CJ | ~Canteen Date : 20041004 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20041011 22:30 | CN - Canteen | 3485523 | | CJ | ~Canteen Date : 20041011 | $0.00 | $3.76 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3503119 | | CJ | | $0.28 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3503120 | | CJ | | $0.00 | $0.00 | $0.13 | $0.00 |
| 20041018 22:30 | CN - Canteen | 3534122 | | CJ | ~Canteen Date : 20041018 | $0.00 | $5.58 | $0.00 | $0.00 |
| 20041019 09:40 | EX - External Disbursement | 3536844 | 32343 | CJ | ~MIMI'S VARIETY STORE | $0.00 | $16.50 | $0.00 | $0.00 |
| 20041019 09:40 | MA - Maintenance and Administration | 3536845 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041025 22:30 | CN - Canteen | 3567733 | | CJ | ~Canteen Date : 20041025 | $0.00 | $2.45 | $0.00 | $0.00 |
| 20041026 08:40 | ML - Mail | 3568647 | | CJ | ~SUZANNA DEAN | $40.00 | $0.00 | $0.00 | $0.00 |
| 20041029 10:18 | EX - External Disbursement | 3589783 | 32505 | CJ | ~CAROL FOREMAN | $0.00 | $65.00 | $0.00 | $0.00 |
| 20041101 22:30 | CN - Canteen | 3597500 | | CJ | ~Canteen Date : 20041101 | $0.00 | $1.79 | $0.00 | $0.00 |
| 20041103 08:43 | ML - Mail | 3603965 | 07166413236/M.O. | CJ | ~J. PERRY | $300.00 | $0.00 | $0.00 | $0.00 |
| 20041103 08:43 | MA - Maintenance and Administration | 3603967 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041105 08:30 | ML - Mail | 3622317 | | CJ | ~BRENDA WALLACE | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041108 22:30 | CN - Canteen | 3631218 | | CJ | ~Canteen Date : 20041108 | $0.00 | $8.56 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3648807 | | CJ | | $0.22 | $0.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3648808 | | CJ | | $0.00 | $0.00 | $0.15 | $0.00 |
| 20041115 22:30 | CN - Canteen | 3679990 | | CJ | ~Canteen Date : 20041115 | $0.00 | $1.16 | $0.00 | $0.00 |
| 20041122 11:38 | EX - External Disbursement | 3708359 | 32682 | CJ | ~MIMI'S VARIETY STORE | $0.00 | $17.25 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050502 14:30

| | | | | | | Page: 2 |
|---|---|---|---|---|---|---|
| Commit#: | W48332 | | | MCI CEDAR JUNCTION | | |
| Name: | TYLER, DERRICK, , | | | Statement From | 20040901 | |
| Inst: | MCI CEDAR JUNCTION | | | To | 20050228 | |
| Block: | TEN BLOCK | | | | | |
| Cell/Bed: | 4 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041122 13:18 | EX - External Disbursement | 3708802 | 32688 | CJ | ~CAROLYN FOREMAN | $0.00 | $60.00 | $0.00 | $0.00 |
| 20041122 22:30 | CN - Canteen | 3711316 | | CJ | ~Canteen Date : 20041122 | $0.00 | $5.72 | $0.00 | $0.00 |
| 20041129 22:30 | CN - Canteen | 3736043 | | CJ | ~Canteen Date : 20041129 | $0.00 | $1.73 | $0.00 | $0.00 |
| 20041203 09:19 | ML - Mail | 3763589 | 5601 | CJ | ~BERNARD SCOTT | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041203 09:19 | MA - Maintenance and Administration | 3763591 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041206 22:30 | CN - Canteen | 3772591 | | CJ | ~Canteen Date : 20041206 | $0.00 | $4.33 | $0.00 | $0.00 |
| 20041207 09:34 | IC - Transfer from Inmate to Club A/c | 3774601 | | CJ | ~POSTAGE PER PROPERTY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781889 | | CJ | | $0.75 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781890 | | CJ | | $0.00 | $0.00 | $0.16 | $0.00 |
| 20041213 09:17 | EX - External Disbursement | 3818259 | 32921 | CJ | ~U.S. DISTRICT COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20041213 22:30 | CN - Canteen | 3823275 | | CJ | ~Canteen Date : 20041213 | $0.00 | $5.19 | $0.00 | $0.00 |
| 20041216 09:25 | ML - Mail | 3842889 | 45463924979/M.O. | CJ | ~C. CROSS | $200.00 | $0.00 | $0.00 | $0.00 |
| 20041216 11:08 | IC - Transfer from Inmate to Club A/c | 3843863 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20041220 22:30 | CN - Canteen | 3858245 | | CJ | ~Canteen Date : 20041220 | $0.00 | $10.44 | $0.00 | $0.00 |
