FILED
CLERKS OFFICE

2005 MAY -4 A 11: 38

DISTRICT COURT
DISTRICT OF MASS

Inmate Name  Ayala, Luis

Commitment Number  W52425

Period Encompassed  9/1/04 – 2/28/05

|  | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 126.12 | 26.72 | 152.84 |
| 20% of Six Month Average Daily Balance |  |  | 30.57 |
| Total Expenditures for Period | 599.13 |  |  |
| Total Income for Period | 699.65 |  |  |

To the best of my knowledge, the above summary information is true and accurate:

Signed: _____    Time: _____    Date: _____

Note: A copy of the inmate's account activity statement for the six month period ("Inmate Transaction History") is attached.

MASS. CORR. INST. WALPOLE
P.O. BOX 100
SOUTH WALPOLE, MA 02071

*(handwritten diagonal note: "Inmate now at SBCC")*

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050502 14:30

| | | | | | | | Page: 8 |
|---|---|---|---|---|---|---|---|
| Commit#: | W52425 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | |
| Name: | AYALA, LUIS, , | | | Statement From | 20040901 | | |
| Inst: | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20050228 | | |
| Block: | M2 | | | | | | |
| Cell/Bed: | 50 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period: | $2,627.58 | $2,513.73 | $26.56 | $0.00 |
| 20040902 08:15 | ML - Mail | 3316198 | | CJ | ~CONFESORA PEPIN | $35.00 | $0.00 | $0.00 | $0.00 |
| 20040903 08:31 | IC - Transfer from Inmate to Club A/c | 3320307 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20040903 08:33 | IC - Transfer from Inmate to Club A/c | 3320314 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.30 | $0.00 | $0.00 |
| 20040907 22:30 | CN - Canteen | 3329512 | | CJ | ~Canteen Date : 20040907 | $0.00 | $7.76 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3337463 | | CJ | | $0.29 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3337464 | | CJ | | $0.00 | $0.00 | $0.04 | $0.00 |
| 20040910 09:46 | EX - External Disbursement | 3363191 | 31960 | CJ | ~MEMBERSHIP~S.S. | $0.00 | $12.00 | $0.00 | $0.00 |
| 20040913 22:30 | CN - Canteen | 3368752 | | CJ | ~Canteen Date : 20040913 | $0.00 | $8.39 | $0.00 | $0.00 |
| 20040920 22:30 | CN - Canteen | 3397349 | | CJ | ~Canteen Date : 20040920 | $0.00 | $7.84 | $0.00 | $0.00 |
| 20040927 22:30 | CN - Canteen | 3426351 | | CJ | ~Canteen Date : 20040927 | $0.00 | $4.83 | $0.00 | $0.00 |
| 20040928 09:25 | IC - Transfer from Inmate to Club A/c | 3427856 | | CJ | ~COPIES OF MEDICAL RECORDS~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040929 08:42 | ML - Mail | 3431697 | | CJ | ~C. PEPIN | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040929 08:43 | ML - Mail | 3431715 | | CJ | ~C. PEPIN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040930 12:43 | IC - Transfer from Inmate to Club A/c | 3443618 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20041004 09:43 | ML - Mail | 3450655 | | CJ | ~CONFESORA PEPIN | $35.00 | $0.00 | $0.00 | $0.00 |
| 20041004 11:33 | EX - External Disbursement | 3451563 | 32204 | CJ | ~KENNEAL TONEY | $0.00 | $38.00 | $0.00 | $0.00 |
| 20041004 22:30 | CN - Canteen | 3454365 | | CJ | ~Canteen Date : 20041004 | $0.00 | $13.74 | $0.00 | $0.00 |
| 20041005 10:01 | EX - External Disbursement | 3457815 | 32227 | CJ | ~S.S. | $0.00 | $13.50 | $0.00 | $0.00 |
| 20041005 10:01 | MA - Maintenance and Administration | 3457816 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041005 10:01 | EX - External Disbursement | 3457820 | 32226 | CJ | ~S.S. | $0.00 | $16.00 | $0.00 | $0.00 |
| 20041005 10:23 | EX - External Disbursement | 3457973 | 32225 | CJ | ~HOT GIRLZ INC. | $0.00 | $10.00 | $0.00 | $0.00 |
| 20041005 12:26 | IC - Transfer from Inmate to Club A/c | 3458608 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20041005 12:27 | IC - Transfer from Inmate to Club A/c | 3458609 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20041005 12:27 | IC - Transfer from Inmate to Club A/c | 3458611 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20041011 22:30 | CN - Canteen | 3485543 | | CJ | ~Canteen Date : 20041011 | $0.00 | $2.88 | $0.00 | $0.00 |
| 20041012 10:50 | EX - External Disbursement | 3488635 | 32270 | CJ | ~TYANNA LUZ TORRES | $0.00 | $12.00 | $0.00 | $0.00 |
| 20041012 11:54 | IC - Transfer from Inmate to Club A/c | 3489065 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3502674 | | CJ | | $0.22 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3502675 | | CJ | | $0.00 | $0.00 | $0.04 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050502 14:30

| | | | | |
|---|---|---|---|---|
| Commit# : | W52425 | | SOUZA-BARANOWSKI CORRECTIONAL | Page: 9 |
| Name : | AYALA, LUIS, , | | Statement From 20040901 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To 20050228 | |
| Block : | M2 | | | |
| Cell/Bed : | 50 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041013 20:19 | ML - Mail | 3512881 | 85957 | CJ | ~GRIEVANCE SETTLEMENT MISSING BATHROBE | $35.99 | $0.00 | $0.00 | $0.00 |
| 20041018 09:02 | ML - Mail | 3531190 | | CJ | ~CONFESORA PEPIN | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041018 22:30 | CN - Canteen | 3534272 | | CJ | ~Canteen Date : 20041018 | $0.00 | $6.77 | $0.00 | $0.00 |
| 20041020 08:34 | CI - Transfer from Club to Inmate A/c | 3542728 | | CJ | ~CTN CREDIT 10/4/04 ORDER-~W52425 AYALA,LUIS PERSONAL~KCN WASH ACCOUNT - Z5 | $3.70 | $0.00 | $0.00 | $0.00 |
| 20041025 22:30 | CN - Canteen | 3567757 | | CJ | ~Canteen Date : 20041025 | $0.00 | $9.99 | $0.00 | $0.00 |
| 20041029 10:19 | EX - External Disbursement | 3589785 | 32508 | CJ | ~CELL SHOP | $0.00 | $17.29 | $0.00 | $0.00 |
| 20041029 10:19 | EX - External Disbursement | 3589786 | 32507 | CJ | ~CELL SHOP | $0.00 | $26.29 | $0.00 | $0.00 |
| 20041101 22:30 | CN - Canteen | 3597524 | | CJ | ~Canteen Date : 20041101 | $0.00 | $9.93 | $0.00 | $0.00 |
| 20041104 09:07 | IC - Transfer from Inmate to Club A/c | 3617633 | | CJ | ~COPIES OF MENTAL HEALTH RECORDS~PHOTO COPY CHARGES MEDICAL - Z60~PHOTO COPY CHARGES MEDICAL - Z60 | $0.00 | $10.20 | $0.00 | $0.00 |
| 20041105 15:09 | CI - Transfer from Club to Inmate A/c | 3624836 | | CJ | ~CNTN REFUND (10/3 ORDER)~W52425 AYALA,LUIS PERSONAL~KCN WASH ACCOUNT - Z5 | $3.70 | $0.00 | $0.00 | $0.00 |
| 20041108 22:30 | CN - Canteen | 3631246 | | CJ | ~Canteen Date : 20041108 | $0.00 | $8.48 | $0.00 | $0.00 |
| 20041109 08:25 | EX - External Disbursement | 3635527 | 32626 | CJ | ~S.S. PRINTING & PUBLISHING | $0.00 | $12.00 | $0.00 | $0.00 |
| 20041109 08:25 | MA - Maintenance and Administration | 3635528 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041110 09:17 | IC - Transfer from Inmate to Club A/c | 3641471 | | CJ | ~COPIES PER SHERRY E.~PHOTO COPY CHARGES - Z59~PHOTO COPY CHARGES - Z59 | $0.00 | $2.60 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3648367 | | CJ | | $0.26 | $0.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3648368 | | CJ | | $0.00 | $0.00 | $0.05 | $0.00 |
| 20041112 08:53 | ML - Mail | 3671220 | | CJ | ~CONFESORA PEPIN | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041112 13:56 | IC - Transfer from Inmate to Club A/c | 3672538 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20041115 22:30 | CN - Canteen | 3679756 | | CJ | ~Canteen Date : 20041115 | $0.00 | $15.86 | $0.00 | $0.00 |
| 20041122 13:17 | EX - External Disbursement | 3708794 | 32694 | CJ | ~HOT GIRLZ INC. | $0.00 | $6.00 | $0.00 | $0.00 |
| 20041122 22:30 | CN - Canteen | 3711340 | | CJ | ~Canteen Date : 20041122 | $0.00 | $5.74 | $0.00 | $0.00 |
| 20041123 10:13 | EX - External Disbursement | 3713334 | 32724 | CJ | ~JENNIFER MITCHELL | $0.00 | $30.00 | $0.00 | $0.00 |
| 20041129 22:30 | CN - Canteen | 3736069 | | CJ | ~Canteen Date : 20041129 | $0.00 | $5.74 | $0.00 | $0.00 |
| 20041202 11:45 | EX - External Disbursement | 3758483 | 32784 | CJ | ~S.S. PRINTING AND PUBLISHING | $0.00 | $3.70 | $0.00 | $0.00 |
| 20041202 11:45 | MA - Maintenance and Administration | 3758484 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041206 08:36 | ML - Mail | 3767233 | | CJ | ~CONFESORA PEPIN | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781452 | | CJ | | $0.12 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050502 14:30

| Commit# : | W52425 | | SOUZA-BARANOWSKI CORRECTIONAL | Page: 10 |
|---|---|---|---|---|
| Name : | AYALA, LUIS, , | | Statement From 20040901 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To 20050228 | |
| Block : | M2 | | | |
| Cell/Bed : | 50 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041207 17:00 | IS - Interest | 3781453 | | CJ | | $0.00 | $0.00 | $0.05 | $0.00 |
| 20041213 22:30 | CN - Canteen | 3823303 | | CJ | ~Canteen Date : 20041213 | $0.00 | $14.08 | $0.00 | $0.00 |
| 20041214 10:19 | IC - Transfer from Inmate to Club A/c | 3826190 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20041220 22:30 | CN - Canteen | 3858065 | | CJ | ~Canteen Date : 20041220 | $0.00 | $6.82 | $0.00 | $0.00 |
| 20041222 11:16 | EX - External Disbursement | 3866453 | 33019 | CJ | ~HIP HOPPA DESIGNS | $0.00 | $3.00 | $0.00 | $0.00 |
| 20041224 08:43 | ML - Mail | 3884972 | | CJ | ~CONFESORA PEPIN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041227 22:30 | CN - Canteen | 3890328 | | CJ | ~Canteen Date : 20041227 | $0.00 | $12.26 | $0.00 | $0.00 |
| 20050103 08:38 | ML - Mail | 3917781 | | CJ | ~CONFESORA PEPIN | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050103 08:38 | MA - Maintenance and Administration | 3917782 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050103 22:30 | CN - Canteen | 3921776 | | CJ | ~Canteen Date : 20050103 | $0.00 | $6.12 | $0.00 | $0.00 |
| 20050110 22:30 | CN - Canteen | 3956919 | | CJ | ~Canteen Date : 20050110 | $0.00 | $11.71 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3982540 | | CJ | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3982541 | | CJ | | $0.00 | $0.00 | $0.06 | $0.00 |
| 20050117 22:30 | CN - Canteen | 4001177 | | CJ | ~Canteen Date : 20050117 | $0.00 | $10.73 | $0.00 | $0.00 |
| 20050118 10:41 | VC - Voided Check | 4003636 | 32724 | CJ | ~JENNIFER MITCHELL | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050121 14:42 | IC - Transfer from Inmate to Club A/c | 4027235 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.30 | $0.00 | $0.00 |
| 20050124 22:30 | CN - Canteen | 4030543 | | CJ | ~Canteen Date : 20050124 | $0.00 | $4.78 | $0.00 | $0.00 |
| 20050127 09:02 | ML - Mail | 4049515 | 53675852428/M.O. | CJ | ~CONFESORA PEPIN | $200.00 | $0.00 | $0.00 | $0.00 |
| 20050127 11:29 | EX - External Disbursement | 4050185 | 33399 | CJ | ~ETHEL WALKER | $0.00 | $30.00 | $0.00 | $0.00 |
| 20050127 11:29 | EX - External Disbursement | 4050186 | 33398 | CJ | ~HOT GIRLZ INC. | $0.00 | $11.50 | $0.00 | $0.00 |
| 20050127 11:39 | EX - External Disbursement | 4050266 | 33397 | CJ | ~S.S. PRINTING & PUBLISHING | $0.00 | $30.00 | $0.00 | $0.00 |
| 20050131 22:30 | CN - Canteen | 4060856 | | CJ | ~Canteen Date : 20050131 | $0.00 | $5.13 | $0.00 | $0.00 |
| 20050204 08:41 | EX - External Disbursement | 4088095 | 33551 | CJ | ~CELL SHOP | $0.00 | $18.29 | $0.00 | $0.00 |
| 20050204 08:41 | MA - Maintenance and Administration | 4088096 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050204 08:41 | EX - External Disbursement | 4088099 | 33550 | CJ | ~K & A MAIL ORDER SERVICE | $0.00 | $18.00 | $0.00 | $0.00 |
| 20050204 08:41 | EX - External Disbursement | 4088101 | 33549 | CJ | ~S.S. PRINTING & PUBLISHING | $0.00 | $15.70 | $0.00 | $0.00 |
| 20050207 22:30 | CN - Canteen | 4096635 | | CJ | ~Canteen Date : 20050207 | $0.00 | $11.10 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4111623 | | CJ | | $0.28 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4111624 | | CJ | | $0.00 | $0.00 | $0.07 | $0.00 |
| 20050214 22:30 | CN - Canteen | 4145891 | | CJ | ~Canteen Date : 20050214 | $0.00 | $8.15 | $0.00 | $0.00 |
| 20050221 22:30 | CN - Canteen | 4175276 | | CJ | ~Canteen Date : 20050221 | $0.00 | $12.44 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050502 14:30

| | | |
|---|---|---|
| Commit# : | W52425 | SOUZA-BARANOWSKI CORRECTIONAL |
| Name : | AYALA, LUIS, , | Statement From  20040901 |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To  20050228 |
| Block : | M2 | |
| Cell/Bed : | 50 /A | |

Page : 11

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050222 11:21 | IC - Transfer from Inmate to Club A/c | 4177995 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.44 | $0.00 | $0.00 |
| 20050228 08:57 | ML - Mail | 4202408 | 53904986234/M.O. | CJ | ~CONFESORA PEPIN | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050228 22:30 | CN - Canteen | 4205403 | | CJ | ~Canteen Date : 20050228 | $0.00 | $7.21 | $0.00 | $0.00 |
| | | | | | | $699.65 | $599.13 | $0.31 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $214.37 | $26.87 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $167.05 | $27.02 | $0.00 | $0.00 | $0.00 | $0.00 |