UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins, et al.,

    Plaintiffs,

v.

David Nolan, et al.,

    Defendants.

Civil Action
No. 05-10630-JLT

**MOTION TO DIRECT UNITED STATES MARSHAL TO
EFFECT SERVICE OF PROCESS ON THE DEFENDANTS**

    Now comes the plaintiff, Tony B. Gaskins, moves this Honorable to direct the United States Marshal to effect service of process on the defendants.

    The plaintiff contends that he is indigent and cannot afford the service of process fee requirement, and that he has been granted forma pauperis by this court and "28 U.S.C. § 1915(d) states that, for purposes of proceeding in forma pauperis, "[t]he officers of the court shall issue and serve all process, and perform all duties in such cases."" Moore v. Jackson, 123 F.3d 1082 (8th Cir. 1997).

    WHEREFORE, the plaintiff prays that this motion is allowed.

Respectfully Submitted,

Tony B. Gaskins, pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: 5/23/05

cc/file