UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Plaintiff,

v.

David Nolan, et al.,

    Defendants.

Civil Action
No. 05-10630-JLT

## MOTION FOR A HEARING

Now comes the plaintiff, Tony B. Gaskins, who respect-
fully request that this court hold a hearing for him to
verbally and orally be heard on the matters set forth in
his Motion for TRO And a Preliminary Injunction.

Respectfully Submitted,

Tony B. Gaskins, Pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: 7/5/05