UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Plaintiff,

v.                                    Civil Action
                                      No. 05-10630-JLT
David Nolan, et al.,

    Defendants.

### MOTION FOR WRIT OF HABEAS CORPUS AD-TESTIFICANDUM

Now comes the Plaintiff, Tony B. Gaskins, in the above-entitled civil action requests that this court issue a writ of habeas corpus ad-testificandum requiring Superiontendent David Nolan, of MCI-Cedar Junction, to have the Plaintiff brought before the Court for any hearing relevant to this TRO filed herewith.

1. Plaintiff is proceeding <u>pro se</u> in this matter and should be produced to manage the presentation of his case, and to hear defendants case and present appropriate rebuttal evidence.

                                Respectfully Submitted,

                                Tony B. Gaskins, pro se
                                MCI-Cedar Junction
                                P.O. Box 100
                                South Walpole, Ma. 02071

Dated: 7/5/05

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Plaintiff,

v.                                  Civil Action
                                    No. 05-10630-JLT
David Nolan, et al.,

    Defendants.

### WRIT OF HABEAS CORPUS AD-TESTIFICANDUM FOR PRODUCTION OF INCARCERATED WITNESSES

Now comes the Plaintiff, Tony B. Gaskins, requests that this Court issue a writ of habeas corpus ad-testificandum requiring Superintendent David Nolan, of MCI-Cedar Junction to have brought before this court for any hearing relevant to his pending TRO motion the following convicts:

1. Mac Hudson;
2. Orrin Simmons;
3. Michael Keohane;
4. Derick Tyler #W48332.

The listed witnesses are prisoners and their testimony is crucial to Mr. Gaskins claims and will be required at any hearing relevant to this matter.

                                              Respectfully Submitted,

                                              Tony B. Gaskins, Pro se
                                              MCI-Cedar Junction
                                              P.O. Box 100
                                              South Walpole, Ma. 02071

Dated: 7/5/05