UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Plaintiff,

v.                                               Civil Action
                                                 No. 05-10630-JLT
David Nolan, et al.,

    Defendants.

### MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR A PRELIMINARY INJUNCTION

Now comes the plaintiff in the above-civil action moves this Honorable Court for a Temporary Restraining Order and Preliminary Injunction against the defendants. See attached Declaration and Memorandum of Law in support of this motion.

Respectfully Submitted,

Tony B. Gaskins, Pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: 7/5/05