UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TONY B. GASKINS,                                Civ. No. 05-10630-JLT

    Plaintiff,

    v.

DAVID NOLAN, et al,

    Defendants.

## NOTICE OF APPEARANCE

Notice is hereby given that undersigned counsel enters his appearance for David Nolan, Lisa Mitchell, Sherry Elliott, and Beverly Veglas, the defendants herein.

                      Respectfully submitted,

                      NANCY ANKERS WHITE
                      Special Assistant Attorney General

Date: July 19, 2005         __/s/ DAVID J. RENTSCH_____
                                     David J. Rentsch, Counsel
                                     Legal Division
                                     Department of Correction
                                     70 Franklin Street, Suite 600
                                     Boston, MA  02110-1300
                                     (617) 727-3300, ext. 142
                                     BBO #544926

## CERTIFICATE OF SERVICE

I, David J. Rentsch, certify that on this day I mailed a copy of the foregoing paper to Tony B. Gaskins, pro se, by first class mail, postage pre-paid, at MCI-Cedar Junction, P.O. Box 100, South Walpole, MA  02071.

Date: July 19, 2005         __/s/ DAVID J. RENTSCH_____
                                     David J. Rentsch