U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| *TONY B. GASKINS* | *05-CV-10630-JLT* |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| *SHERRY ELLIOTT, ET AL.* | *RETURN RECEIPT* |

**SERVE** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*SHERRY ELLIOTT, MCI-CEDAR JUNCTION*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** *2450 MAIN STREET, RTE 1A, So. WALPOLE, MA. 02071*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

*TONY B. GASKINS*
*MCI-CEDAR JUNCTION*
*P.O. BOX 100*
*So. WALPOLE, MA. 02071*

| | |
|---|---|
| Number of process to be served with this Form - 285 | *1* |
| Number of parties to be served in this case | *4* |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

*SHE WORKS 7-3 AND THE PHONE NUMBER IS 508-668-2100. I believe SHE WORKS MON-FRI.*

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Tony Gaskins* | ☑ PLAINTIFF ☐ DEFENDANT | *N/A* | *6/12/05* |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | *1* | No. *38* | No. *38* | *Nancy Telemer* | *7/11/05* |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

*CHERYL MAHER - PARALEGAL*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| *7/12/05* | *7:50* | am / pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     **MASSACHUSETTS**

TONY B. GASKINS,
               **Plaintiff**

V.

**SUMMONS IN A CIVIL CASE**

DAVID NOLAN, ET AL.,
               **Defendants**

CASE         C.A. 05-10630-JLT

**TO:** (Name and address of Defendant)

**Sherry Elliott**
**Director of Treatment**
MCI-Cedar Junction, P.O. Box 100; So. Walpole, MA. 02071

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**TONY B. GASKINS, Pro Se**
MCI-Cedar Junction
P.O. Box 100
So. Walpole, MA. 02071

* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____20*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH ALLISON THORNTON**         6/15/05
CLERK                              DATE

_(By) DEPUTY CLERK_