UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TONY B. GASKINS,                                C.A. No. 05-10630-JLT

    Plaintiff,

    v.

DAVID NOLAN, et al,

    Defendants.

<u>DEFENDANTS' MOTION TO DISMISS</u>

Pursuant to Fed. R. Civ. P. 12(b)(6), the defendants move to dismiss the complaint against them for failure to state a claim upon which relief can be granted. The reasons in support of this motion are contained in the memorandum of law that is filed herewith.

<u>REQUEST FOR ORAL ARGUMENT</u>

Pursuant to Local Rule 7.1(D), the defendants request that the Court hold a hearing on this motion.

                                      DAVID NOLAN, LISA MITCHELL,
                                      SHERRY ELLIOTT and BEVERLY VEGLAS,

                                      By their attorney,

                                      NANCY ANKERS WHITE
                                      Special Assistant Attorney General

Date: August 1, 2005            __/s/ DAVID J. RENTSCH_____
                                      David J. Rentsch, Counsel
                                      Legal Division
                                      Department of Correction
                                      70 Franklin Street, Suite 600
                                      Boston, MA  02110-1300
                                      (617) 727-3300, ext. 142
                                      BBO #544926

2
<u>CERTIFICATE OF SERVICE</u>

 I, David J. Rentsch, certify that on this day I caused a copy of the foregoing paper to be mailed to Tony B. Gaskins, <u>pro se</u>, by first class mail, postage pre-paid, at MCI-Cedar Junction, P.O. Box 100, South Walpole, MA  02071.

Date: August 1, 2005   __/s/ DAVID J. RENTSCH_____
            David J. Rentsch