UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TONY B. GASKINS,                    Civ. No. 05-10630-JLT

    Plaintiff,

    v.

DAVID NOLAN, et al,

    Defendants.

### DEFENDANTS' OPPOSITION TO THE PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR A PRELIMINARY INJUNCTION

For the reasons contained in the memorandum of law in support of their motion to dismiss, the defendants oppose the plaintiff's motion for a temporary restraining order and for a preliminary injunction (P#14).[1]

The plaintiff fails to meet the criteria for a preliminary injunction. In particular, he has not shown the threat of irreparable harm or that he is likely to succeed on the merits of his claim. *See* Planned Parenthood League of Massachusetts v. Bellotti, 641 F.2d 1006, 1009 (1st Cir. 1981).

---

[1] The plaintiff styled his motion as a request for a temporary restraining order and for a preliminary injunction. Since he gave notice to the defendants, it should be treated as a motion for a preliminary injunction. Fed. R. Civ. P. 65(a)(1). In addition, this Court may consolidate the hearing on the application for a preliminary injunction with the trial on the merits or, in this case, with the hearing on the defendants' dispositive motion. *See* Fed. R. Civ. P. 65(a)(2).

2

WHEREFORE, the plaintiff's motion should be denied.

                          Respectfully submitted,

                          NANCY ANKERS WHITE
                          Special Assistant Attorney General

Date: August 1, 2005        __/s/ DAVID J. RENTSCH_____
                          David J. Rentsch, Counsel
                          Legal Division
                          Department of Correction
                          70 Franklin Street, Suite 600
                          Boston, MA  02110-1300
                          (617) 727-3300, ext. 142
                          BBO #544926


CERTIFICATE OF SERVICE

    I, David J. Rentsch, certify that on this day I caused a copy of the foregoing paper to be mailed to the plaintiff, Tony B. Gaskins, pro se, by first class mail, postage pre-paid, at MCI-Cedar Junction, P.O. Box 100, South Walpole, MA  02071

Date: August 1, 2005        __/s/ DAVID J. RENTSCH_____
                          David J. Rentsch