United States District Court
District of Massachusetts

Tony B. Gaskins,
    Plaintiff,

v.

David Nolan, et al,
    Defendants.

Civil Action
No. 05-10630-JLT

**Plaintiff's Verified Motion For An Order For Proper Pens To File Pleadings In This Action**

Now comes the plaintiff, Tony B. Gaskins, moves this honorable court to order defendants to provide "proper pens" to him to file pleadings in various courts, for the following reasons:

1. On or about December 28, 2004, prison staff has been giving plaintiff what is called "soft pens," which is a tube of ink wrapped in a plastic, jelly-like wrap with the tip of a pen at the bottom.

-2-

2. When plaintiff tries to write with the pen, it bends as if trying to write with a drawing straw. One cannot put pressure on the "soft pen" at all or it bends and the tip(s) turns away from the paper. Gaskins has to construct the pen in order to stabilize it enough to write with. This makes the pen "contraband" and is confiscated by prison officials.

3. The pens are "lacking" and inadequate to prepare lengthy filings and have been found to be "wanting" in at least two cases. See Matthews v. Allen, U.S.D.C. No. 01-CV-11910-RWZ February 28, 2005; Hudson v. Marshall, et al., U.S.D.C. No. 00-CV-12404-RGS, both orders to provide each plaintiff with a regular pen.

4. Plaintiff respectfully asks this court to order defendants to produce one of these "soft pens" to this court for the court to decide for itself whether these pens are suitable for the type and volume of work Gaskins is required to prepare. Also its hard to write with and it injures the writing hand.

## Conclusion

As reasons stated herein Gaskins prays this motion is granted. I verify the facts stated herein are true and accurate.

Respectfully submitted,

*[signature]*
Tony B. Gaskins, Pro Se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: 7/29/05

## Certificate of Service

I, Tony B. Gaskins, certify that I caused a copy of the foregoing to be served on David J. Rentsch, Counsel, Legal Division, Department of Correction, 70 Franklin Street, Suite 600, Boston, Ma. 02110-1300, by first class mail, postage pre paid.

*[signature]*
Tony B. Gaskins, Pro Se

Dated: 7/29/05