United States District Court
District of Massachusetts

Tony B. Gaskins, et,
    Plaintiff,

v.

David Nolan, et al.,
    Defendants.

Civil Action

No. 05-10630-JLT

Motion to Order Defendants
to Provide Court with a Soft
Pen for Examination

Now comes the Plaintiff, Tony B. Gaskins, moves this court to order defendants to provide the court with a "soft pen" for examination for the following reasons:

1. Filed contemporaneously with this motion is a motion explaining to the court that beginning on or about December 28, 2004, the defendants have been giving him so-called "soft pens" that he cannot effectively use to do the type of legal work he has to do.

-2-

2. Plaintiff request that this court see for itself that the pens at issue cannot effectively be used for the voluminous legal cases Gaskins must prepare to defend against.

3. Gaskins anticipates that defendants will try to justify the pens as usable and him as "whining." However, with the pen in the Court's possession, the defendants will not be able to make that argument.

Wherefore, the Plaintiff prays this motion is allowed.

Respectfully Submitted,

*Tony B. Gaskins*
Tony B. Gaskins, Pro Se
MCI-Cedar Junction
P.O. Box 100
South Walpole, MA. 02071

Dated: 2/29/05

Certificate of Service

I, certify that I caused a copy to be served on Defendants attorney of record.

Dated: 2/29/05

*Tony B. Gaskins*
Tony B. Gaskins, Pro Se