UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Plaintiff,

v.

David Nolan, et al.,

    Defendants.

Civil Action
No. 05-10630-JLT

**PLAINTIFF'S MOTION TO STAY PROCEEDINGS ON DEFENDANTS MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT, AND TO PERMIT DISCOVERY BY PLAINTIFF**

Now comes the plaintiff, Tony B. Gaskins, pursuant to Fed. R. Civ.P. 56(f), moves this Honorable Court to stay proceedings on defendants Motion to Dismiss and/or For Summary Judgment. As grounds therefore, the plaintiff states:

1. He filed a Motion for Temporary Restraining Order and Preliminary Injunction, and that Summary Judgment would be premature at this stage whereas the TRO and Preliminary Injunction issue has yet to be resolved.

2. Plaintiff also need discovery in order to be afforded the ooportunity to effectively respond to the defendants summary judgment pleadings as filed with this Court. At this stage, the plaintiff will not be able to defend against the claims put forth by the defendants without the

benefit of discovery "first."

WHEREFORE, plaintiff request that this Honorable Court stay proceedings on defendants Motion to Dismiss and/or Summary Judgment until 1) this Court has ruled on his pending TRO and Preliminary Injunction motion, and 2) plaintiff has completed his discovery stage of the proceedings pursuant to Rule 56(f).

                                              Respectfully Submitted,

                                              Tony B. Gaskins, pro se
                                              MCI-Cedar Junction
                                              P.O. Box 100
                                              South Walpole, Ma. 02071

Dated: 8/4/05

## CERTIFICATE OF SERVICE

I, Tony B. Gaskins, certify that I caused a true copy to be served on: David J. Rentsch, Esq., Legal Division, Department of Correction, 70 Franklin Street, Suite 600, Boston, Ma. 02110-1300, by first class mail, postage prepaid.

Dated: 8/4/05                                      Tony B. Gaskins, pro se

Law Offices of
# JAMES P. MCCARTHY



126 Lewis Wharf
Boston, Massachusetts 02110
Tel 617-723-5200, Fax 617-723-7484

James P. McCarthy
Michael M. D'Isola

August 1, 2005

Mr. Tony Gaskins
MCI-Cedar Junction
P.O. Box 100
So. Walpole, MA  02071

    Re:    <u>Tony Gaskins</u>

Dear Mr. Gaskins:

    Thank you for your inquiry and your recent letter. I regret that our firm would not be interested in pursuing your case.

    Once again, thank you for your inquiry and interest in our firm.

    I remain,

                                  Very truly yours,

                                  James P. McCarthy

JPM:pfr



# Boston Bar
ASSOCIATION

16 Beacon Street
Boston, MA 02108

Phone (617) 742-0615
Fax (617) 523-0127
www.bostonbar.org

**Officers**
M. Ellen Carpenter
*President*
Edward P. Leibensperger
*President-Elect*
Jack Cinquegrana
*Vice-President*
Nancy S. Shilepsky
*Treasurer*
Douglas M. Henry
*Secretary*

**Members of the Council**
Ferdinand J. Alvaro, Jr.
Lee C. Bromberg
Kimberly S. Budd
Denise J. Casper
John H. Chu
Tonomey A. Coleman
William M. Cowan
John W. Delaney
Julie A. Frohlich
Pamela D. Harvey
Renée M. Landers
William J. Leahy
Stephanie S. Lovell
James E. McGuire
Leigh-Ann Patterson
Andrew A. Rainer
Charles W. Rankin
Rachel Rivlin
Richard A. Soden
Emily A. Spieler
Carol A. Starkey
Kathy B. Weinman
Peter F. Zupcofska

**Past Presidents**
Edward J. Barshak
Joseph W. Bartlett
John G. Brooks
Haskell Cohn
John J. Curtin, Jr.
Gene D. Dahmen
John P. Driscoll, Jr.
Thomas E. Dwyer, Jr.
Edward F. Hines, Jr.
Hugh R. Jones, Jr.
Michael B. Keating
Joseph L. Kociubes
Renée M. Landers
William F. Looney, Jr.
Hon. James P. Lynch, Jr.
Hon. Sandra L. Lynch
Joan A. Lukey
James J. Marcellino
Hon. Margaret H. Marshall
Edward I. Masterman
John A. Perkins
Rudolph F. Pierce
Joel M. Reck
Richard W. Renehan
Lauren Stiller Rikleen
Mary K. Ryan
Richard A. Soden
Raymond H. Young

Tony R. Gaskin
PO Box 100
South Walpole, MA 02171

Dear Mr. Gaskin:

This letter is in response to your inquiry seeking a referral for legal representation. The following attorney is a member of the Boston Bar Association's LAWYER REFERRAL SERVICE and handles legal matters in the subject area(s) that you requested. We have made every effort to locate an attorney in the geographic area that you requested. However, our first priority is selecting an attorney whose practice includes relevant areas of the law. We urge you to contact the attorney *immediately*. There may be a **statute of limitations** in your case, and time may be of the essence.

### 1. CIVIL RIGHTS: PRISONER'S RIGHTS

**Attorney Margret Weir**
**40 Court Street, Suite 700**
**Boston, Massachusetts 02108**
**Tel.: 617-933-9445**

*You must inform the attorney:*

- ✓ that the Boston Bar Association referred you, **and**

- ✓ that you are Referral No. **89301**

so that the charge for your first half hour of consultation will be no more than $25.00. And, please be sure to discuss with the attorney the legal fees that may be applicable to your case.

If for any reason the attorney is unavailable or unable to take your case, **please contact me again**, and I will make every effort to provide you with another referral.

Thank you for contacting the BBA Lawyer Referral Service, the only ABA-Approved Lawyer Referral Service in Massachusetts.

Sincerely yours,
Stephen E. Laskin, Director
LAWYER REFERRAL SERVICE
e-mail: LRS@bostonbar.org



**MASSACHUSETTS
BAR ASSOCIATION
Lawyer Referral Service**

20 West Street • Boston, Mass. • 02111-1218
Administrative Offices: (617) 338-0556 • FAX (617) 338-0503
Referral Line: (800) 392-6164 • (617) 654-0400 • TTY (617) 338-0585

May 11, 2005

Tony B. Gaskins
MCI-Cedar Junction
P.O. Box 100
South Walpole, MA. 02071

Dear Mr. Gaskins:

I am writing in response to your recent letter that was forwarded to me as a staff member of the Lawyer Referral Service (LRS), a public service program of the Massachusetts Bar Association (MBA), in which you indicate that you wish to obtain an attorney referral. Based on the information in your letter, I would like to refer you to one of our attorney members who are competent and either experienced or trained in prisoner's rights. The attorney's information is listed below. Please notify the attorney that the Massachusetts Bar Association referred to you, and that the first half hour consultation will be no more than $25.

**Attorney:
Jennifer Cox
Law Office of Jennifer J. Cox
92 State St.
Ste 700
Boston, MA. 02109
617-742-4011**

Please be advised that we cannot guarantee the attorney will accept your case. We will make up to three referrals per case matter. We encourage you to contact us directly by phone so that we can provide you with personalized customer service. The toll free number is (866) MASS-LRS (1-866-627-7577) or (617) 654-0400, Monday through Friday, 9 a.m. to 4:45 p.m. We encourage you to discuss legal fees up front with the attorney and we also encourage the use of written fee agreements. The referred attorney will set all legal fees. Thank you.

Sincerely,

LRS Representative #22

## Massachusetts Correctional Legal Services
Eight Winter Street, Boston MA 02108-4705
(617) 482-2773
Toll Free (877) 249-1349
Collect Calls (617) 482-4124
Fax (617) 451-6383

May 5, 2005

Tony Gaskins
W-52145
MCI-Cedar Junction
P.O. Box 100
South Walpole, MA 02071

Re: Medical malpractice or negligence

Dear Mr. Gaskins:

    Thank you for updating me on the status of getting physical therapy for your shoulder. While I am relieved that you finally got physical therapy, I understand that the delay in getting it is more than frustrating especially given that the delay may have caused permanent damage. Although MCLS does not have the resources to take on a medical malpractice case, it sounds like you may have a claim for inadequate medical care. I have included information on how you may pursue this claim should that be of interest to you.

    I do wish that I could offer you further assistance. Good luck if you choose to pursue this claim. Be in touch if you have additional concerns.

Sincerely,

Laura Anderson
Paralegal

Encl: 100med4.L2

LA/ps

Mr. Tony B. Gaskins
MCI-Cedar Junction
P.O. Box 100
South Walpole, MA 02071

Jennifer Cox                                           May 13, 2005
Law Office of Jennifer J. Cox
92 State Street, Suite 700
Boston, MA 02109


Dear Mrs. Cox,

    I was referred to you by the Massachusetts Bar Association and was informed that the first half hour consultation will be no more than $25.

    Here is my problem. On 12/8/04, I had arthroscopic surgery on my right shoulder to repair my rotator cuff and a piece of my clavical bone was removed. At the time, I was housed in 10 Block (Segregation). For two weeks after the surgery my arm was in a sling and I had to be heavily medicated to endure the pain. After two weeks, the staples were removed from my shoulder and shortly afterwards, I returned to the Shattuck hospital and saw Dr. Mary Connolly. She told me

-2-

that I must start physical therapy right away and she wrote up an order for me to be taken to MCI-Shirley Medium for (weight-lifting) treatment at the Physical Therapy Clinic. She also gave me a "Theraband" to take back with me to the prison to begin exercising my right arm/shoulder to regain mobility. The "Theraband" was confiscated on my entering the prison as "contraband." I complained to the prison officials and the medical staff that by taking the band I cannot begin treating myself. No one did anything.

On March 11, 2005, I returned to Shattuck as a follow-up again and was examined by Mary Connolly. After her examination, she told me that my arm was very "weak" and that I had a lot of muscle-mass, and that I have developed scar tissue and that she may have to re-operate to get the joint moving. She then asked me if I had received any physical therapy, and I said no. She was visibly upset and she said she would write another order for physical therapy sessions, in which she did.

My first physical therapy session began on April 5, 2005 at MCI-Shirley Medium. I have been to only two sessions so far. Because of this, I am living in constant pain on a daily basis (and its a recorded medical fact), and I am so badly

-3-

damaged that I've had a "no cuff" behind the back order that has been in effect since my surgery. As of today I can only be handcuffed in front or in waistchains.

I have filed a civil suit on this in federal court but it's in danger of being dismissed if I can't get an experienced attorney to accept it. Whatever your fee is, I am willing to discuss it with you (if we agree to take on the case). I have attached a copy of the Memorandum and Order. You are my last hope and I truly hope you will help me. If you decide to take it, I need you to inform the federal court right away.

Thank you for your attention to this matter.

Sincerely,

Tony B. Gaskins

TONY B. GASKINS #W52145

cc/file: TBG