UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Plaintiffs,

v.

David Nolan, et al.,

    Defendants.

Civil Action
No. 05-10630-JLT

## PLAINTIFFS STATEMENT OF DISPUTED FACTS

Now comes the plaintiffs in the above-entitled civil action who submits the following statement of disputed facts.

1.  Whether if the defendants removal of the photocopier from Ten Block for use by the prisoners violated 103 CMR 478.09.

2.  Whether if <u>all</u> functional libraries "should have typewriters, copying equipment, and audio-visual equipment."

3.  Whether if requiring all Ten Block prisoners to provide "precise citations" to receive copies of law materials violates <u>Cepulonis</u> v. <u>Fair</u>, 732 F.2d 1 (1st Cir. 1984).

4.  Whether if the defendants "cutting back" the hours for library use from 56 hours to 42 hours violates the mandates of <u>Cepulonis</u>.



Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary*

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*

*Department of Correction*
*M.C.I. Cedar Junction   at Walpole*
*P.O. Box 100*
*South Walpole, Massachusetts  02071*

*Tel: (508) 660-8000   Fax: (508) 660-8009*
*www.mass.gov/doc*



Kathleen M. Dennehy
*Commissioner*

James Bender
*Deputy Commissioner*

David Nolan
*Superintendent*

July 25, 2005

Tony Gaskins W-52145
MCI-Cedar Junction
DDU

Dear Mr. Gaskins:

I am in receipt of your request to staff dated July 24, 2005, concerning a request for copies of documents. You claim that you sent the request for copies a week and a half ago.

I have been advised by library staff that your request was received in the library on July 20, 2005. The copies were made the next business day and·have since been returned to you by a caseworker.

Sincerely,

David Nolan
Superintendent

C: Beverly Veglas, Librarian
   Inmate's file
   File

*Received*
*7/28/05*
*T.G.*

COMPLETED

103 CMR 478.00  Attachment C

JUL 2 2 2005

*TF*
MCI-CJ Law Library

DEPARTMENT OF CORRECTION
LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying. The Librarian will only copy original documents.

Date: _7/19/05_

Name: _Tony Gaskins_

Inmate Number: _W5214_

Institution: _MCI-CJ_

Housing Unit: _A2 #2/DOU_

Number of pages of document to be copied: _7_

Number of copies: _3_

*Please staple "two" of the three copies. Thank you.*

MMCI-CJ
REECEIVED
JUJUL 2 1 2005
LIBFBRARY

Cite the legal rule or Court Order or provide reason for the number of copies requested: _____
_____

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request: _____

Attach the document to be copied to this Legal Photocopying Request Form.

For ~~Librarian~~ use only:

Approved: _____

Denied: _____
Reason for denial:
_____ Not original legal document
_____ Failure to cite legal rule or Court Order
_____ Other: _____

Date received: _7-21-05_
Total number of pages: _7x_

Date completed: _____

Received
2/28/05
T. G.

## DEPARTMENT OF CORRECTION

## INMATE REQUEST TO STAFF MEMBER

TO: _Glen Gaspar, CPO III_      DATE: _7/24/05_
    (Name and Title of Officer)

SUBJECT:   State completely but briefly the problem which you desire assistance
(give details)

_Over a week and a half ago, I sent you my motion for request
of documents to be copied through the main library pertaining
to Gaskins v. UMass Correctional Health Service, U.S.D.C.
No. 05-CV-10850-GAO, and I never received the motion or
copies. I have to file that by July 29, 2005._

(Use other side of page if more space is needed)

ACTION REQUESTED:   (State exactly how you believe your request may be handled;
that is, exactly what you think should be done, and how.)

_I want my motion and copies found right away._

NAME: _Tony Gaskins_      No.: _6152815_
Work Assignment: _____   Living Quarters: _A2 #189/001L_

NOTE:   If you follow instructions in preparing your request, it can be
disposed of more promptly and intelligently. You will be interviewed, if
necessary, in order to satisfactorily handle your request. Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)      DATE: _W, 7-27-05_

1. Copies rec'd from you on TH, 7-21-05, ret'd F, 7-22-05
2. Copies rec'd from you on W, 7-20-05, ret'd F, 7-22-05
3. Copies rec'd from you on M, 7-18-05, ret'd TU 7-19-05
4. Copies rec'd from you on TH, 7-14-05, ret'd F, 7-15-05
5. Copies rec'd from you on W, 7-13-05, ret'd F, 7-15-05
6. Copies rec'd from you on F, 7-1-05, ret'd TU, 7-5-05

THESE ARE ALL THE JULY 05 REQUESTS.

CPO Gaspar

Received
7/28/05  #187
T.G.

recd
7/25/05

## DEPARTMENT OF CORRECTION

### INMATE REQUEST TO STAFF MEMBER

TO: _Beverly Veglar, LIBRARIAN_          DATE: 7/24/05
(Name and Title of Officer)

SUBJECT:  State completely but briefly the problem which you desire assistance
(give details)

_I sent to you for copies my motion for request of documents over a week and a half ago pertaining to Gaskins v. UMass Correctional Health Service, Civ. D.C. No. 05-CV-10058-GAO, and I never received my copies. If you lost my motion, it will definitely adversely affect my case. I have to file it by July 29, 2005._

(Use other side of page if more space is needed)

ACTION REQUESTED:  (State exactly how you believe your request may be handled;
that is, exactly what you think should be done, and how.)

_I want my motion and copies found or I am reporting that you did directly to the federal judge._

cc/file

NAME: _Tony Gaskins_          No.: _W52145_
Work Assignment: _____          Living Quarters: _B2 #182/600_

NOTE:  If you follow instructions in preparing your request, it can be
disposed of more promptly and intelligently.  You will be interviewed, if
necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:  (Do not write in this space)          DATE: 7/25/05

_This material was received in the library on July 20, 2005 and processed on July 21, 2005. It is awaiting pick up by CPO Gasper. No deliveries of material are picked up over the weekend which are not working days for accordance w/ Policy 3-5 working days during normal operations of Institution._
_Beverly Veglus, librarianC_

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*

*Department of Correction*
*M.C.I. Cedar Junction   at Walpole*
*P.O. Box 100*
*South Walpole, Massachusetts  02071*

*Tel: (508) 660-8000   Fax: (508) 660-8009*
*www.mass.gov/doc*



Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary*

Kathleen M. Dennehy
*Commissioner*

James Bender
*Acting Deputy Commissioner*

David Nolan
*Superintendent*

To:        All DDU/10 Block Inmates

From:      Lisa Mitchell, Deputy Superintendent

Date:      February 7, 2005

Re:        Legal Research/Photocopying Request Form

Effective immediately, inmates are now required to completely fill out the Department of Correction Legal Photocopying Request Form when making a legal request to the Main Library in accordance with 103 CMR 478 -- Library Services.

Therefore, both the DOC Legal Photocopying Request Form (Attachment C) and those Legal Request Forms (Attachment A,E, or F) found in the MCI CJ 478 Library Services Procedures must be completed and submitted to the main library.

For your convenience you can find the (Attachment C) DOC Legal Photocopying Request Form on the back of the (Attachments A,E, and F), Library Services Procedures.

Thank you for your attention to this matter.

LM/kle
Cc:        File

<u>AFFIDAVIT OF Justin Petit</u>

This Affidavit is made in opposition to the newly implemented photo copy policy for 10 Blk inmates. This inmate withstanding legal process contests the new procedure for legal photo copying has created harmful error, in which important legal documents are to be sent to the main law library, instead of the use of on sight legal photo copying at the 10 Blk Law library.

This has caused legal documentation to be misplaced, and in some cases lost, further, the lapse in time it takes for the documentation to reach to and fro it's destination has created court deadlines to be maximized and missed. This Affidavit is made and signed under the pains and penalties of perjury.

Dated: August 3, 2005

Signed: <u>Justin Petit</u>
              Justin Petit

Affidavit

During all of my time in segregated units in Walpole the copying machine has always been at my personal use, not until SEVEN months ago when the segregation unit decide to remove the copying machine out of the unit it has been extremely difficult to get the proper copies to legal work, because im force to send all personal documents to the general prison library, wheras I've lost paper work or I never get it back on time, which most of the time it's another inmate that may destroy your legal work, because prison work the library.

Michael Hoskins

Signed under the pains and penalty of perjury.

AFFIDAVIT OF MACARTHUR DENSON

BEING DULY SWORN, THE AFFIANT, MACARTHUR DENSON, SAYS:

1. I AM, AND HAVE BEEN, HOUSED IN THE DEPARTMENTAL DISCIPLINARY UNIT ("DDU") AND THE WEST WING SEGREGATION UNIT ("BLOCK 10")

2. IN THE COURSE OF PREPARING LEGAL MATERIAL AND JOURNAL, I HAVE TO SUBMIT THE MATERIAL TO THE UNIT LIBRARY TO GET COPIES. EACH UNIT HAS A COPYING MACHINE.

3. ON SEVERAL OCCASIONS, THE MATERIAL HAS BEEN "LOST", COPIES HAVE BEEN MISSING, OR THE OFFICERS TAKE THE MATERIAL BACK TO ME 12 DAYS AFTER SUBMITTING IT.

STALLING UNDER THE PAINS AND PENALTIES OF PERJURY.

AUGUST 2 2005                    Macarthur Denson
                                 MACARTHUR DENSON

United States District Court

For The

District Of Massachusetts

Tony B. Gaskins                                    C.A. No.
        V.

Affidavit of Mac Hudson

I, Mac Hudson, depose and state the following is true under the pains and penalties of perjury:

1. I was housed in 10 Block segregation between 7/8/04 to Feb 20, 2005 when Lisa Mitchell changed the copy machine policy/practice by having the copier removed from 10 Block satellite law library.

2. Between my confinement dates in paragraph(1), my incoming/outgoing mail was constantly being interfered/tampered with. Please See Grievances attached.

3. Since removal of the copy machine in 10 Block, I am forced to mail my legal work to the main law library via institutional mail by placing it in a lock box.

(2)

4. ON 3 seprrate occasions since the policy changes, I have mailed legal documents via the institutional mail which was claimed not received by the main law library and consequently lost. These documents were apart of an active civil action against DOC officials.

5. On other occasions, my legal request was delayed by 2 to 3 weeks without explanation, which caused me to have to file enlargement of times on my pending actions.

6. Additionally, whenever I have been forced to use the main law library by mailing my request for copies via the prison mail, I have experienced the unauthorized reading of my legal documents or grievances by the librarian Ms. Veglas and prison officials in charge of deliverying the copies. See complaints attached.

7. These unauthorized reading of my privileged documents are violating my attorney / client confidentiality and confidentiality of my work product.

Signed
Mac Hudson

*I did NOT Receive ANY of These Cases!!*
*Therefore I am*
*Re-Submitting*
*It.*

**Attachment F**

*COMPLETED*

**Massachusetts Correctional Institution**
**Cedar Junction**

JUN 1 2006
MCI Cedar Jct. Law Library

**Legal Research Request Form**
**TO MAIN LAW LIBRARY**
**(For Inmates in DDU)**

*MH 5-31-05*

_____
**(Please Print Plainly)**

**Name:** MAC Hudson   **ID#** W48494 **DDU Unit** C-2 **Cell** 146

**(Requests may include Case Law, Statutes, Access to CMR/DOC Policies, Legal Addresses, Legal Forms)**

**Case Law – Request by: Citation (794 NE2d 586); Name: Lyons v School Comm.; or Point of Law: (Arbitration or WestKey #). Statues - Ma and US Code Chapter or title and section. CMR or Policy Access through CPO. Legal forms if available in the main library. (Forms issued solely by the courts will not be available in the library.)**

**If you don't know exactly what you are researching, give some key words and areas to search. List your requests below.**

*WRONG AGAIN!!!*

\* GLUTH V. KANGAS 951 F.2d 1504 (1ST. CIR 1991)

\* WASHINGTON V. RENO 35 F.3d 1093 (6TH 1994)

\* HALL V. OCHS 817 F.2d 920. (1ST. CIR 1987)

\* BLACKBURN V. SNOW, 771. F.2d 556, (1ST 1985)

\* SIMMONS V. DICKHAUT. 804. F.2d 182 (1986)

A \* SCOTT. V. ANGELONE 771 (F.2d) 1064. (1991) *F.Supp. WRONG ONCE AGAIN!!! Busta!*

\* RUIZ V. MORTON. 462. F.2d 818 (1972).

\* MORTON V. RUIZ 415 US. 199. (1974)

\* McDUFFY V. SEC. OF EDUCATION. 415 Ma. 545

\* BLAKE V. HALL. 668. F.2d 52 (1981).

\* COFFMAN V. TRICKEY 884 F.2d 1057. (1989)

\* BONO V. SAXBE, 620 F.2d 609 (1980)

\* ALSO     450 F.2d Supp. 934 (1978)

103 CMR 478.00   Attachment C

MCI-CJ
RECEIVED
MAY 09 2005
LIBRARY

DEPARTMENT OF CORRECTION
LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying.  The Librarian will only copy original documents.

*mus more 20 than pages*

Date: 5/4/05

Name: MAC Hudson

Inmate Number: W48494

Institution: MCI-CS

Housing Unit: DDU C-2 146

Number of pages of document to be copied: 20

Number of copies: 1        *"not original copy"*

*Please staple back. My last copy request was not stapled back. Thank you*

Cite the legal rule or Court Order or provide reason for the number of copies requested: _____ ?

If there is a Court deadline, you must write it here: ___yes___ and attach proof.   *where proof of*

Please inform the Librarian if there is anything else s/he needs to know in order to process this request: *a deadline*

Attach the document to be copied to this Legal Photocopying Request Form.

---

For Librarian use only:

Approved:_____        Denied: ✓   BJ. Veyba

Reason for denial:
   ✓ Not original legal document
   ✓ Failure to cite legal rule or Court Order
   ✓ Other:_____

Date received: _____        Date completed:_____
Total number of pages: _____

*Max — It appears that this material does not comply with 103 CMR 475. not original documents, not in complete format of legal package being submitted + appropriately docketed, or other legal justification for reasons of legal*

*I did Receive ANY of THE CASE LAW ON THE Request you MarkEd AS completed on June 1, 200.* 103 CMR 478.00 Attachment C *So I am Re-Submitting it !!!*

## DEPARTMENT OF CORRECTION
### LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying. The Librarian will only copy original documents.

Date: 6/3/05

Name: MAC Hudson

Inmate Number: W48494

Institution: MCI-CJ

Housing Unit: DDU C-2 #146

*PLEASE STAPLE BOTH THE brief & Appendix in book FORMAT as e.g Appendix attached is. Do NOT Confused This CASE WITH 04-P-979 ALSO I Need ONE Copy of EXHIBIT & 2 Copies of THE brief in 04-P-*

Number of pages of document to be copied: 7 Copies of THE brief & 2 Appendixes

Number of copies:

Cite the legal rule or Court Order or provide reason for the number of copies requested:

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request:

Attach the document to be copied to this Legal Photocopying Request Form.

For Librarian use only.

Approved _____

Denied: _____
Reason for denial:
___ Not original legal document
___ Failure to cite legal rule or Court Order
___ Other

Date received: _____    Date completed: _____
Total number of pages:

**COMPLETED**

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
#### FORWARD TO SUPERINTENDENT

#6189

| | | | | | |
|---|---|---|---|---|---|
| **Name** | HUDSON MAC | | | **Institution** | MCI CEDAR JUNCTION |
| **Number** | W48494 | **Housing** | TEN BLOCK | **Appeal Date** | 09-OCT-2004 |
| | | | | **Date Of Grievance** | 09-OCT-2004 |
| | | | | **Appeal Received Date** | 26-OCT-2004 |

**Appeal**  My legal outgoing mail to Ms. Jean Fielding (attorney) In violation of 103 CMR 481 et. The Lt. of the unit wrote an incident report. I am being overcharged for my mail, bulk rate mailing see copy of the outside envelope addressed to Attorney Fielding, Now since the re-mailing of this envelope (legal mail) My attorney Ms. Gielding have not received my legal papers. Bulk rate on these manilla envelopes filled to capacity is only $3.72.

**Remedy Requested**  I want my 2 stamps back.

**Staff Recipient**  Aucoin Ann Marie  CO I

**Signature**

---

## DECISION BY SUPERINTENDENT

**Appeal Received Date**  26-OCT-2004    **Decision Date**  10-NOV-2004    **Decision**  DENIED

**Decision By**  Nolan David F  SUPERINTENDENT

**Reasons**  I concur with the IGC. The Mail Office was contacted and informed this office that all mail leaving the facility is mailed first class, unless otherwise specified on the envelope. Furthermore, mail is not weighed at this facility unless the postage is paid via a purchase slip. All stamped mail is forwarded to the US Post Office for their processing. If you feel you are being overcharged, you may direct your concerns to the US Post Office.

**Signature**

**Date**  11/12/04

---

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Inmate's Name** | HUDSON MAC | **Institution** | MCI CEDAR JUNCTION |
| **Number** | W48494 | **Appeal Received Date** | 26-OCT-2004 |
| **Staff Recipient** | Aucoin Ann Marie  CO I | | |

**Superintendent's Signature**

# COMMONWEALTH OF MASSACHUSETTS

#6189

## DEPARTMENT OF CORRECTION

### INMATE GRIEVANCE APPEAL FORM

#### FORWARD TO SUPERINTENDENT

| Name | HUDSON MAC | | | Institution | MCI CEDAR JUNCTION | |
|---|---|---|---|---|---|---|
| Number | W48494 | Housing | TEN BLOCK | Appeal Date | 09-OCT-2004 | Date Of Grievance 09-OCT-2004 |
| | | | | Appeal Received Date | 26-OCT-2004 | |

**Appeal**   My legal outgoing mail to Ms. Jean Fielding (attorney) in violation of 103 CMR 481 et. The Lt. of the unit wrote an incident report. I am being overcharged for my mail, bulk rate mailing see copy of the outside envelope addressed to Attorney Fielding, Now since the re-mailing of this envelope (legal mail) My attorney Ms. Gielding have not received my legal papers. Bulk rate on these manilla envelopes filled to capacity is only $3.72.

**Remedy Requested**   I want my 2 stamps back.

**Staff Recipient**   Aucoin Ann Marie  CO I

**Signature**

---

## DECISION BY SUPERINTENDENT

**Appeal Received Date**   26-OCT-2004   **Decision Date**   **Decision**

**Decision By**

**Reasons**

**Signature**   **Date**

---

## INMATE RECEIPT

| Inmate's Name | HUDSON MAC | Institution | MCI CEDAR JUNCTION |
|---|---|---|---|
| Number | W48494 | Appeal Received Date | 26-OCT-2004 |

**Staff Recipient**   Aucoin Ann Marie  CO I

**Superintendent's Signature**   David Nolan

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM

Rec 1/24/05

### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | |
|---|---|---|---|---|---|
| **Name** | HUDSON MAC | **Grievance#** 7661 | **Institution** MCI CEDAR JUNCTION | | |
| **Commit No.** | W48494 | **Housing** TEN BLOCK | **Date Of Incident** 20041229 | **Date Of Grievance** | 20041229 |

**Complaint**

Ongoing tampering with my outgoing and incoming legal mail. Approx two weeks ago a legal package was mailed to me by attorney Eva Clark. The week falling I was mailed another legal package by Attorney Clark. I did not receive any of these legal packages. During the week of the 9th of Dec 2004, I was mailed "2" letters by Ms Annie Andrade. I did not receive any of these letters on 12-14-04. Ms Susan Thomas, from let my fingers do your typing mailed me a business card and price list information sheet. I received the cover letter, the card and price list information sheet was missing. Darrell Anllen sent me some money on 12-20-04 . I have not receive this money or has it been placed in my account. This has been a recurring issue, leading me to chase down my money and having it place in my account two to three weeks after it's arrival. My mail arrives to me in this manner also. Please review Sgt. Alverez of 10 block incident report on 12-29-04. I received Ms Codegas card postmarked the 20th on the 29th. On 12-19-04 I mailed out a manilla envelope to Ms. Lorraine Foulkes, letters to Charles Hughes, Chris Miranda, Lisa Rosa. On 12-20-04 I mailed letters Jennifer Mitchell. None of these letters has been received. I wrote the mail officer regarding these complaints and have not received any response. I'm told my mail is not being censored by IPS or the mail officer. However, no matter many times I document these ongoing violations of the mail policies and these complaints are supported by staff incident reports. I am continually ignored about the reality of what's going on. The only mail that's being delivered is my institutional mail to administrative staff.

**Remedy Requested**

I'd like my last mail/withheld mail returned to me and for my mail to be processed appropriately. I want to know why my incoming and outgoing mail is being tampered with.

**Staff Recipient**    Aucoin Ann Marie    CO I

**Staff Involved**

**Signature**

......................................................................................

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041231    **Decision Date** 20050121

**Signature** Barrett Patrick M   CO I

**Final Decision** DENIED

**Decision**

All mail was processed in accordance with 103 CMR 481. All outgoing mail as well as your incoming mail was processed and forwarded to the respective parties on the date it was received by the institution. Additionally any mail received at this institution addressed as legal mail not meeting the criteria set forth in 103 CMR 481 is refused by the institution and returned to the sender.

**Signature**    _[signature]_    **Date** 1/21/05

**Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.**

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
### FORWARD TO SUPERINTENDENT

#76061

| | | | |
|---|---|---|---|
| **Name** | HUDSON MAC | **Institution** | MCI CEDAR JUNCTION |

| | | | | | |
|---|---|---|---|---|---|
| **Number** | W48494 | **Housing** | TEN BLOCK | **Appeal Date** | 27-JAN-2005 |
| | | | | **Date Of Grievance** | 29-DEC-2004 |
| | | | | **Appeal Received Date** | 01-FEB-2005 |

**Appeal**    I appeal this grievance for the following reasons detailed on the back.

No matter how many times independant evidence through documentation by staff officials that my mail outgoing is incoming is not being delivered once placed in the outgoing mailbox or being sent to me and unreasonably delayed in sending to me once at the prison. I'm told my mail is not being censored by IPS or any officials in connection with any investigation. Therefore my mail & legal mail should be delivered timely. The Grievance Officer in this cased does not state how he determined that my mail was being sent/processed timely despite Sgt. Alverez report to the contrary. Likewise he does not address the core issue of where is the missing mail I complain about. Or the extent of any investigation in locating it.

**Remedy Requested**    I'd like my mail thats being with held returned to me & my mail to be processed appropriately. I want to know why my incoming & outgoing mail is being tampered

**Staff Recipient**    Aucoin Ann Marie   CO I

**Signature**    _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DECISION BY SUPERINTENDENT

| | | | | |
|---|---|---|---|---|
| **Appeal Received Date** | 01-FEB-2005 | **Decision Date** | | **Decision** |

**Decision By**    _____

**Reasons**    _____

**Signature**    _____    **Date**    _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Inmate's Name** | HUDSON MAC | **Institution** | MCI CEDAR JUNCTION |
| **Number** | W48494 | **Appeal Received Date** | 01-FEB-2005 |
| **Staff Recipient** | Aucoin Ann Marie   CO I | | |
| **Superintendent's Signature** | *David Nolan* | | |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
### FORWARD TO SUPERINTENDENT

| | | | | |
|---|---|---|---|---|
| **Name** | HUDSON MAC | | **Institution** | MCI CEDAR JUNCTION |
| **Number** | W48494 | **Housing** DDU | **Appeal Date** | 10-MAR-2005   **Date Of Grievance** 23-FEB-2005 |
| | | | **Appeal Received Date** | 11-MAR-2005 |

**Appeal**  The Grievance Officer did not address why my mail wasn't immediately returned me upon delivery by the Post Office. Which further delayed the filing of my DDU appeal Benders Office have already accepted my appeal in light of the circumstances. However, this doesn't address the deficiencies in the handling of my mail. There's no investigation done to this extent, just a cursory denial based on conclusary finding.

**Remedy Requested**  I want to know why my mail was unnecessirly delayed.

**Staff Recipient**  Barrett Patrick M  CO I

**Signature**  _____

---

## DECISION BY SUPERINTENDENT

**Appeal Received Date**  ***************  **Decision Date**  25-MAR-2005  **Decision**  DENIED

**Decision By**  Nolan David F  SUPERINTENDENT

**Reasons**  I concur with the IGC. Your mail was handled in accordance with 103 CMR 481, Inmate Mail

**Signature**  _____  **Date**  3/30/05

---

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Inmate's Name** | HUDSON MAC | **Institution** | MCI CEDAR JUNCTION |
| **Number** | W48494 | **Appeal Received Date** | 11-MAR-2005 |
| **Staff Recipient** | Barrett Patrick M  CO I | | |

**Superintendent's Signature**  _____





*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*M.C.I. Cedar Junction at Walpole*
*P.O. Box 100*
*South Walpole, Massachusetts 02071*
*Tel: (617) 727-1684 Fax: (617) 727-6571*
*www.mass.gov/doc*



Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary*

Michael T. Maloney
*Commissioner*

Kathleen M. Dennehy
*Deputy Commissioner*

Peter E. Allen
*Superintendent*

July 7, 2004

Mac Hudson
MCI-Cedar Junction
Post Office Box 100
South Walpole, MA  02071

Dear Mr. Hudson:

        In light of the outcome of disciplinary report 37768, that was dismissed, I hereby reinstate your approval to correspond with inmate Derick Tyler in regard to USDC 01-12145, until such time as this case is disposed of.

                                        Sincerely,

                                        David Nolan
                                        Superintendent

cc:     Inmate File
        File
        C.Raye Poole, DOC Legal
        Richard McFarland, DOC Legal

PRINTED ON RECYCLED PAPER

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
### FORWARD TO SUPERINTENDENT

#8823

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | HUDSON MAC | | | **Institution** | MCI CEDAR JUNCTION | |
| **Number** | W48494 | **Housing** | DDU | **Appeal Date** | 10-MAR-2005 | **Date Of Grievance** 23-FEB-2005 |
| | | | | **Appeal Received Date** | 11-MAR-2005 | |

**Appeal**  The Grievance Officer did not address why my mail wasn't immediately returned me upon delivery by the Post Office. Which further delayed the filing of my DDU appeal Benders Office have already accepted my appeal in light of the circumstances. However, this doesn't address the deficiencies in the handling of my mail. There's no investigation done to this extent, just a cursory denial based on conclusary finding.

**Remedy Requested**  I want to know why my mail was unnecessirly delayed.

**Staff Recipient**  Barrett Patrick M  CO I

**Signature**  _____

## DECISION BY SUPERINTENDENT

**Appeal Received Date** ************  **Decision Date** 25-MAR-2005  **Decision** DENIED

**Decision By**  Nolan David F  SUPERINTENDENT

**Reasons**  I concur with the IGC. Your mail was handled in accordance with 103 CMR 481, Inmate Mail

**Signature** _____  **Date** 3/30/05

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Inmate's Name** | HUDSON MAC | **Institution** | MCI CEDAR JUNCTION |
| **Number** | W48494 | **Appeal Received Date** | 11-MAR-2005 |
| **Staff Recipient** | Barrett Patrick M  CO I | | |

**Superintendent's Signature** _____

MR. GARY HEBda
MAiL RooM
P.O. Box 100
S.WALPoLE MA. 02071

MAC Hudson
P.O. Box 100
SWALPoLE MA. 02071

10/28/04

Dear MR. HEBda,

ON 10/19/04, I Received a LETTER FRom HS. Ronda Spain WHicH Had a $20. Honey ORdER iN iT. THE Honey ORdER was NoT deposited iNTo My account UNTiL 10/25/04, six days LaTER. see Honey RecEiPt aTTacHed:

I.H expecTiNG a Honey ORdER for $300. FRoM HAROLd SMiTHRMAN THat was SenT To He Last THuRsday. THE Honey ORdER NuMBER is 0716641322S. I Have NoT Received any CoNFiRMATioN THaT THis Honey Has caHe. THis is THE SecoNd TiHE THaT THis Honey Has BEEN Re-issued and SenT To He.

I WANT To KNow WHy My Honey was NoT ~~deposited~~ ~~deposited iN Hy account until 6 days later by Ronda Spain~~?

I WANT To KNow WHERE is My $300. Honey ORdER aLso?

SiNcERLY
Mac Hudson

CC: H.H

DEPARTMENT OF CORRECTION

INMATE REQUEST TO STAFF MEMBER

TO: GARY HEBda   Mail Officer                    DATE: 11/16/00
        (Name and Title of Officer)

SUBJECT:   State completely but briefly the problem which you desire assistance
           (give details)

I HAVE AN ORDER SUBSCRIPTION TO FINAL CALL NEWSPAPER.
I'VE GOTTEN ONE IN THE LAST THREE WEEKS. HOW COME YOUR
department ISN'T sending My Religious paper to Me. I
get one every week. I HAD NO PROBLEMS WITH getting My
PAPER AT S.B.C.C. PRISON.

(Use other side of page if more space is needed)

ACTION REQUESTED:   (State exactly how you believe your request may be handled;
                    that is, exactly what you think should be done, and how.)

CAN you Tell Me WHY your department ISNT Sending
Me My Mail. I CAN NOT give you A
PAPER THAT IS NOT ARRIVING. AS
IT ARRIVES you will geT IT. DIRecT

NAME: MAC HudSuN                              No.: W48444
Work Assignment: _____          Living Quarters: E-1 #16

NOTE:   If you follow instructions in preparing your request, it can be
disposed of more promptly and intelligently.   You will be interviewed, if
necessary, in order to satisfactorily handle your request.   Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:  (Do not write in this space)              DATE:
Your ComplainT To The publisher
who is NOT SeNDing iT here

*The Commonwealth of Massachusetts*

*Executive Office of Public Safety*

*Department of Correction*

*M.C.I. Cedar Junction at Walpole*

*P.O. Box 100*

*South Walpole, Massachusetts 02071*

*Tel. (617) 727-1684 Fax. (617) 727-6571*

Jane Swift
*Governor*

James P. Jajuga
*Secretary*

Michael T. Maloney
*Commissioner*

Kathleen M. Dennehy
*Deputy Commissioner*

Peter E. Allen
*Superintendent*

April 2, 2002

Mac Hudson, W-48494
MCI-Cedar Junction
WWSU

Dear Mr. Hudson:

I am writing in response to your two recent letters in which you allege that your outgoing mail is not reaching its destination.

This matter was looked into and there is no evidence to substantiate that your mail is being withheld or delayed. All of your outgoing mail is processed, as long as the outside of the envelope contains your name and return address.

Sincerely,

Peter Allen
Superintendent

cc. Inmate's file
    file

4/26/05

MR. GARY HEBDA
Mail Officer

RE: LETTER authorization by DAVID NOLAN
To WRITE DERICK TYLER.

DEAR MR. HEBDA,

Please find enclosed MR. NOLAN'S LETTERS
PERMITTING authorization for TYLER & Myself To CORRESPOND.
YOUR REPRESENTATION THAT THE SUPERINTENDANT'S office does
NOT HAVE a COPY of THIS OR SUCH authorization is questionable

I Hope THIS LETTER RESOLVES YOUR questions,
Please do NOT INTERFERE WITH OUR CORRESPONDENCE. THANK
You for YOUR attention in THIS Matter.

SINCERELY
Mac Hudson
C-2 #146
DPU.

CC: M.H.

# DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| Name | HUDSON MAC | | Grievance# | 5308 | Institution | MCI CEDAR JUNCTION | |
|---|---|---|---|---|---|---|---|

| Commit No. | W48494 | Housing | TEN BLOCK | Date Of Incident | 20040818 | Date Of Grievance | 20040822 |
|---|---|---|---|---|---|---|---|

**Complaint**   My lawyer Ms. Eva Clark sent me a legal document that I never received through the mail.  It was a legal letter addressed to the Commissioner Dennehy on my behalf.  (see copy of Ms. Clark's second letter notifying me attached).

**Remedy Requested**   I want to know why this matter and legal document not given to me and where is it presently.  2nd I would like you to secure a copy of this letter via Superintendent Nolan's office.  Forward me a copy from Mr. Nolan's office.

**Staff Recipient**   Aucoin Ann Marie   CO I

**Staff Involved**

**Signature**

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

| Date Received | 20040824 | Decision Date | |
|---|---|---|---|

**Signature**

**Final Decision**

**Decision**

**Signature**                                           **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## INMATE RECEIPT

| Name | HUDSON MAC | | | Institution | MCI CEDAR JUNCTION |
|---|---|---|---|---|---|

| Commit No. | W48494 | Grievance# | 5308 | Date Received | 20040824 |
|---|---|---|---|---|---|

**Signature.**   Aucoin Ann Marie   CO I

EX. A

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
### FORWARD TO SUPERINTENDENT

| | | | | |
|---|---|---|---|---|
| **Name** | HUDSON MAC | | **Institution** | MCI CEDAR JUNCTION |
| **Number** | W48494 | **Housing** TEN BLOCK | **Appeal Date** 02-AUG-2004 | **Date Of Grievance** 28-JUL-2004 |
| | | | **Appeal Received Date** 09-AUG-2004 | |

**Appeal Remedy Requested**

I appealing the Grievance Coordinator due to lack of verifying with other officials that my mail as being delivered late to me and failure to fing out of the IPS were censoring or monitoring my mail. Which led to Ms. Rhonda Spain letter mailed on 7/21/04 being switched with a letter I mailed on 7/24/04 to Ms. Codega. Which were both written on the date it was mailed out. The Grievance Coordinator has not addressed the issue specifically as enlisted in my remedy request. Whcih more than likely explains how the letters were swtiched. Secondly, the Grievance Coordinator did not investigate my claim of my mail being brought 2 weeks to 5 days late. Lt. Butters informed me that no one called him regarding him delivering (2) letters from Rhonda Spain and (1) from Ms. Codega postmarked on the 21st of July to me on the 28th of July, approx 4 p.m. Again this may be because of my mail being monitored and censor.

I originally asked for confirmation on whether my mail was being censured % monitored on or after 7/08/04, not 7/28/04. I want to know the answer to the latter question and if my mail was not being censored & monitored then why is mail arriving to me late like this weekly and the letters switched.

**Staff Recipient Signature**

Aucoin Ann Marie   CO I

--------------------------------------------------------

## DECISION BY SUPERINTENDENT

| | | | | |
|---|---|---|---|---|
| **Appeal Received Date** | *************** | **Decision Date** 25-AUG-2004 | **Decision** Denied | |

**Decision By**   Nolan David F  SUPERINTENDENT

**Reasons**   I concur with the IGC. The Mail Officer and IPS confirm that your mail is not being tampered with. All mail is processed pursuant to the Inmate Mail Policy, 103 CMR 481.

**Signature** _____     **Date** 8/25/14

--------------------------------------------------------

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Inmate's Name** | HUDSON MAC | **Institution** | MCI CEDAR JUNCTION |
| **Number** | W48494 | **Appeal Received Date** | 09-AUG-2004 |
| **Staff Recipient** | Aucoin Ann Marie  CO I | | |

**Superintendent's Signature** _____

Ex. A.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
### FORWARD TO SUPERINTENDENT

#4901

| | | | | |
|---|---|---|---|---|
| **Name** | HUDSON MAC | | **Institution** | MCI CEDAR JUNCTION |
| **Number** | W48494 | **Housing** TEN BLOCK | **Appeal Date** 02-AUG-2004 | **Date Of Grievance** 28-JUL-2004 |
| | | | **Appeal Received Date** 09-AUG-2004 | |

**Appeal Remedy Requested Staff Recipient Signature**

I appealing the Grievance Coordinator due to lack of verifying with other officials that my mail as being delivered late to me and failure to fing out of the IPS were censoring or monitoring my mail. Which led to Ms. Rhonda Spain letter mailed on 7/21/04 being switched with a letter I mailed on 7/24/04 to Ms. Codega. Which were both written on the date it was mailed out. The Grievance Coordinator has not addressed the issue specifically as enlisted in my remedy request. Whcih more than likely explains how the letters were swtiched. Secondly, the Grievance Coordinator did not investigate my claim of my mail being brought 2 weeks to 5 days late. Lt. Butters informed me that no one called him regarding him delivering (2) letters from Rhonda Spain and (1) from Ms. Codega postmarked on the 21st of July to me on the 28th of July, approx 4 p.m. Again this may be because of my mail being monitored and censor.

I originally asked for confirmation on whether my mail was being censured % monitoring on or after 7/08/04, not 7/28/04. I want to know the answer to the latter question and if my mail was not being censored & monitored then why is mail arriving to me late like this weekly and the letters switched.

Aucoin Ann Marie  CO I

---

## DECISION BY SUPERINTENDENT

| | | | | |
|---|---|---|---|---|
| **Appeal Received Date** | ***************** | **Decision Date** | **Decision** | |
| **Decision By** | | | | |
| **Reasons** | | | | |
| **Signature** | | | **Date** | |

---

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Inmate's Name** | HUDSON MAC | **Institution** | MCI CEDAR JUNCTION |
| **Number** | W48494 | **Appeal Received Date** | 09-AUG-2004 |
| **Staff Recipient** | Aucoin Ann Marie  CO I | | |
| **Superintendent's Signature** | *David Nolan* (kw) | | |

EX. A

ATTACHMENT "C"

**DEPARTMENT OF CORRECTION**
**INSTITUTION APPEAL FORM**
**FORWARD TO THE INSTITUTIONAL SUPERINTENDENT**

SECTION A

NAME: Mac Hudson _____ INSTITUTION: HCI-CJ _____

NUMBER: W48494 HOUSING UNIT: 10 Block DATE OF INCIDENT: 8/28 04

APPEAL: I'm appealing The Grievance Coordinator due To LACK
Of verifying with other officials That My Mail was Being
delivered Late To Me & failure To find out if The IPS were
(ATTACH ADDITIONAL PAGE IF NECESSARY)  See BACK page ⟶

REMEDY
REQUESTED: I ORIginally asked for CONFIRMATION ON WHETHER My MAil
WAS BEINg Censored & MONiTored ON OR after 7/8/04, NOT 7/28/04.
I WANT To KNOW The ANSWER To The LaTTeR guesTion and ⟶

INMATE SIGNATURE: Mac Hudson _____ DATE: 8/2/04.

STAFF RECIPIENT: _____ DATE: _____

DATE RECEIVED: _____

--------------------------------------------------------------------

SECTION B

ASSIGNED GRIEVANCE NUMBER: _____

ASSIGNED INSTITUTION APPEAL NUMBER: _____

DECISION RENDERED: _____ APPROVED
                   _____ DENIED

SUMMARY OF FINDINGS:
_____
_____
_____
_____
_____

SUPERINTENDENT'S
SIGNATURE: _____ DATE: _____

--------------------------------------------------------------------

SECTION C

**INMATE APPEAL RECEIPT**

INMATE NAME: _____ INSTITUTION: _____

NUMBER: _____ DATE RECEIVED: _____

RECEIPTING STAFF: _____ TITLE: _____

01/05/01                                              491 - 16

EX. A.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
### FORWARD TO SUPERINTENDENT

| | | | | |
|---|---|---|---|---|
| **Name** | HUDSON MAC | | **Institution** | MCI CEDAR JUNCTION |
| **Number** | W48494 | **Housing** TEN BLOCK | **Appeal Date** 02-AUG-2004 | **Date Of Grievance** 28-JUL-2004 |
| | | | **Appeal Received Date** 09-AUG-2004 | |

**Appeal**  I appealing the Grievance Coordinator due to lack of verifying with other officials that my mail as being delivered late to me and failure to fing out of the IPS were censoring or monitoring my mail. Which led to Ms. Rhonda Spain letter mailed on 7/21/04 being switched with a letter I mailed on 7/24/04 to Ms. Codega. Which were both written on the date it was mailed out. The Grievance Coordinator has not addressed the issue specifically as enlisted in my remedy request. Whcih more than likely explains how the letters were swtiched. Secondly, the Grievance Coordinator did not investigate my claim of my mail being brought 2 weeks to 5 days late. Lt. Butters informed me that no one called him regarding him delivering (2) letters from Rhonda Spain and (1) from Ms. Codega postmarked on the 21st of July to me on the 28th of July, approx 4 p.m. Again this may be because of my mail being monitored and censor.

**Remedy Requested**  I originally asked for confrimation on whether my mail was being censured % monitored on or after 7/08/04, not 7/28/04. I want to know the answer to the latter question and if my mail was not being censored & monitored then why is mail arriving to me late like this weekly and the letters switched.

**Staff Recipient**  Aucoin Ann Marie  CO I

**Signature**

## DECISION BY SUPERINTENDENT

| | | | | | |
|---|---|---|---|---|---|
| **Appeal Received Date** | *************** | **Decision Date** | 25-AUG-2004 | **Decision** | DENIED |

**Decision By**  Nolan David F  SUPERINTENDENT

**Reasons**  I concur with the IGC. The Mail Officer and IPS confirm that your mail is not being tampered with. All mail is processed pursuant to the Inmate Mail Policy, 103 CMR 481.

**Signature**

11/17/04 - In accordance with 103 CMR 491, I have reviewed grievance/grievance appeal #4901 regarding a mail issue, which occurred on July 28, 2004.

Please be advised that I support the Superintendent's decision to deny your grievance, as the facts presented do not indcate that your mail is being tampered with.  Your mail was inadvertently sent to the wrong unit, which resulted in a late delivery.

Kristie Ladouceur
Department Grievance Coordinator

_____    **Date**  _____

## INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Inmate's Name** | HUDSON MAC | | **Institution** | MCI CEDAR JUNCTION |
| **Number** | W48494 | | **Appeal Received Date** | 09-AUG-2004 |
| **Staff Recipient** | Aucoin Ann Marie  CO I | | | |

**Superintendent's Signature**  _____

BREE MCDERMOT
C.P.O. of A-2.
P.O. Box 100
S. WALPOLE MA. 02071

MAC Hudson
A-2 #11
P.O. Box 100
S. WALPOLE MA. 02071

6/14/04

DEAR BREE

ON 6/2/04, I SUBMITTED a PURCHASE SLIP WITH
4 LEGAL LETTERS THAT I MAILED OUT VIA THE PURCHASE SLIP. I
HAVE THE OTHER UNSTAMPED END OF THE RECEIPT DO TO THE
POLICY CHANGE.

HOWEVER, THE COURT'S NEVER RECEIVED ANY OF MY
MOTIONS. CAN YOU PLEASE INDICATE TO ME WHETHER YOU FORWARD
THIS TO THE TREASURY OFFICE TO BE PROCESS OR ARE YOU STILL
IN RECEIPT OF THE REQUEST,

IF YOU HAVE FORWARDED THIS MAIL REQUEST, CAN
YOU CALL THE TREASURY OFFICE TO SEE WHETHER THEY PROCESSED
MY REQUEST PLEASE. I NEED THIS IN WRITING TO PRESENT TO
COURT THAT I DID SUBMIT THESE MOTIONS TIMELY.

THANK YOU FOR YOUR ATTENTION & TIME.

SINCERELY
Mac H.



ATTACHMENT "C"

**DEPARTMENT OF CORRECTION**
**INSTITUTION APPEAL FORM**
**FORWARD TO THE INSTITUTIONAL SUPERINTENDENT**

<u>SECTION A</u>

NAME: MAC Hudson _____ INSTITUTION: MCI-CJ _____

NUMBER: W48494 HOUSING UNIT: 10 Block DATE OF INCIDENT: 8/28 04

APPEAL: I'M appealing The Grievance coordinator due To Lack
of verifying with other officials That My Mail was Being
delivered Late To Me & failure To find out if The IPS were
(ATTACH ADDITIONAL PAGE IF NECESSARY) See BACK page ➡

REMEDY
REQUESTED: I originally asked for confirmation on whether My Mail
was Being censored & Monitored on or after 7) 8) 04, NOT 7/28) 04.
I want To know The answer To The Latter question and ➡

INMATE SIGNATURE: Mac Hudson _____ DATE: 8) 2) 04.

STAFF RECIPIENT: _____ DATE: _____

DATE RECEIVED: _____

---

<u>SECTION B</u>

ASSIGNED GRIEVANCE NUMBER: _____

ASSIGNED INSTITUTION APPEAL NUMBER: _____

DECISION RENDERED: _____ APPROVED
                    _____ DENIED

SUMMARY OF FINDINGS:
_____
_____
_____
_____
_____

SUPERINTENDENT'S
SIGNATURE: _____ DATE: _____

<u>SECTION C</u>
**INMATE APPEAL RECEIPT**

INMATE NAME: _____ INSTITUTION: _____

NUMBER: _____ DATE RECEIVED: _____

RECEIPTING STAFF: _____ TITLE: _____

01/05/01                                          491 - 15





*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, Massachusetts  01757-3698*
*(508) 422-3300*
*www.mass.gov/doc*



**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

Kathleen M. Dennehy
*Commissioner*

James R. Bender
*Acting Deputy Commissioner*

October 26, 2004

Mac Hudson, W48494
MCI-Cedar Junction
P.O. Box 100
So. Walpole, MA  02071

Dear Mr. Hudson:

I am in receipt of your correspondence regarding Grievance #4901 relative to mail concerns.

Please be advised that I am currently conducting a review of the above-referenced grievance.  At the conclusion of my review, you will be provided written notification regarding my decision/findings.

I hope that I have addressed your immediate concerns.

Sincerely,

Kristie Ladouceur
Department Grievance Coordinator

cc:     David Nolan, Superintendent
        Ann-Marie Aucoin, I.G.C.
        File

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| Name | HUDSON MAC | | Grievance# 6189 | Institution | MCI CEDAR JUNCTION | |
|------|-----------|-----|-----------------|-------------|-------------------|---|

| Commit No. | W48494 | Housing | TEN BLOCK | Date Of Incident | 20041009 | Date Of Grievance | 20041009 |
|------------|--------|---------|-----------|------------------|----------|-------------------|----------|

**Complaint**

Summary
My outgoing legal mail addressed to Attorney Jean Fielding was illegally opened by the mail department and returned to me opened.  The Lt.  of the unit wrote an incident report.  Also, I am being overcharged for my mail.

**Remedy Requested**

I want to know why my legal mail was opened.  I want my legal mail unmolested.  I want my mail to stop being weighed by the mail department because they are over charging.  i want to be re-imbursted for my extra 2 stamps.  I payed to mail outside of $3.39

**Staff Recipient**    Aucoin Ann Marie    CO I

**Staff Involved**

**Signature**

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20041015    **Decision Date**

**Signature**

**Final Decision**

**Decision**

**Signature**    **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

| Name | HUDSON MAC | | Institution | MCI CEDAR JUNCTION |
|------|-----------|---|-------------|-------------------|

| Commit No. | W48494 | Grievance# | 6189 | Date Received | 20041015 |
|------------|--------|------------|------|---------------|----------|

**Signature.**    Aucoin Ann Marie    CO I



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, Massachusetts 01757-3698*
*(508) 422-3300*
*www.mass.gov/doc*



**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

Kathleen M. Dennehy
*Commissioner*

James R. Bender
*Acting Deputy Commissioner*

October 26, 2004

Mac Hudson, W48494
MCI-Cedar Junction
P.O. Box 100
So. Walpole, MA  02071

Dear Mr. Hudson:

I am in receipt of your correspondence regarding Grievance #4928.  This letter was received by this office on September 20, 2004.

Please be advised that I am currently conducting a review of the above-referenced grievance. At the conclusion of my review, you will be provided written notification regarding my decision/findings.

I hope that I have addressed your immediate concerns.

Sincerely,

Kristie Ladouceur
Department Grievance Coordinator

cc:    David Nolan, Superintendent
       Ann-Marie Aucoin, I.G.C.
       File

Printed on Recycled Paper

MR. GARY HEBda
MAiL Room
P.O. Box 100
S.WALpoLe MA. 02071

10/28/04

MAC HudsoN
P.O. Box 100
SWALpoLe MA. 02071

Dear MR. HeBda,

ON 10/19/04. I Received a LeTTeR from MS. RoNda SpoiN WHich Had a $20. MoNey ORdeR iN iT. THe MoNey ORdeR was NoT deposiTed iNTo My accouNT uNTiL 10/25/04, six days LaTeR. See MoNey ReceipT aTTached:

IM expecTiNg a HoNey oRdeR for $300. from HaRoLd SMiTHeRMAN THoT was seNT To Me LasT THuRsday. THe MoNey ORdeR NuMBeR is 0716413225. I Have NoT Received aNy coNfiRMaTioN THaT THis MoNey Has caMe. THis is THe secoNd TiMe THaT THis MoNey Has beeN Re-issued aNd seNT To Me.

I WANT To KNow WHY My MoNey was NoT deposiTed iN My accouNT uNTiL 6 days LaTeR by RoNda SpaiN? I WANT To KNow WHeRe is My $300. MoNey oRdeR aLso?

SiNceReLy
Mac Hudson

CC: M.H

4/12/05

GARY Hibda
MAIL Officer
P.O. Box 100
S. WALpole MA 02071

RE: RETURN Legal Mail To
DERRICK TyLER

Dear Mr Hibda,

EARLieR Today I Mailed a Legal package To
DeRRick TyLer via purchase slip. THis was approved by UNIT
Team of DDU bearing approval Signature.

TONight I Received THe SLIP back aTTacHed To
THe Legal package. THe Legal package was MARked deNied
wiTHout any explanation. were approved To correspond iN
Hudson eT al v. DennTHey, eT al. USDC. C.A No. 01-12145-RGS

SO WHy WAS My Legal package iNTerfered
wiTH by youR departmeNT and NOT processed. I'M eager for a
Response.

ANSweR:

THe SupT OFF.
HAS NO Record Sincerely
OF your APPROVAL  Mac Hudson was
                  S. DDU #146 iT was
TO CORR    cc i Hay Deview
           w/Tyler THAT is why

GA 4/15



*The Commonwealth of Massachusetts*

*Executive Office of Public Safety*

*Department of Correction*

*M.C.I. Cedar Junction at Walpole*

*P.O. Box 100*

*South Walpole, Massachusetts 02071*

Argeo Paul Cellucci
*Governor*

Kathleen M. O'Toole
*Secretary*

Michael T. Maloney
*Commissioner*

Kathleen M. Dennehy
*Deputy Commissioner*

John Marshall, Jr.
*Superintendent*

August 26, 1998

Mac Hudson, W-48494
MCI-Cedar Junction
Modular Unit

Dear Mr. Hudson:

I am writing in response to your recent letter concerning mail that you have not yet received from your family.

All mail that arrives from either the Post Office or another institution is delivered promptly. I can find no evidence that any of your mail is being tampered with or withheld by this facility.

Sincerely,

Peter Allen
Acting Superintendent

cc. Dale Bissonnette, Unit Manager
    Inmate's file
    File

INMATE REQUEST TO STAFF MEMBER

TO: Beverly Veglas. lawlibrarian          DATE: 11/11/01
      (Name and Title of Officer).

[stamp: MCI CEDAR JUNCTION RECEIVED NOV 1 2001 DEPT. OF CORRECTIONS LAW LIBRARY]

SUBJECT: State completely but briefly the problem which you desire to discuss. Massachusetts
          (give details)

MS Veglas, I Submitted A package for (3) copies & Legal
Request on 11/4/01. Mid week I wrote The Mail office to see if
They did Mail This to your Department and Received A Written Response
from Mail Officer HeBdA That This package was delivered To Your
department. However, I have not Received My copies Back or Supplies
for Last week. Contained in This envelope was exhibits To My pending case
SMU operational Manual, Memorandums; Climate Reports. I have an
                    (Use other side of page if more space is needed)
ATTorney visit Scheduled for 11/12/01 in Which I Wanted To Have My MATerial
ACTION REQUESTED: (State exactly how you believe your request may be handled;
PrePared for Beforethat is. exactly what you think should be done, and how.) Filing IN Court.
      Please do Not Confuse This package with My Request Submitted on
11/8/01 & 11/9/01. for copies. I'd Like you To please forward Me
My MATerial outlined Above That Hasn't Been Returned To Me and send Me
Supplies That I did NOT get Last week So I can Make Court filings Early This week.
NAME: MAC  Hudson                    No.: W48494
Work Assignment: _____          Living Quarters: PLY-3 #14

      NOTE:   If you follow instructions in preparing your request, it can be
disposed of more promptly and intelligently.   You will be interviewed, if
necessary, in order to satisfactorily handle your request.   Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)          DATE: 11/14/01
As you will note, by the attached, your work was completed
on Nov 11 & Nov 12. I was not in the institution
on Nov 10, 11, 12, 13. I received your inquiry today. I
do not have any of your copies here in the library and
I can only assume Someone has delivered them to
you. Had I been in the institution, I would
have done so as I do normally. I can assume
that this request and your copies crossed in
the delivery process. I deliver Supplies on Fridays
each week. I have received          B.I. Veglas
no such request from you,          Librarian II     (Ex. A)
for last week or this week

DEPARTMENT OF CORRECTION

INMATE REQUEST TO STAFF MEMBER

TO: GARY HeBda Mail Officer.      DATE: 7/9/02
(Name and Title of Officer).

SUBJECT:  State completely but briefly the problem which you desire assistance
(give details)

MR HeBda IM Missing aRTicles of Mail, 3 weeks ago My
SISTER CHARlene HudSon SenT Me a PuBlish CourT document
BARING CUM V PRINCE MosES decision, I NEVER goT THIS.
LasT week RoNda Spain Mailed Me a package at CoNTaiNiNg
HER leTTeR & MaTeRial. I HAVE NoT Received aNY oF THESE
DocumenTS, AlSo, I'M getting My Mail a week LaTER afTeR
THE posT MaRK. CenA Colleges leTTeR is P-M THE 2Nd & I goT iT oN
THE 8TH
(Use other side of page if more space is needed)

ACTION REQUESTED:  (State exactly how you believe your request may be handled;
that is, exactly what you think should be done, and how.)

___ I KNOW FROM pasT expeRjence THaT You foRwaRd MeNS Mail
To I.P.S DeporTMenT uNKNowN To THE pRiSuNER. CaN You please
foRwaRd THESE Missing aRTicles oR explaiN WHY I'M NoT
ReceiviNg iT.

NAME: MAC HudSoN                    No.: W48494
Work Assignment: _____    Living Quarters: P-8 #13

NOTE:  If you follow instructions in preparing your request, it can be
disposed of more promptly and intelligently.  You will be interviewed, if
necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)      DATE: _____

3 wks AGA I WAS → 6-23 THRU 7/2
NoT HeRe
LasT wk I WAS → 7-13 THRU 7-21
NoT HeRe
        I AM NoT with holdiNG ANy oF YouR
Mail. CK with THE PPOP DepT. THE
PKGS MAY HAVE BeeN SenT THERE.
                    GH 7/23

DEPARTMENT OF CORRECTION

INMATE REQUEST TO STAFF MEMBER

TO: GARY HeBda  Mail officer _____  DATE: 11/13/02
          (Name and Title of Officer)

SUBJECT:  State completely but briefly the problem which you desire assistance
          (give details)

MR. HeBda, I HAVE spoken To Cena Codega, who infurmed Me
SHe seNT Me a LeTTeR LaTe LAST MoNTH, And 2 LeTTeRS
THis MoNTH PRioR To My ReceipT of HeR caRd oN 11/12/02.
HoweveR, I HAVE NOT Received HeR MAiL, THis is CoMPounded By
THe fact THaT I Received a Legal LeTTeR FRoM ARTy GReg SCHuBeRT
2 days LaTe afTeR THe postMARK.

_____

          (Use other side of page if more space is needed)

ACTION REQUESTED:  (State exactly how you believe your request may be handled;
                    that is, exactly what you think should be done, and how.)

___ CAN you TeLL if you've foRwaRd THese LeTTeRs To ANy
OTHeR depaRTMeNT OR MispLaced THeM By CHANCe.

_____

NAME: MAc HudsoN _____  No.: W48494
Work Assignment: _____  Living Quarters: PCy-3 #2o

NOTE:  If you follow instructions in preparing your request, it can be
disposed of more promptly and intelligently.  You will be interviewed, if
necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

_____

DISPOSITION:  (Do not write in this space)          DATE: _____

NO  AS  YOUR  MAIL  ARRIVES
IT  IS  BeING  SeNT  TO  YOUR
MAIL  IS  NOT  BeING  With  ACCI)

GH
11/22



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, Massachusetts 01757-3698*
*(508) 422-3300*
*www.mass.gov/doc*



**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

**Michael T. Maloney**
*Commissioner*

**Kathleen M. Dennehy**
*Deputy Commissioner*

January 28, 2003

Mac Hudson, W-48494
MCI-Cedar Junction
P.O. Box 100
So. Walpole, MA 02071

Dear Mr. Hudson:

Your letter to Secretary of Public Safety James Jajuga dated September 30, 2002, concerning the denial of legal copies, has been referred to me for reply.

Superintendent Allen informed me that you addressed this issue with him in September, and he advised you that he concurred with both the Librarian and the Director of Treatment's response to this issue.

There are photocopying guidelines in place in the Library at MCI-Cedar Junction, and Superintendent Allen assures me that those guidelines were appropriately followed in your case.

Sincerely,

Michael T. Maloney
Commissioner

cc:    Carol Higgins, Undersecretary of Public Safety
       Peter Allen, Superintendent
       Inmate's file
       File

♻ Printed on Recycled Paper

MR. GARY HEBDa
MAiL ROOM
P.O. Box 100
S.WALPOLE MA. 02071

10/28/04

MAC HudSON
P.O. Box 100
SWALPOLE MA. 02071

$20
10/23

DEAR MR. HEBDa,

ON 10/19/04, I Received a LETTER FROM MS. RONDA SpAIN WHICH Had a $20. MONEY ORDER IN IT. THE MONEY ORDER WAS NOT deposited INTO My ACCOUNT UNTIL 10/25/04, SIX days LATER. SEE MONEY ReCEIPT aTTaCHED.

IM EXPECTING a MONEY ORDER FOR $300. FROM HAROLD SMITHERMAN THAT WAS SENT TO ME LAST THURSDAY. THE MONEY ORDER NUMBER IS 07166413225. I HAVE NOT Received any CONFIRMATION THAT THIS MONEY HAS COME. THIS IS THE SECOND TIME THAT THIS MONEY HAS been Re-issued AND SENT TO ME.

I WANT TO KNOW WHY My MONEY WAS NOT deposited IN My ACCOUNT UNTIL 6 days LATER by RONDA SPAIN? I WANT TO KNOW WHERE IS My $300. MONEY ORDER aLSO?

10/7 To 10/30
NO CKS ARRIVED IN MAIL FOR 300

CC. M.H

YOU MUST DIRECT YOUR ? TO THE TREAS OFFICE. AS YOUR MAIL IS PROCESSED THE CK'S ARE DEPOSITED IN THE SAFE WHERE AS THE TREAS. OFF REMOVES THEM.

SINCERELY
Mac Hudson

GA
11/1/02

DEPARTMENT OF CORRECTION

INMATE REQUEST TO STAFF MEMBER

TO: _GARY HEBda   MAIL Officer_____    DATE: _11/22/01_
       (Name and Title of Officer).

SUBJECT:  State completely but briefly the problem which you desire assistance
          (give details)

_I  Have  2  guestions; 1) on  11/4/01  I Mailed A LAW LIBRARY Request_
_for Copies THAT CunTAined THe SMU OPERATiunal MANual, MeMoRANdums,_
_PARAlegal T.P.I SChool MATerial ANd cASeS. THe LIBRARiAN HAS WENT AS fAR AS_
_To SAY SHe NeveR goT My Request... Did you forwARd My Request To THe_
_LAW LIBRARy, if NoT WHy is your depARTMeNT Holding My Legal Request ? See_
_if I MAy Have forgoT To puT My NAme oN THe ReTuRN AdDRess (A MANILLA envelope)._
_2) I MAiled in A puRCHAse SLip To SeNd Legal MAil ouT ANd wAS denied_
          (Use other side of page if more space is needed)
_By YouR depARTMenT To MAiz ouT THis PRivileged MAiL. THERe's No poLicy_
ACTION REQUESTED:  (State exactly how you believe your request may be handled;
                    that is, exactly what you think should be done, and how.)

_THAT Requires Me To Use STAMPs THAT I donT Have for TiMely MAiLing,_
_if I RuN ouT of STAMPs iT's peRMiTTABle To SeNd ouT My Legal & NoN pRivilege_
_MAiL V.I.A puRCHAse SLip, By you denying Me, you force Me To BoRRoW STAMPs_
_fRoM pRisoNeRS To Meet CourT DeAdLiNes, WHich is BReAking THe Rules. —>_
NAME:_____  No.:_____
Work Assignment:_____  Living Quarters:_____

NOTE:  If you follow instructions in preparing your request, it can be
disposed of more promptly and intelligently.  You will be interviewed, if
necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:  (Do not write in this space)            DATE:_____

1) AS LoNg AS YouR NAme wAS ON The
ENVelope AS The SeNdeR, iT wAS
puT iN The LAw LiB. MAiL Box.

2) POP iNMATeS MuST USe STAMPs FoR
POSTAge. Pur.ch. SLips ARe AcCepTed FoR
BiggeR pKGS, NoT STANd. MAiLing ENV.
YoU MuST puRChAse STAMps THAN The CANTeeN

*Executive Office of Public Safety*

*Department of Correction*

*M.C.I. Cedar Junction at Walpole*

*P.O. Box 100*

*South Walpole, Massachusetts 02071*

*Tel. (617) 727-1684 Fax: (617) 727-6571*

Jane Swift
*Governor*

James P. Jajuga
*Secretary*

Michael T. Maloney
*Commissioner*

Kathleen M. Dennehy
*Deputy Commissioner*

Peter E. Allen
*Superintendent*

April 2, 2002

Mac Hudson, W-48494
MCI-Cedar Junction
WWSU

Dear Mr. Hudson:

I am writing in response to your two recent letters in which you allege that your outgoing mail is not reaching its destination.

This matter was looked into and there is no evidence to substantiate that your mail is being withheld or delayed. All of your outgoing mail is processed, as long as the outside of the envelope contains your name and return address.

Sincerely,

Peter Allen
Superintendent

cc. Inmate's file
    file

103 CMR 478.00:  LIBRARY SERVICES

Section

478.01:      Purpose
478.02:      Statutory Authorization
478.03:      Cancellation
478.04:      Applicability
478.05:      Access to 103 CMR 478.00
478.06:      Definitions
478.07:      Staff
478.08:      Budget
478.09:      Facilities and Equipment
478.10:      General Library Services
478.11:      Legal Services
478.12:      Operating Procedures
478.13:      Collection Development
478.14:      Responsible Staff
478.15:      Annual Review
478.16:      Severability

### 478.01:  Purpose

The purpose of 103 CMR 478.00 is to establish department policy regarding library services. The objective of 103 CMR 478.00 is to provide a guide for the planning, implementation and evaluation of library services in all state correctional institutions.

### 478.02:  Statutory Authorization

103 CMR 478.00 is issued pursuant to M.G.L. c. 124, § 1(c),(q)., and is consistent with M.G.L. c. 78,§ 19E(4).

### 478.03:  Cancellation

103 CMR 478.00 cancels all previous Department policy statements, bulletins, directives, orders, notices, rules or regulations regarding Library Services.

### 478.04:  Applicability

103 CMR 478.00 is applicable to all employees and inmates at all correctional institutions within the Department of Correction.

### 478.05:  Access to 103 CMR 478.00

103 CMR 478.00 shall be maintained within the Central Policy File of the Department and will be accessible to all Department employees.  A copy of 103 CMR 478.00 shall also be maintained in each Superintendent's Central Policy File and in each inmate library.

### 478.06:  Definitions

Access - use of general and law library services on a scheduled basis.

Associate Commissioner of Reentry and Reintegration – the senior staff person whose duties include, but are not limited to, the management of classification, programs, education, reentry and reintegration.

Audio-visual Equipment - any equipment needed to facilitate the use of non-print library material, such as films, filmstrips, slides, recordings, videos, *etc.*

Board of Library Commissioners - ("BLC") the state agency responsible for the establishment and development of library media centers in state institutions.

Ex. F

478.06:    continued

Circulation - the activity of a library in lending books and other materials to borrowers and keeping records of the loans.

Collection - the total accumulation of all library materials provided by the library for its users, also called resources or holdings. It may consist of books, periodicals, pamphlets, records or tapes, filmstrips, slides, pictures, games, *etc.*

Commissioner - the Commissioner of Correction.

Inmate Management Systems (IMS)    The Department of Correction's automated information system that provides processing, storage and retrieval of inmate related information needed by Department personnel and other authorized users within the criminal justice system.

Inter-library Loan - a cooperative arrangement among libraries by which one library may borrow material from another.

Library Materials - the total bibliographic holdings or resources of the library consisting of books, periodicals, pamphlets, records, tapes, filmstrips, slides, pictures, games, etc.

Library Services - the total services rendered by the library to its users, including provision of information, reference, bibliographic aid, lending materials, reading guidance, etc.

Manager of Library Services - an employee designated by the Commissioner of the Department of Correction as being responsible for coordination of library services.

Media - printed and audiovisual forms of communication and any necessary equipment required to make them usable.

Network - a cooperative organization formed to provide services to members.

Superintendent – the Chief Administrative Officer of a state correctional institution.

Technical Services - all activities concerned with obtaining, organizing and processing library materials for use.

478.07:  Staff

(1)       Institution Librarian - A full time staff member holding either a Master's Degree in Library Science or Certification as a Professional Librarian. All institutions with an inmate population over 200 should be staffed with an institution librarian. All institution librarians shall be selected with the approval of the manager of library services.

(2)       Library Aide - A staff member with either prior library experience or professional library assigned by the Superintendent to coordinate library services under the supervision of the Manager of Library Services at those institutions with an inmate population under 200 which do not have an institution librarian.

(3)       Manager of Library Services - A full time staff member of the Department of Correction, who coordinates and supervises library services for all institutions in the system. The Manager of Library Services shall have a Master's Degree in Library Services or Certification as
a Professional Librarian. The Manager of Library Services, in conjunction with the appropriate institution personnel, shall participate in the goal setting and review process for all institution librarians and shall be a co-signatory on all librarian reviews.

(4)       Institution librarians shall meet regularly to form and maintain a network for the purpose of communication, resource sharing, continuing education and training, and the development of cooperative projects and/or grant proposals. Librarians shall maintain communications and establish liaisons with their counterparts in similar institutions and in all types of libraries outside the institution.

478.07:    continued

(5)       Specifications for library personnel shall be written, to the extent feasible, with cooperation of the Department's Manager of Library Services, the institutional Director of Treatment, and the Consultant for Services to

Institutions from the Massachusetts Board of Library Commissioners.

(6)     Institutions may use inmates as library clerks, subject to the approval of the Superintendent and the institution librarian. Each institution shall develop procedures for the selection of inmate library clerks. This procedure shall include an application process through which each inmate is screened for eligibility as a library clerk. All inmate applicants must demonstrate basic literacy skills. Inmates must complete the approved training course prior to selection as a law library clerk. At IMS sites, institutional procedures ensure that special requirements of these positions shall be provided to the work assignment officer who shall enter the information in the Create Job Assignment Screen.

(7)     The institution librarian shall be responsible for training inmates as general and law library clerks. Each institution shall develop procedures to insure that general and law library clerks are trained to perform routine library duties as circulation and technical services assistants. No inmate will be hired as a law library clerk without passing a qualifying exam. Each institution with an inmate population over 200 shall develop procedures for the delivery of the approved training course to train potential law library clerks.

### 478.08:  Budget

Each institution librarian or library aide shall make annual budget recommendations to the Superintendent and the Manager of Library Services. Advisory guidelines can be found in the *Library Standards for Adult Correctional Institutions.*

### 478.09:  Facilities and Equipment

It is recommended that the correctional library be functional in design and inviting in appearance. The types of equipment and machinery will vary depending upon the services and programs of the institution and its library. All libraries should have typewriters, copying equipment, and audio-visual equipment.

### 478.10:  General Library Services

(1)     Purpose - The library is an information center for the institution. Library services support, broaden and strengthen the institution's program. The library provides a variety of services, materials and programs comparable to a public library. Advisory guidelines can be found in the *Library Standards for Adult Correctional Institutions.*

(2) The library should encompass a variety of services, materials, and programs. These should include but not be limited to:

    (a) planned and continuous acquisition of materials;
    (b)    logical organization of materials for convenient use;
    (c)    circulation of materials to maximize use and satisfy informational, educational and recreational needs of users;
    (d)    reference and information services;
    (e)    reader's advisory services;
    (f)    promotional activities to publicize the library's resources;
    (g)    audio-visual programs; and
    (h)    motivational programs to attract users and encourage activities and participation in a variety of projects.

(3)     The library should have cooperative inter-library loan affiliations with various segments of the library community to supplement its own print and non-print resources.

(4)     In institutions with fewer than 200 inmates, the Manager of Library Services and the institutional staff member assigned by the Superintendent to be responsible for library services shall determine the best method for providing those services.

478.10:     continued

(5)     The library shall have copies of all unrestricted department and institution policies available for the staff and inmates.

478.11:  Legal Services

(1)      General - The constitutional right of access to the courts requires that, when requested, inmates receive assistance in preparing and filing legal papers. This assistance may include access to law library facilities, instruction in the use of legal materials and reference
assistance. However, such assistance shall not include legal advice or direction of legal research on the part of library personnel.

(2)      Law Collection - Each institution with an inmate population over 200 shall have a law collection. As suggested by federal and state court rulings and national standards, the law library should include at a minimum: state and federal constitutions, state statutes, state decisions, procedural rules and decisions and related commentaries, federal case law, court rules, practice treatises, citators, legal periodicals and digests.
         (a)      The law collection shall be maintained and updated by the institution librarian.
         (b)      Legal materials, with the exception of photocopies, shall not be circulated.

(3)      Access - Library access shall be scheduled and coordinated by the librarian and shall be provided to all inmates within the institution. An inmate of any state correctional institution without an adequate law collection may request transportation to an institution with a law collection for the purpose of conducting legal research. This request shall be made in writing to the Superintendent or a designee. The Superintendent may provide access to legal assistance in lieu of Law Library Services as deemed appropriate.

(4)      Photocopies

         (a)      Photocopying services shall be for the purpose of duplicating original legal documents. The Superintendent shall designate the staff members responsible for photocopying legal documents and legal reference materials.

         (b)      All photocopy requests shall be compiled within reasonable amounts at no charge. In order to provide photocopying services to all inmates, the Superintendent may establish guidelines and limits, subject to the review of the Commissioner or a designee.

         (c)      No photocopy request shall be processed unless the Department of Correction Legal Photocopying Request Form is completed and attached to the original legal document to be copied.

         (d)      The librarian shall make reasonable efforts to secure materials not in an institution's collection but available through established inter-library loan procedures.

(5)      Supplies

         (a)      The institution shall make reasonable efforts to assist inmates in the preparation and processing of their legal documents. Items such as paper, pencils, envelopes and typewriters shall be provided to all inmates who request them and should be available free of charge. The Superintendent may establish guidelines and limits for such services, subject to the approval of the reviewing authority.

         (b)      Records shall be kept of access, photocopy use and supplies dispersed, including to whom supplies were dispersed.

478.12:  Operating Procedures

(1)      Library Services staff with the approval of the Superintendent, shall post a schedule of library hours and activities.

(2)      Written procedures regarding daily operating procedures shall be established by the librarian with the approval of the Superintendent.

(3)      An inventory of equipment and materials shall be conducted annually by the librarian.

478.12:  continued

103 CMR:          DEPARTMENT OF CORRECTION

If any article, section, subsection, sentence, clause or phrase of 103 CMR 478.00 is for any reason held to be unconstitutional, contrary to statute, in excess of the authority of the Commissioner or otherwise inoperative, such decision shall not affect the validity of any other article, section, subsection, sentence, clause or phrase of 103 CMR 478.00.

REGULATORY AUTHORITY

103 CMR 478.00:  M.G.L. c. 124, § 1(c), (q).