```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

TONY B. GASKINS,                        Civ. No. 05-10630-JLT

    Plaintiff,

    v.

DAVID NOLAN, et al,

    Defendants.

<u>DEFENDANTS' OPPOSITION TO THE
PLAINTIFF'S MOTION FOR AN ORDER FOR
PROPER PENS TO FILE PLEADINGS IN THIS ACTION</u>

For the reasons that follow, the defendants oppose the plaintiff's motion (P#25).

1. The motion itself, ostensibly written with one of the so-called "soft pens" of which Gaskins complains, demonstrates that the pens are adequate for writing purposes. Gaskins fails to show any prejudice with respect to his ability to access the courts. To the extent that "ancillary features", such as writing supplies, "affect merely comfort or convenience" of access to the courts, there must be an "actual injury." <u>Sowell v. Vose</u>, 941 F.2d 32, 34 (1st Cir. 1991). The court will not assume that a "less than optimal clerical arrangement actually impedes a prisoner's ability to file meaningful legal papers." <u>Id.</u>

2. Moreover, Gaskins has recently filed typewritten papers in this case. *See e.g.*, P#27 and P#28. This shows that he has

2

access to a typewriter and does not necessarily need to use a pen to draft pleadings and other court papers.

3. The "soft pens" or "security pens" are issued to prisoners in the units that house the most violent and dangerous inmates. The purpose is to prevent inmates from stabbing correction officers with hard pens. Such stabbings have happened in the past, and officers have been seriously injured.

4. The courts are especially deferential to prison authorities in their adoption and execution of practices that, in their judgment, are needed to preserve internal order and maintain institutional security. Bell v. Wolfish, 441 U.S. 520, 547 (1979). *See* Cutter v. Wilkinson, 125 S.Ct. 2113, 2124 n.13 (2005).

WHEREFORE, the plaintiff's motion should be denied.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

Date: August 19, 2005        __/s/ DAVID J. RENTSCH_____
                             David J. Rentsch, Counsel
                             Legal Division
                             Department of Correction
                             70 Franklin Street, Suite 600
                             Boston, MA  02110-1300
                             (617) 727-3300, ext. 142
                             BBO #544926

3

CERTIFICATE OF SERVICE

    I, David J. Rentsch, certify that on this day I caused a copy of the foregoing paper to be mailed to the plaintiff, Tony B. Gaskins, pro se, by first class mail, postage pre-paid, at MCI-Cedar Junction, P.O. Box 100, South Walpole, MA  02071


Date: August 19, 2005        __/s/ DAVID J. RENTSCH_____
                                      David J. Rentsch