```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

TONY B. GASKINS,                       Civ. No. 05-10630-JLT

    Plaintiff,

    v.

DAVID NOLAN, et al,

    Defendants.

<u>DEFENDANTS' OPPOSITION TO THE
PLAINTIFF'S MOTION TO STAY PROCEEDINGS
AND TO PERMIT DISCOVERY</u>

For the reasons that follow, the defendants oppose the plaintiff's motion (P#27).

1. The plaintiff does not need to conduct discovery in order to oppose the defendants' motion to dismiss (P#22). The defendants' motion, filed under Fed. R. Civ. P. 12(b)(6), assumes that the facts alleged in the complaint are true and concedes that the plaintiff is entitled to all reasonable inferences in his favor. <u>Rodi v. S. New Eng. Sch. Of Law</u>, 389 F.3d 5, 9 (1st Cir. 2004).

2. Contrary to the plaintiff's assertion, the defendants did not move for summary judgment under Fed. R. Civ. P. 56. Consequently, Rule 56(f) does not apply in this situation.

WHEREFORE, the plaintiff's motion should be denied.

2

                    Respectfully submitted,

                    NANCY ANKERS WHITE
                    Special Assistant Attorney General

Date: August 29, 2005      __/s/ DAVID J. RENTSCH_____
                    David J. Rentsch, Counsel
                    Legal Division
                    Department of Correction
                    70 Franklin Street, Suite 600
                    Boston, MA  02110-1300
                    (617) 727-3300, ext. 142
                    BBO #544926

CERTIFICATE OF SERVICE

    I, David J. Rentsch, certify that on this day I caused a copy of the foregoing paper to be mailed to the plaintiff, Tony B. Gaskins, pro se, by first class mail, postage pre-paid, at MCI-Cedar Junction, P.O. Box 100, South Walpole, MA  02071

Date: August 29, 2005      __/s/ DAVID J. RENTSCH_____
                    David J. Rentsch