UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Plaintiff,

v.

David Nolan, et al.,

    Defendants.

Civil Action
No. 05-10630-JLT

### MOTION FOR WRIT OF HABEAS CORPUS AD-TESTIFICANDUM

Now comes the plaintiff, Tony B. Gaskins, moves this Honorable Court to issue a haeb and compel the Superintendent of MCI-Cedar Junction to have the plaintiff brought before this court for any matter this court deems the plaintiff's presence necessary.

Respectfully Submitted,

Tony B. Gaskins, pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: 9/1/05