```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

TONY B. GASKINS, et al.,                C.A. 05-10630-JLT
                                            (LEAD CASE)
    Plaintiffs,

    v.

DAVID NOLAN, et al,

    Defendants.

### DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 12(b)(6), the defendants move to dismiss the complaint (P#3) in C.A. No. 05-11230-JLT for failure to state a claim upon which relief can be granted. In the alternative, this Court should grant summary judgment in favor of the defendants, pursuant to Fed. R. Civ. P. 56. The reasons supporting this motion are contained in the memorandum of law filed herewith.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the defendants request that the Court hold a hearing on this motion.

                                   DAVID NOLAN, KATHLEEN DENNEHY,
                                   TIMOTHY HALL, LISA MITCHELL,
                                   JOHN LUONGO and BEVERLY VEGLAS,

                                   By their attorney,

                                   NANCY ANKERS WHITE
                                   Special Assistant Attorney General

Date: September 15, 2005        __/s/ David J. Rentsch_____
                                   Counsel, BBO #544926
                                   Legal Division
                                   Department of Correction
                                   70 Franklin Street, Suite 600
                                   Boston, MA  02110-1300
                                   (617) 727-3300, ext. 142

2

CERTIFICATE OF SERVICE

I, David J. Rentsch, certify that on this day I caused a copy of the foregoing paper to be mailed to each plaintiff, <u>pro se</u>, by first class mail, postage pre-paid, at his current address.

Date: September 15, 2005        __/s/ David J. Rentsch_____
                                David J. Rentsch