United States District Court
District of Massachusetts

Tony B. Gaskins, et al.,
    Plaintiff,

v.

Kathleen M. Dennehy, et al.,
    Defendants.

Civil Action
No. 05-10630-JLT

Plaintiff's Motion for a Pre-Trial Conference

Now comes the Plaintiff, Tony B. Gaskins, moves this Honorable Court to schedule a Pre-Trial Conference, pursuant to Fed. R. Civ. P. 16(a).

Respectfully Submitted,

*Tony B. Gaskins*

Tony B. Gaskins, Pro Se
MCI - Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: 9/5/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TONY B. GASKINS,
    PLAINTIFF,

v.

KATHLEEN M. DENNEHY, ET AL.,
    DEFENDANTS.

CIVIL ACTION

NO. 05-10630-JLT

CERTIFICATE OF SERVICE

I, TONY B. GASKINS, CERTIFY THAT I CAUSED A COPY OF MY "MOTION FOR A PRE-TRIAL CONFERENCE" TO BE SERVED ON: DAVID J. RENTSCH, COUNSEL, LEGAL DIVISION, DEPARTMENT OF CORRECTION, 70 FRANKLIN STREET, SUITE 600, BOSTON, MA. 02110-1300 BY FIRST CLASS MAIL, POSTAGE PREPAID.

DATED: 9/5/05

Tony B. Gaskins
TONY B. GASKINS, PRO SE
MCI-CEDAR JUNCTION
P.O. BOX 100
So. WALPOLE, MA. 02071