United States District Court
District of Massachusetts

Tony B. Gaskins, et al.,
    Plaintiffs,

v.

David Nolan, et al.,
    Defendants.

Civil Action
No. 05-10630-JLT
(Lead Case)

Plaintiffs' Joint Motion to Strike any Responsive Pleadings to Plaintiffs Motion for TRO and Preliminary Injunction by Defendants

Now comes the Plaintiffs pursuant to Fed. R. Civ. P. 12(f), move this Court to strike any responsive pleadings by the defendants to their motion for TRO and Preliminary Injunction. In support hereof, the Plaintiffs states:

1. This Court granted Defendants

-2-

an extension of time until September 15, 2005 to file responsive pleadings to Plaintiff's Motion for TRO and Preliminary Injunction, but never filed a response.

2. The Plaintiff's Motion for TRO and Preliminary Injunction should be ruled on as "unopposed."

Respectfully Submitted,

*Tony B. Gaskins*

Tony B. Gaskins, Pro Se
MCI-Cedar Junction
P.O. Box 100
So. Walpole, Ma. 02071

Dated: 9/18/05