United States District Court
District of Massachusetts

Tony B. Gaskins, et al.,
    Plaintiffs,

v.

David Nolan, et al.,
    Defendants.

Civil Action
No. 05-10630 JLT
(Lead Case)

Plaintiffs Joint Motion to Strike Defendant's Motion to Dismiss and/or Summary Judgment For Not Being In Conformity With The Pleading Specifically Authorized By The Extension Of Time

Now comes the Plaintiffs pursuant to Fed. R. Civ. P. 12(F), moves this court to Strike the Defendants Motion to Dismiss and/or Summary Judgement as being not in conformity with the pleading specifically authorized by the extension of time.

-2-

The defendants sought an extension of time until September 15, 2005, to respond to plaintiffs' complaint and motion for TRO and preliminary injunction. Judge Tauro granted their motion. However, not only have the defendants failed to respond to plaintiffs' complaint, Montgomery v. Indiana Dept. of Correction, 794 N.E.2d 1124, 1127-1128 (Ind. App. 2003), but also failed to respond to plaintiffs' motion for TRO and preliminary injunction.

Because of these factors, this court should strike the defendants' motion to dismiss and/or summary judgment as being a nonconforming motion filed at "this stage" of the civil action.

Respectfully submit.,

Tony B. Gaskins

Tony B. Gaskins, Pro Se
MCI-Cedar Junction
P.O. Box 100
S. Walpole, MA. 0207

Dated: 9/18/05