United States District Court
District of Massachusetts

Tony B. Gaskins, et al
    Plaintiff,
v.
David Nolan, et al,
    Defendants.

Civil Action
No. 05-10630 T
(Lead Case)

Plaintiffs Joint Motion to Stay Proceedings Except Motion for TRO and Preliminary Injunction Until Counsel Has Been Appointed Per Order of the Court

Now comes the Plaintiffs pursuant to Fed. R. Civ. P. 56(f), moves this court to stay all proceedings in this matter until counsel is appointed to Plaintiffs as ordered by the court, and for the discovery process. The motion for TRO and Preliminary Injunction is not to

BE STAYED. PLAINTIFFS WOULD LIKE A RULING ON THEIR TRO AND PRELIMINARY INJUNCTION MOTION(S) AFTER A HEARING.

DATED: 9/18/05

RESPECTFULLY SUBMITTED,

*/s/ Tony B. Gaskins*
TONY B. GASKINS, PRO SE
MCI- CEDAR JUNCTION
P.O. BOX 100
SO. WALPOLE, MA. 02071