United States District Court
District of Massachusetts

Tony B. Gaskins, et al,
  Plaintiffs,

v.

David Nolan, et al,
  Defendants.

Civil Action
No. 05-10630-JLT
(Lead Case)

"Joint"
Motion for Writ of Habeas Corpus
Ad-Testificandum (II)

Now comes the Plaintiffs and moves this court for a writ of habeas corpus ad-testificandum to be permitted oral argument on their pending motion for T.R.O. and Preliminary Injunction. In support hereof, Plaintiffs states:

1. Oral argument in this matter is essential to Plaintiffs being able to establish their case and clarify to the court the position taken in their pleadings

-2-

ON THE TRO MOTION(S) AND PRELIMINARY INJUNCTION.

2. THE JUDGE HAS SEEM TO TAKE A POSITION ON THE ISSUES PRESENTED BY THE PLAINTIFFS, AND HIS POSITION SEEMS TO FAVOR THE DEFENDANTS.

3. BECAUSE OF THIS, ITS IMPERATIVE THAT PLAINTIFFS BE PERMITTED TO ARGUE [ORALLY] THE CLAIMS OUTLINED IN THEIR TRO AND PRELIMINARY MOTION(S), EITHER IN COURT BEFORE THE JUDGE OR THROUGH VIDEO-CONFERENCE.

RESPECTFULLY SUBMITTED,

*Tony B. Gaskins*

TONY B. GASKINS, PRO SE
MCI-CEDAR JUNCTION
P.O. BOX 100
SO. WALPOLE, MA. 02071

DATED: 9/18/05