United States District Court
District of Massachusetts

Tony B. Gaskins, et al.,
            Plaintiffs,

v.

David Nolan, et al.,
            Defendants.

Civil Action
No. 05-10630-J  T
(Lead Case)

CERTIFICATE OF SERVICE

I, Tony B. Gaskins, certify that I caused a copy of the foregoing motion(s) to be served on David J. Rentsch, Counsel, Legal Division, Department of Corrections, 70 Franklin Street, Suite 600, Boston, MA. 02110-1300, by first class mail, postage prepaid.

Tony B. Gaskins

Tony B. Gaskins, Pro se
MCI-Cedar Junction
P.O. Box 100
So. Walpole, MA. 0207

Dated: 9/20/05