```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

TONY B. GASKINS, et al.,            C.A. 05-10630-JLT
                                       (LEAD CASE)
     Plaintiffs,

     v.

DAVID NOLAN, et al,

     Defendants.
```

NOTICE REGARDING SERVICE OF PROCESS

Pursuant to this Court's order of September 13, 2005, the defendants in C.A. No. 05-11230-JLT hereby give notice that they do not contest service of process with respect to either the complaint or the motion for TRO/PI in that case.

```
                         DAVID NOLAN, KATHLEEN DENNEHY,
                         TIMOTHY HALL, LISA MITCHELL,
                         JOHN LUONGO and BEVERLY VEGLAS,

                         By their attorney,

                         NANCY ANKERS WHITE
                         Special Assistant Attorney General

Date: September 26, 2005    __/s/ David J. Rentsch_____
                         Counsel, BBO #544926
                         Legal Division
                         Department of Correction
                         70 Franklin Street, Suite 600
                         Boston, MA  02110-1300
                         (617) 727-3300, ext. 142
```

CERTIFICATE OF SERVICE

I, David J. Rentsch, certify that on this day I caused a copy of the foregoing paper to be mailed to each plaintiff, pro se, by first class mail, postage pre-paid, at his current address.

```
Date: September 26, 2005    __/s/ David J. Rentsch_____
                            David J. Rentsch
```