United States District Court
For The
District of Massachusetts

Tony B. Gaskins, et al.

v.

David Nolan et al.

C.A. No. 05-106 5-JLT
(Lead Case)

Plaintiff's Motion For Enlargement
Of Time To Answer Defendants
Motion To Dismiss

Plaintiffs move this court for an enlargement of time to respond to motion to dismiss in the event that plaintiffs present motions to strike and motion to stay proceedings until appointment of counsel is assigned are denied.

Plaintiffs would like an opportunity to respond if their above motions are denied.

Certificate Of Service

I, Mac Hudson certify that I did serve a true copy of this motion on David Rentsh at 70 Franklin St. Boston MA. 02110-1300 via first class mail.
Signed
Mac H
9/23/05

Respectfully Submitted
Pro-se
Mac Hudson
Mac Hudson
P.O. Box 100
S. Walpole MA 02071