UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins, et al.,

    Plaintiffs,

v.

David Nolan, et al.,

    Defendants.

Civil Action
No. 05-10630-JLT
(LEAD CASE)

**PLAINTIFFS JOINT MOTION FOR EXPEDITED ADJUDICATION ON THEIR "SECOND" MOTION TO COMPEL DEFENDANTS TO PROVIDE THEM WITH PHOTOCOPIES OF ANY LEGAL DOCUMENTS WISHED TO BE PHOTOCOPIED FROM THE TEN BLOCK PHOTOCOPIER**

    Now comes the plaintiffs in the above-entitled civil action moves this Honorable Court to "expedite" adjudication on their "second" motion to compel defendants to provide them with "all" requested legal photocopies. In support hereof, the plaintiffs states:

    1. The defendants have implemented a policy where the cases in the Ten Block Satellite Law Library are no longer to be photocopied.

    2. The photocopier that was placed for use by the prisoners in Ten Block because of <u>Cepulonis</u> v. <u>Fair</u>, 732 F.2d 1 (1st Cir. 1984), was removed from the Satellite Law Library for usage by the prisoners.

    3. The defendants explained that all copies will have to be requested through the main library. And for some time the main library was fulfilling all requested photocopies, until recently.

4. Now, everytime plaintiffs request certain caselaw to be photocopied, the defendants refuse to make the requested copies stating that the cases can be "read" and "researched" during the library period (which is only two hours in duration), and that no copies of any cases presently in the satellite library will be photocopied for research purposes. See attached exhibits.

5. The defendants actions here has effectively hindered plaintiffs ability to effectively do the proper research required to effectively challenge their criminal and civil case now pending before various courts in violation of Bounds v. Smith, 430 U.S. 817, and Cepulonis v. Fair, 732 f.2d 1 (1st Cir. 1984).

This court needs to take immediate action on the plaintiffs motion now pending before this court before the plaintiffs are permanently injured by the actions of the defendants.

Respectfully Submitted,

Tony B. Gaskins, Pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: 9/29/05

## CERTIFICATE OF SERVICE

I, Tony B. Gaskins, certify that I caused a copy of the foregoing to be served on: David J. Rentsch, Counsel, Legal Division, Department of Correction, 70 Franklin Street, Suite 600, Boston, Ma. 02110-1300, by first class mail, postage prepaid.

                                                                            Tony B. Gaskins, Pro se

dated: 9/30/05

## Affidavit of Samuel Correa

I, Samuel Correa, Hereby depose and state the following, that:

1) Every time I send to get some cases from the liberary I don't recieve any.

2) I need a lot of copys and cases from the main liberary because, I am working on my case. This effects me because it takes time and I have known. All I would like is to get cases with out herassment or being ignored.

Signed under the pains and penalties of perjury.

Date: 9/27/05

Samuel Correa

COMPLETED
SEP 14 2005
By JR
MCI-CJ Law Library

MCI-CJ
RECEIVED
SEP 13 2005
LIBRARY

**Attachment F**

## Massachusetts Correctional Institution
## Cedar Junction

### Legal Research Request Form
### TO MAIN LAW LIBRARY
### (For Inmates in DDU)

Samuel Correa W66636
(Please Print Plainly)

Name: Samuel Correa   ID# W66636   DDU Unit: 10 Block   Cell: 56

(Requests may include Case Law, Statutes, Access to CMR/DOC Policies, Legal Addresses, Legal Forms)

Case Law – Request by: Citation (794 NE2d 586); Name: Lyons v School Comm.; or Point of Law: (Arbitration or West Key #). Statues - Ma and US Code Chapter or title and section. CMR or Policy Access through CPO. Legal forms if available in the main library (Forms issued solely by the courts will not be available in the library.)

If you don't know exactly what you are researching, give some key words and areas to search. List your requests below.

Com v Ortiz (1984) 471 N.E. 2d 1321, 393 mass. 523
\* Com v Andrew (1998) 694 NE 2d 329, 427 mass. 414
\* Com v Rice (1998) 692 NE 2d 28, 427 mass. 203
\* Com v Simmons (1995) 646 NE 2d 67, 419 mass 426
\* Com v Chipman (1994) 635 NE 2d 1204, 418 mass 25?

\* This case law is located in the 10 Block law library for your research needs

MCI-CJ LIBRARY
SEP 13 2005
REPSONSE BY



Mitt Romney
*Governor*

Kerry Healey
*ieutenant Governor*

Edward A. Flynn
*Secretary*

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
Department of Correction
*M.C.I. Cedar Junction at Walpole*
*P.O. Box 100*
*South Walpole, Massachusetts  02071*

*Tel: (508) 660-8000   Fax: (508) 660-8009*
*www.mass.gov/doc*



Kathleen M. Den ie /
*Commissione·*

James Bende
*Deputy Commiss¸ ͻͺ r*

John Marshall, Ir
*Acting Superintei d ·t*

September 20, 2005

Tony Gaskins, W-52145
MCI-Cedar Junction at Walpole

Dear Mr. Gaskins:

Your September 12, 2005 correspondence to Acting Superintendent Marshall concerning photocop e of case law has been forwarded to me for reply.

I understand from Librarian Veglas that you have received copies of all case law <u>not available</u> in tl e Satellite Law Library.  This is in accordance with 103 CMR 478 and Cepulonis v Fair, establishing an ext·r ive law collection in a satellite law library.

Ms. Veglas informed me that you have access to most of the cases you have requested copies of; ther f ·e, your requests have been denied on that basis. If cases or statutes <u>are available</u> in the law collection in tl e Satellite Law Library, you may read case law and conduct your legal research in that manner.

Please be reminded that Ten Block inmates will receive copies of only those cases not available for th ͻΙ ͺ to read and/or conduct legal research while accessing the satellite law library.

Sincerely,

John A. Longo, Jr.
Deputy Superintendent

JAL/gm

c.  Beverly Veglas, Librarian C
    Inmate File
    File