```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

TONY B. GASKINS, et al.,                C.A. 05-10630-JLT
    Plaintiffs,                         (LEAD CASE)

    v.

DAVID NOLAN, et al,
    Defendants.

### DEFENDANTS' OPPOSITION TO THE PLAINTIFFS' MOTION TO STRIKE

The defendants hereby oppose P#40, the plaintiffs' motion to strike any responsive pleading to their motion for a TRO/PI in C.A. 05-11230-JLT (P#48). The motion is baseless since there is nothing to strike. The defendants did not file a formal opposition to the plaintiffs' motion for a TRO/PI because the Court denied the motion without prejudice in its order of September 13, 2005. The defendants could not respond to a motion that was terminated on the Court's docket, and there was no reason to file an opposition.

WHEREFORE, the plaintiff's motion should be denied.

                              Respectfully submitted,

                              NANCY ANKERS WHITE
                              Special Assistant Attorney General

Date: October 6, 2005        __/s/ David J. Rentsch_____
                              Counsel, BBO #544926
                              Legal Division
                              Department of Correction
                              70 Franklin Street, Suite 600
                              Boston, MA  02110-1300
                              (617) 727-3300, ext. 142

### CERTIFICATE OF SERVICE

I, David J. Rentsch, certify that on this day I caused a copy of the foregoing paper to be mailed to each plaintiff, <u>pro se</u>, by first class mail, postage pre-paid, at his current address.

Date: October 6, 2005                __/s/ David J. Rentsch_____