UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TONY B. GASKINS, et al.,             C.A. 05-10630-JLT
                                        (LEAD CASE)
    Plaintiffs,

    v.

DAVID NOLAN, et al,

    Defendants.

<u>DEFENDANTS' OPPOSITION
TO THE PLAINTIFFS' MOTION TO STRIKE</u>

The defendants hereby oppose the plaintiffs' motion (P#41). There is no legal or factual basis for the plaintiffs' request to strike the defendants' previously filed motion to dismiss or, in the alternative, for summary judgment (P#36). Their stated reason to strike the motion is frivolous.

WHEREFORE, the plaintiff's motion should be denied.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

Date: October 6, 2005         __/s/ David J. Rentsch_____
                              Counsel, BBO #544926
                              Legal Division
                              Department of Correction
                              70 Franklin Street, Suite 600
                              Boston, MA  02110-1300
                              (617) 727-3300, ext. 142

<u>CERTIFICATE OF SERVICE</u>

I, David J. Rentsch, certify that on this day I caused a copy of the foregoing paper to be mailed to each plaintiff, <u>pro se</u>, by first class mail, postage pre-paid, at his current address.

Date: October 6, 2005         __/s/ David J. Rentsch_____
                              David J. Rentsch