United States
District Court
Boston

Gaskins, et al.,                                    05-11230-SLT

v.

Dennehy, et al.,

Plaintiff motion to be joined.

Now Comes Robert L. Brown and submits:

1. Application to proceed in forma Pauperis
2. Plaintiff was expunged for failure to comply with with Court order by not providing the Court with an account printout for the past six months and an application to proceed in forma Pauperis.
3. Plaintiff states that he neither had the application package or a printout of his account.
4. Plaintiff is involved with a nother matter before another court and did not realize that he didn't satisfy this Courts requirement.

Wherefore Robert L. Brown preys that this Court accepts his motion to include him in this action

Date: 10/10/05

Respectfully submitted by:
Robert L. Brown
Robert L. Brown #W69773