AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of __Boston__

Tony B. Gaskins, et al.,

Plaintiff

V.

Kathleen Dennehy, et al.,

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, __Robert L. Brown__ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __MCI Cedar Junction Walpole__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months** transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends             ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments      ☐ Yes   ☒ No
   e. Gifts or inheritances                            ☐ Yes   ☐ No
   f. Any other sources                                ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.


AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☑ Yes   ☐ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____   _Robert L. Brown_____
       Date                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# APPENDIX B. CIVIL COVER SHEET

JS 44
(Rev. 07/89)

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS
Tony B. Gaskins, et al.,

## DEFENDANTS
Kathleen Dennehy, et al.,

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN x IN ONE BOX ONLY)

[ ] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

PRISONER PETITIONS: [X] 530 General

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION [ ] UNDER F.R.C.P. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: [X] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 10/10/05
SIGNATURE OF ATTORNEY OF RECORD: Robert L. Barr

UNITED STATES DISTRICT COURT

(OVER)

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

# United States District Court

DISTRICT OF Boston

Tony B. Gaskins, et al.,

v.

Kathleen Dennehy, et al.,

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER:

I, Robert L. Brown, declare that I am the (check appropriate box)

[X] petitioner/plaintiff      [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant     [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?     Yes [ ]   No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes [ ]   No [X]
   b. Rent payments, interest or dividends?    Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?    Yes [ ]   No [X]
   d. Gifts or inheritances?    Yes [ ]   No [X]
   e. Any other sources?    Yes [X]   No [~~X~~]

# United States District Court

DISTRICT OF Boston

Tony B. Gaskins, et al.,

v.

Kathleen Dennehy, et a.,

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER:

I, Robert L. Brown, declare that I am the (check appropriate box)

☒ petitioner/plaintiff          ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant     ☐ _____
                                               other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                              Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment      Yes ☐   No ☒
   b. Rent payments, interest or dividends?                                  Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?                  Yes ☐   No ☒
   d. Gifts or inheritances?                                                             Yes ☐   No ☒
   e. Any other sources?                                                                 Yes ☒   ~~No ☒~~

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20051011 10:08

| | | | | | | Page : 1 |
|---|---|---|---|---|---|---|
| Commit# : | W69773 | | | | MCI CEDAR JUNCTION | |
| Name : | BROWN, ROBERT, , | | | Statement From | 20050301 | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20051011 | |
| Block : | BLOCK 3 | | | | | |
| Cell/Bed : | 6 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $1,015.17 | $961.74 | $519.89 | $413.52 |
| 20050308 08:34 | ML - Mail | 4243222 | 680 | CJ | ~BARBARA BROWN | $35.00 | $0.00 | $0.00 | $0.00 |
| 20050308 08:34 | MA - Maintenance and Administration | 4243224 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050314 14:49 | EX - External Disbursement | 4272527 | 33952 | CJ | ~EDWARD R. HAMILTON | $0.00 | $11.40 | $0.00 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4273526 | | CJ | ~Canteen Date : 20050314 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4284542 | | CJ | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4284543 | | CJ | | $0.00 | $0.00 | $0.29 | $0.00 |
| 20050322 10:48 | AJ - Adjustments | 4324325 | | CJ | ~CK#662 FROM BARBARA BROWN ($25) GIVEN TO WRONG INMATE 11/22/04. DEBIT ADJ DONE TO W41660 AND CREDIT ADJ DONE TO W69773 3/22/05 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050404 22:30 | CN - Canteen | 4387407 | | CJ | ~Canteen Date : 20050404 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4424467 | | CJ | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4424468 | | CJ | | $0.00 | $0.00 | $0.35 | $0.00 |
| 20050413 11:12 | EX - External Disbursement | 4448963 | 34308 | CJ | ~PER COURT ORDER, YEARLY PAY'T OF $10 TOWARDS VICTIM WITNESS FEE DOCKET #2000-00342A~BRISTOL SUPERIOR COURT | $0.00 | $10.00 | $0.00 | $0.00 |
| 20050413 11:12 | MA - Maintenance and Administration | 4448965 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050425 11:48 | EX - External Disbursement | 4501213 | 34430 | CJ | ~BOOKSAMILLION | $0.00 | $26.74 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4590842 | | CJ | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4590843 | | CJ | | $0.00 | $0.00 | $0.36 | $0.00 |
| 20050523 22:30 | CN - Canteen | 4655931 | | CJ | ~Canteen Date : 20050523 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050527 22:30 | CN - Canteen | 4683704 | | CJ | ~Canteen Date : 20050527 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4752665 | | CJ | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4752666 | | CJ | | $0.00 | $0.00 | $0.40 | $0.00 |
| 20050627 22:30 | CN - Canteen | 4839408 | | CJ | ~Canteen Date : 20050627 | $0.00 | $2.95 | $0.00 | $0.00 |
| 20050711 22:30 | CN - Canteen | 4912124 | | CJ | ~Canteen Date : 20050711 | $0.00 | $1.69 | $0.00 | $0.00 |
| 20050712 09:11 | ML - Mail | 4913289 | 113 | CJ | ~BARBARA BROWN | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050712 09:11 | MA - Maintenance and Administration | 4913292 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4927962 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4927963 | | CJ | | $0.00 | $0.00 | $0.40 | $0.00 |
| 20050801 22:30 | CN - Canteen | 5024970 | | CJ | ~Canteen Date : 20050801 | $0.00 | $19.14 | $0.00 | $0.00 |
| 20050803 16:52 | IS - Interest | 5042840 | | CJ | | $0.06 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20051011 10:08

| Commit# : | W69773 | | MCI CEDAR JUNCTION | Page : 2 |
| --- | --- | --- | --- | --- |
| Name : | BROWN, ROBERT, , | Statement From | 20050301 | |
| Inst : | MCI CEDAR JUNCTION | To | 20051011 | |
| Block : | BLOCK 3 | | | |
| Cell/Bed : | 6 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20050803 16:52 | IS - Interest | 5042841 | | CJ | | $0.00 | $0.00 | $0.43 | $0.00 |
| 20050808 22:30 | CN - Canteen | 5079489 | | CJ | ~Canteen Date : 20050808 | $0.00 | $3.67 | $0.00 | $0.00 |
| 20050815 10:48 | AT - Account Transfer | 5112030 | | CJ | ~FILING FEE~W69773 BROWN,ROBERT  PERSONAL | $8.64 | $0.00 | $0.00 | $8.64 |
| 20050815 10:49 | EX - External Disbursement | 5112034 | 35626 | CJ | ~MIDDLESEX SUPERIOR COURT S/P | $0.00 | $10.00 | $0.00 | $0.00 |
| 20050815 10:49 | MA - Maintenance and Administration | 5112036 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050824 23:24 | PY - Payroll | 5165254 | | CJ | ~20050807 To 20050813 | $1.00 | $0.00 | $0.00 | $0.00 |
| 20050824 23:24 | PY - Payroll | 5165255 | | CJ | ~20050807 To 20050813 | $0.00 | $0.00 | $1.00 | $0.00 |
| 20050831 23:22 | PY - Payroll | 5195750 | | CJ | ~20050814 To 20050820 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20050831 23:22 | PY - Payroll | 5195751 | | CJ | ~20050814 To 20050820 | $0.00 | $0.00 | $3.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5250509 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5250510 | | CJ | | $0.00 | $0.00 | $0.43 | $0.00 |
| | | | | | | $98.36 | $148.79 | $6.66 | $8.64 |

| | Personal | Savings |
| --- | --- | --- |
| Balance as of ending date : | $3.00 | $104.39 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
| --- | --- | --- | --- | --- | --- |
| $3.00 | $104.39 | $14.99 | $0.00 | $14.99 | $0.00 |