| 20041222 11:13 | EX - External Disbursement | 3866424 | 33011 | CJ | ~CHRYSTAL JONES | $0.00 | $125.00 | $0.00 | $0.00 |
| 20041222 11:16 | EX - External Disbursement | 3866455 | 33010 | CJ | ~CAROLYN FOREMAN | $0.00 | $75.00 | $0.00 | $0.00 |
| 20041224 09:34 | EX - External Disbursement | 3885862 | 33086 | CJ | ~FLICK ME INC. | $0.00 | $29.70 | $0.00 | $0.00 |
| 20041224 11:23 | IC - Transfer from Inmate to Club A/c | 3886437 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20041224 11:23 | IC - Transfer from Inmate to Club A/c | 3886438 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20041224 11:24 | IC - Transfer from Inmate to Club A/c | 3886445 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20041227 08:54 | ML - Mail | 3887386 | | CJ | ~L. VAUGHN | $40.00 | $0.00 | $0.00 | $0.00 |
| 20041227 22:30 | CN - Canteen | 3890516 | | CJ | ~Canteen Date : 20041227 | $0.00 | $13.75 | $0.00 | $0.00 |
| 20050103 22:30 | CN - Canteen | 3921750 | | CJ | ~Canteen Date : 20050103 | $0.00 | $5.23 | $0.00 | $0.00 |
| 20050105 10:46 | EX - External Disbursement | 3930793 | 33177 | CJ | ~RONDA SPAIN | $0.00 | $60.00 | $0.00 | $0.00 |
| 20050105 10:46 | MA - Maintenance and Administration | 3930794 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050107 09:41 | EX - External Disbursement | 3949518 | 33189 | CJ | ~RELIANCE COLOR LABS INC. | $0.00 | $9.00 | $0.00 | $0.00 |
| 20050110 22:30 | CN - Canteen | 3956893 | | CJ | ~Canteen Date : 20050110 | $0.00 | $2.90 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3982967 | | CJ | | $0.92 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3982968 | | CJ | | $0.00 | $0.00 | $0.18 | $0.00 |
| 20050117 22:30 | CN - Canteen | 4001147 | | CJ | ~Canteen Date : 20050117 | $0.00 | $2.49 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050502 14:30

| Commit# : | W48332 | | | | MCI CEDAR JUNCTION | | | Page : 3 |
|---|---|---|---|---|---|---|---|---|
| Name : | TYLER, DERRICK, , | | | Statement From | 20040901 | | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20050228 | | | |
| Block : | TEN BLOCK | | | | | | | |
| Cell/Bed : | 4 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050124 22:30 | CN - Canteen | 4030519 | | CJ | ~Canteen Date : 20050124 | $0.00 | $0.36 | $0.00 | $0.00 |
| 20050125 09:37 | EX - External Disbursement | 4032084 | 33378 | CJ | ~HOT GIRLZ INC. | $0.00 | $19.00 | $0.00 | $0.00 |
| 20050131 22:30 | CN - Canteen | 4060764 | | CJ | ~Canteen Date : 20050131 | $0.00 | $0.99 | $0.00 | $0.00 |
| 20050207 22:30 | CN - Canteen | 4096863 | | CJ | ~Canteen Date : 20050207 | $0.00 | $5.11 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4112043 | | CJ | | $0.65 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4112044 | | CJ | | $0.00 | $0.00 | $0.19 | $0.00 |
| 20050214 22:30 | CN - Canteen | 4145867 | | CJ | ~Canteen Date : 20050214 | $0.00 | $12.63 | $0.00 | $0.00 |
| 20050216 09:05 | EX - External Disbursement | 4153546 | 33671 | CJ | ~DENISE BRAXTON | $0.00 | $160.00 | $0.00 | $0.00 |
| 20050216 09:05 | MA - Maintenance and Administration | 4153547 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050221 22:30 | CN - Canteen | 4175250 | | CJ | ~Canteen Date : 20050221 | $0.00 | $2.16 | $0.00 | $0.00 |
| 20050223 08:27 | ML - Mail | 4182232 | | CJ | ~SHAWN DRUMGOLD | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050224 11:44 | IC - Transfer from Inmate to Club A/c | 4195118 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20050224 11:45 | IC - Transfer from Inmate to Club A/c | 4195119 | | CJ | ~CERT. POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.11 | $0.00 | $0.00 |
| 20050228 22:30 | CN - Canteen | 4206001 | | CJ | ~Canteen Date : 20050228 | $0.00 | $3.01 | $0.00 | $0.00 |
| | | | | | | $758.25 | $921.57 | $0.93 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $68.08 | $72.25 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $129.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |