UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins, et al.,

    Plaintiffs,

v.

David Nolan, et al.,

    Defendants.

Civil Action
No. 05-10630-JLT
(LEAD CASE)

**PLAINTIFFS JOINT MOTION FOR RECONSIDERATION
ON THEIR MOTION TO COMPEL THE DEFENDANTS TO
PROVIDE THEM WITH PHOTOCOPIES OF THEIR
LEGAL DOCUMENTS WISHED TO BE PHOTOCOPIED
FROM THE TEN BLOCK PHOTOCOPIER DESIGNATED
FOR THE SATELLITE LAW LIBRARY**

Now comes the plaintiffs in the above-entitled civil
action moves this Honorable Court to reconsider its earlier
decision denying their motion to compel the defendants
to provide them with photocopies of their legal documents
from the Ten Block photocopier that was designated for
the Satellite Library.  In support hereof, the plaintiffs
states:

1.  The photocopier that was placed for use by prisoners
using the Ten Block Satellite Law Library because of
the decision in Cepulonis v. Fair, 732 F.2d 1 (1st Cir.
1984), was removed from the Satellite Law Library for use
by the prisoners.

2.  The defendants have implemented a policy where
legal documents of any kind are no longer to be photocopied
for prisoners using the Satellite Law Library.  Their

-2-

actions are in violation of Cepulonis and 103 CMR 478.09.

3.    The defendants actions here has effectively hindered plaintiffs ability to effectively do the proper research required to effectively challenge their criminal and civil cases now pending before various courts in violation of Bounds v. Smith, 430 U.S. 817 (1977). "The right to access is fundamental." Bounds v. Smith, supra; Simmons v. Dickhaut, 804 F.2d 182 (1st Cir. 1986). The First Circuit provisions are either an adequate library or adequate assistance from person trained in the law. Blake v. Berman, 887 F.2d 145, 146 (1st Cir. 1989).  "The ultimate burden of proving that avenues of research and/or legal or paralegal aid [are] adequate rest with the [DOC]." See Rich v. Zitnay, 644 F.2d 41 (1st Cir. 1981).

4.    The defendants have deceived this court with their contention that they were never required to provide the plaintiffs with access to the photocopier in the Satellite Law Library.  Cepulonis clearly decrees that prisoners are to use the photocopier during Satellite Law Library period.  This fact is even printed in their Ten Block Handbook.

5.    In the East And West Wing Awaiting Action/ Disciplinary Unit orientation Guide, at p. 16(5)(C), it states, "The Awaiting Action copier machine shall be used for legal or personal papers only. The copying of photographs,

-3-

magazines, and CMR's is prohibited. MCI-Cedar Junction policies may be copied..." See attached Exhibit.

Wherefore, the plaintiffs prays that this motion is allowed.

Respectfully Submitted,

Dated: 12/12/05

Tony B. Gaskins, Pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

**CERTIFICATE OF SERVICE**

I, Tony B. Gaskins, certify that I caused a true copy of the foregoing to be served on: David J. Renstch, Department of Correction, Legal Divison, 70 Franklin Street, Suite 600, Boston, Ma. 02110-1300, by first class mail, postage prepaid.

Dated: 12/12/05

Tony B. Gaskins, pro se

EAST AND WEST WING AWAITING ACTION/DISCIPLINARY UNIT

ORIENTATION GUIDE

Approved _____    11-24-93
        Ronald T. Duval, Superintendent             Date

# TABLE OF CONTENTS

## SECTION I - OPERATIONS

| | |
|---|---|
| Counts | 1 |
| Meals | 1,2 |
| Cell Decor | 3 |
| Cell Furnishings | 3 |
| Cell Cleaning | 3 |
| Inmate Movement | 4 |
| Contact Between Inmates | 4 |
| Showers | 4 |
| Visiting | 4,5 |
| Grievances | 5 |
| Property | 5,6,7 |
| Canteen | 7,8 |
| Laundry Service & Linen | 8 |
| Searches | 8,9 |
| Urinalysis | 9 |
| Haircuts | 9 |
| Mail | 10 |
| Telephone | 10 |

## SECTION II - TREATMENT

| | |
|---|---|
| Orientation | 11 |
| Review of Awaiting Action Status | 11 |
| Release from the Awaiting Action Unit | 11 |
| Release from the Disciplinary Unit | 11 |
| Correctional Mental Health Services | 12 |
| Medical Services | 12,13 |
| Recreation | 13 |
| Religious Services | 13 |
| General Library | 13,14 |
| Law Library Services | 14,15,16 |

## SECTION I - OPERATIONS

### COUNTS

1.    Four major counts are conducted daily.  Count times are as follows on weekdays, weekends, and holidays.

    A.    Morning         7:00 a.m.
    B.    Noon           11:30 a.m.
    C.    Evening         4:30 p.m.
    D.    Night          10:00 p.m.

2.    Emergency Counts - At the discretion of the Unit Administrator or his designee, an emergency count shall be conducted.

### MEALS

1.    Three meals a day will be served:  breakfast, lunch, and dinner.

2.    All inmates will be fed in their cells unless otherwise specified.

3.    Meals served will be the same as in general population (except for those on alternate feeding).

4.    Meal times, Sunday through Saturday, are at approximately:

    1.    Breakfast       7:00 a.m. -  8:00 a.m.
    2.    Dinner         11:00 a.m. - 12:00 p.m.
    3.    Supper          4:00 p.m. -  5:00 p.m.

5.    Upon completion of the meal, you are to place all trays, milk and juice containers onto the cell grill door.  Officers will collect these articles.  Any inmate found throwing his food tray or containers onto the tier will have his property confiscated for an indefinite period of time, and a Disciplinary Report will be issued.  Additional incidents of this nature will result in progressively lengthier periods of time before the confiscated property is returned.

6.    Alternative Feeding - The Unit Administrator may place an inmate on alternate feeding for up to five (5) days with the approval of the Deputy Superintendent for Operations for the following reasons:

    A.    Creating a health and/or safety hazard by throwing food, trays, containers, or utensils.

    B.    Using food, utensils, or drink containers to assault staff or other inmates.

    C.    Throwing liquids, urine, feces, etc.

    D.    Refusal to return serving trays, etc., upon completion of the meal period.

1

All alternate meals shall be in accordance with recommended dietar
allowances a set forth in 103 CJ 760.   Inmates will be notified i
writing.

7.   Alternate Feeding Procedures

   A.   Inmate's cell light is turned on.

   B.   The solid door is closed.

   C.   Inmate is required to lay down face down on his bed before th
        solid door is opened.   (This security precaution is necessary t
        prevent assaultive/disruptive behavior).   He will then be asked i
        he is willing to comply with the feeding procedures.

   D.   If the inmate refuses to comply with the feeding procedures, i
        will constitute a refusal to accept the meal.   A written repor
        will be submitted documenting this.

8.   Alternate Feeding Meals

   A.   For the duration of an inmate's placement on alternate feeding, th
        inmate will be served an institutionally prepared food loaf.

   B.   The loaf is not a sanction for misconduct, but rather a
        administrative action taken to maintain a clean and health
        environment in the unit.   Because of this the inmate may continu
        to be fed the food loaf even if the disciplinary report i
        dismissed by the hearing officer for procedural reasons.

   C.   The food loaf will be prepared by the institutional food service
        using the items on a regular menu.   The loaf shall meet al
        nutritional standards and requirements.   It will be tightl
        wrapped, sealed, and carried on the tray.   The inmate will not b
        given the tray but will be handed the wrapped loaf only.   Th
        inmate will receive the loaf form meal three (3) times per da
        during regular breakfast, lunch and dinner times.   The only liquid
        which will be allowed are juice, and juice type beverages.   Mil
        will not be allowed.

9.   Removal from Alternate Feeding

   A.   The Unit Administrator shall submit a written request to the Deput
        for Operations.   The request shall include a written statement o
        the inmate's behavior and attitude during the period he was o
        alternate feeding.

   B.   After each meal, all inmates on alternate feeding shall be asked i
        they will comply with the rules and regulations.   At that time, th
        necessity for continuing alternate feeding will be assessed.

## CELL DECOR

1. Inmates are permitted to utilize the designated area to hang approved personal effects in their cells. The size of the area is 24" x 36' above the cell table.

2. No other personal effects may be hung outside the designated area.

3. No inmate shall be allowed to cover or block the window of his cell door or block the cell door with any articles.

4. No cooking is allowed in an inmate's room.

5. Deposit all trash and litter in a brown paper bag. During shower period, deposit trash in block garbage can.

6. Any inmate found to be flooding out will have his property confiscated for an indefinite period of time.

## CELL FURNISHINGS

Inmate's cell will be equipped with:

1. Bed and mattress

2. Sink

3. Toilet

4. Table and chair (affixed to wall)

5. Shelf

6. Light

## CELL CLEANING

1. Inmates are required to thoroughly clean their cells on shower day or as requested by the Tier Sergeant.

2. The officer on duty shall issue the following cleaning supplies:

   A. Mop
   B. Soap
   C. Toilet Brush
   D. Sponges

3. No cleaning supplies will be kept in the inmate's cell.

3

## INMATE MOVEMENT

1.  All inmates shall be moved from one location to another in full restraints; i.e., cuffed behind the back and in leg irons. Double cuffs are not allowed.

2.  Inmates will be placed in restraints prior to opening the cell door with at least two (2) officers present.

3.  All movement within the unit will be conducted with a minimum of two (2) officers escorting, and one (1) officer providing hands-on.

4.  All movement outside of the unit will be conducted by a two (2) officers hands-on escort.

## CONTACT BETWEEN INMATES

1.  Inmates are permitted to have contact (normal conversation) with inmates in their assignment area.

2.  All areas are restricted unless a program permits the inmate to be in the assignment area.

3.  Inmates cannot stop on the tier and talk to inmates in their cells. Loitering is not permitted.

4.  Inmates cannot communicate with inmates on other tiers of the Unit.

5.  No passing is allowed between inmates without staff assistance.

6.  There will be no passing between tiers.

## SHOWERS

1.  An inmate will be permitted a shower three (3) times a week with a ten (10) minute shower limit.

2.  Showers shall normally be done on the 7-3 Shift in accordance with the Daily Activity Schedule.

## VISITING

1.  Each inmate may be allowed two (2) visits per week which may include visits with other than immediate family. This restriction does not apply to attorney visits.

2.  All visits shall be scheduled in advance by contacting the Unit Clerk. Inmates are not allowed to schedule their own visits. Appointments can be made by friends, relatives, or attorney between 3:00 p.m. and 9:00 p.m. daily.

3.  Visits may be scheduled in one and one half (11/2) hour increments.

4. There is a limit of two (2) adults per inmate. However, this does no apply to children under fourteen (14).

5. Attorney visits shall be in accordance with Department Order 4860.1 o CMR 486 and must be scheduled in advance.

6. A Correction Officer will be posted at the Visiting Room for th duration of the inmate's visit.

7. Unless otherwise mentioned, all other visiting stipulations such as eligibility, quota, entrance procedures, search procedures, rules an regulations, conduct of visitors, ex-felons, exclusion of visitors, an security emergencies shall coincide with general population regulation. governed by 103 CJ 483, Visiting Policy.

8. The only visits permitted for inmates on isolation status shall b attorney visits.

## GRIEVANCES

Policy 103 CJ 491, Inmate Grievances will be followed in this regard. You must fill out an inmate request to staff form first, prior to submitting a grievance. See your Correction Counselor or Tier Officer for this form.

## PROPERTY

1. Personal Property

   The following items are permitted to be retained in Unit:

   A. Underwear - 7 sets, no color restrictions. This includes therma: underwear.
   B. Socks - 7 pair, no color restrictions.
   C. Footwear - 3 pair, any combination of sneakers, shoes shower tongs No steel toes, max 1 1/2" heel.
   D. Hat - 1 baseball hat or watch cap
   E. Pillowcase - 1, state issued
   F. Sheets - 2, state issued
   G. Blanket - 1, fire retardant, state issued
   H. Mattress - 1, state issued
   I. Towels - 2, no white
   J. Face cloth - 2, no white
   K. Legal Material - 1 cubic foot box
   L. Pen or Pencil - 1
   M. Paper - 1 pad
   N. Envelopes - 6
   O. Pants - 3 - Navy Blue or Black
   P. Shirts - 3, white, blue chambray, solid colors only
   Q. Coat - 1 - state issued or personal - navy blue or black only

R.    Gym shorts - 1 pair, navy blue
S.    Sweatsuit - 1, navy blue
T.    Watch
U.    Jewelry - wedding ring, chain only

No new property will be accepted unless it is seasonal clothing such as a coat or sweatshirt (one time only).

2.    Any item not allowed for retention shall be sent to the property department and will be handled in accordance with 103 CMR 403, Inmate Property Policy.

*NOTE*    **Storage of Articles** - all property approved for retention in the unit shall be neatly stored in the cell. Boxes shall be provided for mail and legal materials. Inmates are not permitted to write on walls.

3.    Personal Hygiene Items - The maximum allowable cosmetics listed below may be kept in an inmate's cell. If/when cosmetics are purchased, the empty containers will be turned into the Tier Crews.

A.    Toothbrush - 1
B.    Toothpaste - 1 tube
C.    Soap - 1 bar
D.    Comb - 1
E.    Hairbrush - 1
F.    Q-Tips - 1 box
G.    Mouthwash - 1 bottle

*NOTE*    Any inmate found to have fabricated a weapon out of a toothbrush, i.e. sharpening one end, or continuing it with a razor blade, shall have all future toothbrushes modified to three (3) inches in length. Determination to be made by the Unit Administrator.

4.    Other hygiene items will be kept in a cosmetic box located in a closet on the tier. The maximum allowable cosmetics listed below may be kept in an inmate's cosmetic box: (In accordance with 103 CJ 403 Property Procedures.

A.    Mirror - 1
B.    Razor - 1 disposable
C.    Clippers - 1 Nail (To be used in shower only)
E.    Shaving Cream - 1
F.    Deodorant - 1
G.    Baby Powder - 1 or skin cream (one/not both)
H.    Soap - 3 bars
I.    Aftershave - 1
J.    Shampoo - 1
K.    Conditioner - 1
L.    Skin Cream - 1

6

Excess or duplicate cosmetics will be removed from the cosmetic box and
sent to outside property.

5.    Any item or property which could be used to cause injury to oneself or
      others or could cause a threat to the security and orderly running of
      the institution may be removed from the inmate's cell.    Determination
      shall be made by the Unit Administrator.

6.    Television/Radio - Inmates are permitted use of their television and
      radios with the exception of inmates doing isolation time.  Speakers and
      antennas must be removed from the television and radio prior to its
      being allowed in the cell.

      Any TV/Radio found to be altered in any way regarding its power system
      (i.e. "hot wired, or using "power packs") shall be confiscated.    Power
      packs are considered contraband.

7.    Personal Property -  The following items are permitted to be retained:

      A.    (1) set of clothes: including pants, shirt, underwear, socks, shoes
            jacket;

      B.    eyeglasses, contact lenses, dentures, orthopedic or prosthetic
            devices;

      C.    (2) sheets, (1) fire retardant blanket, and (1) pillowcase;

      D.    towel and face cloth;

      E.    bar of soap (1), toothpaste (1 tube), toothbrush (1), hairbrush (1
            no handle), Q-Tips (1 box), mouthwash (1 bottle);

      F.    personal letters, photographs and newspaper clippings;

      G.    legal documents, such as appeals, writs, complaints, transcripts (1
            cubic foot);

      H.    pencil and stationary;

      I.    a religious book;

      J.    plastic cup.

      All other cosmetic items will be dispersed in accordance with the
      procedures described in this Orientation Manual.

7

## CANTEEN

1.  Inmates may spend a maximum of $20.00 per week in the canteen.   No canned goods and electrical devices (except televisions) are allowed to be purchased.   Inmates will also be prohibited from purchasing food requiring cooking prior to consumption, or any item sold in glass containers.

2.  Inmates doing lengthy isolation time may, with the Unit Administrator's approval, purchase toilet articles, cosmetics, and stamps.

3.  Tobacco and/or tobacco products in limited quantities may be purchased (maximum is 1 carton of cigarettes).  Bugler cans are not allowed.

4.  Any misuse of canteen articles purchased i.e., creating a health hazard, assaulting with, excessive property, etc. may result in the loss of this privilege.'

5.  Any inmate wanting to purchase approved canteen must submit a canteen order form.  Inmates are permitted to spend up to $20.00 each week from their personal account.

6.  Canteen orders are submitted on Wednesday morning.  Canteen pick up and delivery will be done on Wednesday afternoon.  (Except during weeks with a holiday).

7.  Inmates serving Disciplinary Isolation will not be allowed canteen privileges except as outlined in item B of this section.

## LAUNDRY SERVICE AND LINEN

1.  Laundry services are provided once a week on Thursday except on holiday weeks.

2.  On laundry day, a staff person designated by the Unit Administrator will make deliveries to the laundry, which will be returned to the inmate on the same day.

## SEARCHES

Inmates are subject to search at all times.

1.  Searches - Searches of cells and personal property are important to the overall safety and security of employees and inmates.  Regular searches of cells and personal property shall be conducted by the officers at irregular intervals as assigned by the Unit Lieutenant or the Unit Sergeant(s).

    A.  Strip Search - Inmates may be subject to a strip search at any time.

ε

Inmates are required to undergo strip searches prior to going to o:
leaving the following areas:

1)   Visiting Room

2)   HSU

3)   Recreation Yard (Randomly)

4)   Law Library

5)   Cell Searches

B.   Pat Searches - Inmates are required to submit to a pat search prio:
to going to or leaving the following areas:

1)   Program areas

2)   Anywhere not specified in 1 through 5

C.   Cell Searches - All cells shall be searched at anytime, but a
minimum of at least once a week.

1)   During the cell search, the inmate shall be detained ii
another area.   The inmate may be subject to being stri]
searched prior to being removed from his cell.

2)   The cell should be left in as near to its original appearance
as possible at the completion of the search

3)   All searches will be entered in the Cell Search Log Book, t
include the Unit Log Book.

4)   On the finding of any contraband or other discrepancies, the
proper reports shall be submitted.

## URINALYSIS

1.   All inmates are required to submit to urinalysis testing as determine
by the DSU Administrator.   Only staff persons trained in urinalysi:
testing as designated in 103 DOC 525 are permitted to conduct urinalysi:
testing which provides the following information:

A.   Procedures in obtaining urine specimens from inmates.

B.   Procedures on handling, storage, and recording specimens.

C.   Procedures on processing urinalysis results.

D.   Refusal to provide a urine specimen.

## HAIRCUTS

1.    Inmates may request a haircut by contacting the Tier Officer.

2.    A barber approved by the Unit Administrator will be sent to the Awaiting Action/Disciplinary Unit on a bi-weekly basis.

3.    Haircuts for EWSU inmates will be scheduled on Wednesday evenings, and on Thursdays and Sundays for WWSU inmates.

4.    Inmates are permitted only one haircut every 30 days.

## MAIL

1.    Inmate mail regulations will be governed by 103 CMR 481, Inmate Mail Regulations.  All inmate mail will be picked up daily.  You will place your mail in the mailbox provided.

2.    If the mail is going to be sent registered, certified, or return receipt requested, inmates are required to fill out a purchase slip, attach it to the mail, and then give it to staff for processing.

3.    Stamps may be purchased through the Canteen.

## TELEPHONE

1.    Only approved legal calls will be made.  Therefore, inmates must request phone call slips from staff.

2.    All calls shall be made collect.  In addition, all calls will be limited to 15 minutes.

3.    Scheduled calls shall be made between the hours of 9:00 a.m. through 5:00 p.m. and shall be approved by the Unit Supervisor.

10

## SECTION II - TREATMENT

The Treatment Program for the Awaiting Action/Disciplinary Unit is designed to meet the individual needs of each inmate. A full range of mental health and religious services are available for inmates on Disciplinary Detention Status. Inmates on Awaiting Action Status shall also be afforded the opportunity for recreation.

### ORIENTATION

Within one (1) work day of placement into the Unit, an orientation booklet will be presented to the inmateby the Correction Counselor. The inmate is responsible to be aware of material contained within this Orientation Manual.

### REVIEW OF AWAITING ACTION STATUS

The Commissioner shall review the status of inmates housed in the East and West Wing Segregation Units, as well as AA status inmates on a bi-monthly basis. This review consists of an examination into the reason for placement into the Unit, and a determination about whether or not each inmate shall remain in the unit or if a release is warranted. This review does not require an interview with the inmate.

### RELEASE FROM THE AWAITING ACTION UNIT

1.  An inmate may be release from the EWSU or WWSU if:

    A.  If following an investigation, it is determined that he is not guilty of the allegations which resulted in his initial lock-up.

    B.  If he is found not guilty at a Disciplinary Board of the allegations resulting in his initial lock-up.

    C.  If the Administration of the institution issuing the referring Disciplinary Report determines that it will not seek a DDU referral.

    D.  If the inmate has remained free of further serious incidents while on Awaiting Action status.

    E.  By virtue of the Commissioner of Corrections order.

### RELEASE FROM THE DISCIPLINARY UNIT

An inmate may be released from the Disciplinary Unit upon completion of his isolation sanction, or transfer to the DDU.

Inmates released from the Disciplinary Unit to population, will normally be placed into the Orientation Unit. This will apply to all inmates, regardless of the housing unit they occupied prior to serving their isolation.

11

## CORRECTIONAL MENTAL HEALTH SERVICES

Mental Health Services shall be available to all inmates in the Awaiting Action/Disciplinary Unit.

1.  Mental Health staff offer Individual Counseling.

2.  You may refer yourself for intake in a number of ways:

    A.    Through Correctional Mental Health Staff.

    B.    Through Correction Officer or Correction Counselors.

    C.    Through yourself.

3.  Emergency Mental Health Services - Any staff person who, through specific knowledge, information received or observed, is of the belief that an inmate is or may become a serious threat to himself or others as a result of mental illness, shall immediately notify Correctional Mental Health staff. During off duty hours, the staff person shall contact the appropriate on site Health Service staff person and Shift Commander. If Health Services staff are not on site, the Shift Commander shall notify the Director(s) of Prison Mental Health Services or designee and Departmental Health Services Duty Officer.    For more detailed information, refer to 103 DOC 650, Mental Health Services policy.

4.  Isolation Time - Inmates serving isolation time may be allowed crisis intervention services from Correctional Mental Health staff out of their cells with prior authorization from the Deputy Superintendent for Programs.

5.  All counseling sessions are confidential except for:

    A.    The fact of participation in Psychological Services;

    B.    disclosing the presence of weapons;

    C.    escape plans;

    D.    disclosure of plans to hurt yourself or someone else;

    E.    Plans to commit a new crime or details of an old crime committed but not discharged.

## MEDICAL SERVICES

1.  A member of the medical staff shall conduct a sick call tour of the Unit daily.

2.  All medication prescribed by the physician shall be dispensed at the inmate's cell. An officer will accompany the medical staff person while the medication is being administered.

3.   Inmates housed in the East and West Wing Segregation Units will be seer
     in the exam room within the unit.

4.   Medical emergencies should be immediately reported to the officer, who
     directly contacts the HSU staff.

5.   All inmates will be transported to and from the HSU in full restraints,
     i.e. leg irons and waist chains.

## RECREATION

1.   Normally, inmates in the Awaiting Action Unit shall be permitted outdoor
     recreation periods one (1) hour a day, five (5) times a week.

2.   Exercise periods shall be from 8:30 A.M. - 10:30 A.M. and 12:30 P.M. -
     2:30 P.M.

3.   Cancellation of Activities - The Unit Administrator or the Shift
     Commander may curtail or modify recreation periods when security or
     other types of emergencies exist.

4.   Inmates on Isolation status shall not be permitted out of cell
     recreation periods.

## RELIGIOUS SERVICES

1.   Inmates shall have access to MCI-Cedar Junction's Chaplains which will
     include the following:

     A.   Catholic Priest;

     B.   Protestant Minister;

     C.   Jewish Rabbi;

     D.   Muslim Imam.

2.   The above mentioned staff members may tour the unit weekly.

## GENERAL LIBRARY

1.   Library services for inmates are available through the Librarian or
     designated staff who tour the unit.

2.   The following types of reading material shall be permitted to be kept in
     an Awaiting Action Unit inmate's cell:

     A.   Six soft-covered books, newspapers or magazines (any combination -
          totalling 6);

     B.   Four books borrowed from the Library Cart.

13

3.    Inmates will be charged for lost or damaged material.

4.    Library book distribution is done on a weekly basis subject to staffing patterns.

5.    Inmates on Isolation status will not be permitted general library services.

## LAW LIBRARY SERVICES

The following are the procedures which Awaiting Action inmates will follow when requesting:

    A.    Access to Satellite Library
    B.    Legal Assistance
    C.    Access to Main Library
    D.    Legal Supplies

1.    Access to Satellite Law Library

    Inmates who wish to use the Satellite Law Library must obtain a "Request to Use Satellite Law Library" form (Attachment A) from a Tier Officer or get one from the Satellite law Library.

    A.    Upon completing the Request Form, the inmate will return it to a Tier Officer who will deliver it to the Unit Administrative Clerk. The Unit Administrative Clerk will assign him to the next available time slot in the library and will return a copy of the Request Form as notification to the inmate.

    B.    Library requests will not be honored if the inmate is already scheduled for a time slot.

    C.    Library Time slots will be available from 6:00 a.m. to 10:00 p.m.

2.    Legal Assistance - Responsibility of Inmate/Staff

    A.    If an inmate needs assistance in conducting legal research, he must obtain a "Request for Legal Assistance" (Attachment B) from a Tier Officer or take one from the Satellite Law Library whenever he uses it.

    B.    Upon completing the request from, he will return it to a Tier Officer who will deliver it to the Unit Administrative Clerk. The Unit Administrative Clerk will assign him to the next available time slot in the Satellite Library during which assistance is available. Assistance is normally available during the period of 8:15 A.M. to 3:30 P.M., Monday through Friday. Upon scheduling the inmate, the Unit Administrative Clerk will return a copy of the request form to the inmate as notification.

14

C.   As with access to the Satellite Library, an inmate is not allowed to submit a request for legal assistance if he has a scheduled appointment with legal assistance pending.

D.   We cannot honor requests for a specific individual to provide an inmate with assistance. While reasonable efforts will be made to assign the inmate to the same clerk whenever he needs assistance, we cannot always do so. If an inmate refuses assistance provided to him at his request, future requests for assistance may not be honored.

3.   <u>Access to Materials from the Main Law Library</u>

A.   If inmates need access to legal research material in the Main Law Library which is available in the Satellite Law Library, they must obtain a "Request for Access to Materials form the Main Law Library" form (Attachment C). Those request forms will be made available from the Tier Officer or in the Satellite Law Library.

B.   Upon receiving the completed form, the Unit Administrative Clerk will process the request and return a copy of the request form which will note the action taken on the request along with supplies being issued.

C.   The Librarian will determine whether or not the material or an equivalent is available in the Satellite Library. If the material in the Satellite Library but is available in the Main Law Library, he will then take perform one of the following:

1)   Make copies of the requested material and provide them for the inmate.

2)   Place the requested material in the Satellite Law Library during the time the inmate is scheduled to use the Library. After the inmate has used the material, it will be returned to the Main Library.

4.   <u>Legal Stationery Supplies</u>

A.   If inmates need legal stationery supplies such as typing paper, carbon paper, envelopes, or pencils, they must obtain a "Request for Legal Supplies"form (Attachment D) from the Tier Officer or from the Satellite Library.

B.   Upon receiving the completed form, the Unit Administrative Clerk will process the request and return a copy of the request form which will note the action taken on the request along with supplies being issued.

15

C.    Please note that there are limitations on the amount of supplies which an inmate can receive at one time.  Also, supplies are provided for use in connection with legal business only.  If it is determined that an inmate is using issued supplies for any other purpose, this access to such supplies may be restricted.

5.   Satellite Law Library - General Operation

A.    Inmates serving isolation sanctions will not normally be allowed access to the Satellite Law Library.  The Unit Administrator may do this upon written request citing just cause.

B.    All request forms are available in the Law Library or through the Tier Officer.  Request forms will be distributed and collected between the hours of 8:30 A.M. - 9:30 A.M. daily.

C.    The Awaiting Action copier machine shall be used for legal or personal papers only.  The copying of photographs, magazines, and CMR's is prohibited.  MCI-Cedar Junction policies may be copied. Any misuse or vandalism shall result in disciplinary action.  Any photocopied materials shall be considered to be part of the inmate's legal material.  Legal material shall be subject to the one (1) cubic foot limits.

D.    Inmates will be strip searched going to the Library and strip searched when exiting.  All materials going to and from the Library will be inspected.  Only the amount of material the inmate can carry shall be allowed in the library.

E.    All inmates will be cuffed prior to opening the cell door.  Once in the Law Library and the door is secured, the cuffs will be removed. Cuffs will be placed on again before the inmate exits the library. Whenever a cell door is opened, two (2) Correction Officers will escort an inmate to and from the Law Library.

F.    Inmates will only be able to work on legal cases when using the Law Library.

G.    The Officer-In-Charge of the WWSU on the 7-3 Shift and the 3-11 Shift will inspect the Law Library before and after each scheduled period for book and typewriter damages etc., to ensure there is no obvious damage or contraband in the Library.  Inspections shall be logged in the Unit Log.

H.    Schedule - The days for access will be Sunday through Saturday The hours will be 6:00 A.M. - 10:00 P.M. Individual appointments will be in two (2) hour increments.

1

I.    <u>Violations</u> - Any violation in the use of this Library i.e. destruction of books, typewriter, and any other property in the Library without permission etc., will constitute disciplinary action which could mean the loss of library privileges pursuant to 103 CMR 430, Disciplinary Policy. Inmates may be provided with a reasonable amount of legal materials.

ATTACHMENT "A"

## MCI-CEDAR JUNCTION

## REQUEST TO USE SATELLITE LAW LIBRARY

NAME:_____
     (PLEASE PRINT)

BLOCK:_____CELL:_____

DATE:_____

TIME:_____

COMMENTS: If you have any upcoming deadlines or other information
         which you believe we should know in order to process your
         request, please let us know.  Inmates who have upcoming
         court appearances or filing deadlines will be given
         priority.  Therefore, information about deadlines, etc.,
         will be helpful in processing your request.

    NOTE:  If you have a scheduled appointment, wait until you
         have used that appointment before submitting another
         request.  No request will be accepted until after that
         scheduled appointment.

---

## DO NOT WRITE BELOW THIS LINE

---

DATE AND TIME REQUEST RECEIVED:    SEE DATE/TIME STAMP

PERSON RECEIVING REQUEST:_____

PERSON SCHEDULING ACCESS:_____

DATE AND TIME SCHEDULED IN SATELLITE LIBRARY:_____

PERSON NOTIFYING INMATE OF SCHEDULE:_____

DATE AND TIME OF NOTIFICATION:_____

** UPON COMPLETION OF THE SCHEDULING PROCESS, RETURN A COPY OF THIS
FORM TO THE INMATE AS NOTIFICATION.**

103 CMR 478.00: LIBRARY SERVICES

Section

478.01: Purpose
478.02: Statutory Authorization
478.03: Cancellation
478.04: Applicability
478.05: Access to 103 CMR 478.00
478.06: Definitions
478.07: Staff
478.08: Budget
478.09: Facilities and Equipment
478.l0: General Library Services
478.11: Legal Services
478.12: Operating Procedures
478.13: Collection Development
478.14: Responsible Staff
478.15: Annual Review
478.16: Severability

478.01: Purpose

The purpose of 103 CMR 478.00 is to establish department policy regarding library services. The objective of 103 CMR 478.00 is to provide a guide for the planning, implementation and evaluation of library services in all state correctional institutions.

478.02: Statutory Authorization

103 CMR 478.00 is issued pursuant to M.G.L. c. 124, § 1(c),(q)., and is consistent with M.G.L. c. 78,§ l9E(4).

478.03: Cancellation

103 CMR 478.00 cancels all previous Department policy statements, bulletins, directives, orders, notices, rules or regulations regarding Library Services.

478.04: Applicability

103 CMR 478.00 is applicable to all employees and inmates at all correctional institutions within the Department of Correction.

478.05: Access to 103 CMR 478.00

103 CMR 478.00 shall be maintained within the Central Policy File of the Department and will be accessible to all Department employees. A copy of 103 CMR 478.00 shall also be maintained in each Superintendent's Central Policy File and in each inmate library.

478.06: Definitions

Access - use of general and law library services on a scheduled basis.

Associate Commissioner of Reentry and Reintegration – the senior staff person whose duties include, but are not limited to, the management of classification, programs, education, reentry and reintegration.

Audio-visual Equipment - any equipment needed to facilitate the use of non-print library material, such as films, filmstrips, slides, recordings, videos, etc.

Board of Library Commissioners - ("BLC") the state agency responsible for the establishment and development of library media centers in state institutions.

Ex. F

478.06:     continued

Circulation - the activity of a library in lending books and other materials to borrowers and keeping records of the loans.

Collection - the total accumulation of all library materials provided by the library for its users, also called resources or holdings. It may consist of books, periodicals, pamphlets, records or tapes, filmstrips, slides, pictures, games, *etc.*

Commissioner - the Commissioner of Correction.

Inmate Management Systems (IMS) – The Department of Correction's automated information system that provides processing, storage and retrieval of inmate related information needed by Department personnel and other authorized users within the criminal justice system.

Inter-library Loan - a cooperative arrangement among libraries by which one library may borrow material from another.

Library Materials - the total bibliographic holdings or resources of the library consisting of books, periodicals, pamphlets, records, tapes, filmstrips, slides, pictures, games, etc.

Library Services - the total services rendered by the library to its users, including provision of information, reference, bibliographic aid, lending materials, reading guidance, etc.

Manager of Library Services - an employee designated by the Commissioner of the Department of Correction as being responsible for coordination of library services.

Media - printed and audiovisual forms of communication and any necessary equipment required to make them usable.

Network - a cooperative organization formed to provide services to members.

Superintendent – the Chief Administrative Officer of a state correctional institution.

Technical Services - all activities concerned with obtaining, organizing and processing library materials for use.

478.07:  Staff

(1)     Institution Librarian - A full time staff member holding either a Master's Degree in Library Science or Certification as a Professional Librarian. All institutions with an inmate population over 200 should be staffed with an institution librarian. All institution librarians shall be selected with the approval of the manager of library services.

(2)     Library Aide - A staff member with either prior library experience or professional library assigned by the Superintendent to coordinate library services under the supervision of the Manager of Library Services at those institutions with an inmate population under 200 which do not have an institution librarian.

(3)     Manager of Library Services - A full time staff member of the Department of Correction, who coordinates and supervises library services for all institutions in the system. The Manager of Library Services shall have a Master's Degree in Library Services or Certification as
a Professional Librarian. The Manager of Library Services, in conjunction with the appropriate institution personnel, shall participate in the goal setting and review process for all institution librarians and shall be a co-signatory on all librarian reviews.

(4)     Institution librarians shall meet regularly to form and maintain a network for the purpose of communication, resource sharing, continuing education and training, and the development of cooperative projects and/or grant proposals. Librarians shall maintain communications and establish liaisons with their counterparts in similar institutions and in all types of libraries outside the institution.

478.07:     continued

(5)     Specifications for library personnel shall be written, to the extent feasible, with cooperation of the Department's Manager of Library Services, the institutional Director of Treatment, and the Consultant for Services to

Institutions from the Massachusetts Board of Library Commissioners.

(6)    Institutions may use inmates as library clerks, subject to the approval of the Superintendent and the institution librarian. Each institution shall develop procedures for the selection of inmate library clerks. This procedure shall include an application process through which each inmate is screened for eligibility as a library clerk. All inmate applicants must demonstrate basic literacy skills. Inmates must complete the approved training course prior to selection as a law library clerk. At IMS sites, institutional procedures ensure that special requirements of these positions shall be provided to the work assignment officer who shall enter the information in the Create Job Assignment Screen.

(7)    The institution librarian shall be responsible for training inmates as general and law library clerks. Each institution shall develop procedures to insure that general and law library clerks are trained to perform routine library duties as circulation and technical services assistants. No inmate will be hired as a law library clerk without passing a qualifying exam. Each institution with an inmate population over 200 shall develop procedures for the delivery of the approved training course to train potential law library clerks.

### 478.08:  Budget

Each institution librarian or library aide shall make annual budget recommendations to the Superintendent and the Manager of Library Services. Advisory guidelines can be found in the *Library Standards for Adult Correctional Institutions.*

### 478.09:  Facilities and Equipment

It is recommended that the correctional library be functional in design and inviting in appearance. The types of equipment and machinery will vary depending upon the services and programs of the institution and its library. All libraries should have typewriters, copying equipment, and audio-visual equipment.

### 478.10:  General Library Services

(1)    Purpose - The library is an information center for the institution. Library services support, broaden and strengthen the institution's program. The library provides a variety of services, materials and programs comparable to a public library. Advisory guidelines can be found in the *Library Standards for Adult Correctional Institutions.*

(2) The library should encompass a variety of services, materials, and programs. These should include but not be limited to:

- (a) planned and continuous acquisition of materials;
- (b)    logical organization of materials for convenient use;
- (c)    circulation of materials to maximize use and satisfy informational, educational and recreational needs of users;
- (d)    reference and information services;
- (e)    reader's advisory services;
- (f)    promotional activities to publicize the library's resources;
- (g)    audio-visual programs; and
- (h)    motivational programs to attract users and encourage activities and participation in a variety of projects.

(3)    The library should have cooperative inter-library loan affiliations with various segments of the library community to supplement its own print and non-print resources.

(4)    In institutions with fewer than 200 inmates, the Manager of Library Services and the institutional staff member assigned by the Superintendent to be responsible for library services shall determine the best method for providing those services.

478.10:    continued

(5)    The library shall have copies of all unrestricted department and institution policies available for the staff and inmates.

103 CMR:        DEPARTMENT OF CORRECTION

478.11:  Legal Services

(1)      General - The constitutional right of access to the courts requires that, when requested, inmates receive assistance in preparing and filing legal papers.  This assistance may include access to law library facilities, instruction in the use of legal materials and reference

assistance.  However, such assistance shall not include legal advice or direction of legal research on the part of library personnel.

(2)      Law Collection - Each institution with an inmate population over 200 shall have a law collection.  As suggested by federal and state court rulings and national standards, the law library should include at a minimum: state and federal constitutions, state statutes, state decisions, procedural rules and decisions and related commentaries, federal case law, court rules, practice treatises, citators, legal periodicals and digests.

(a)      The law collection shall be maintained and updated by the institution librarian.

(b)      Legal materials, with the exception of photocopies, shall not be circulated.

(3)      Access - Library access shall be scheduled and coordinated by the librarian and shall be provided to all inmates within the institution. An inmate of any state correctional institution without an adequate law collection may request transportation to an institution with a law collection for the purpose of conducting legal research. This request shall be made in writing to the Superintendent or a designee.  The Superintendent may provide access to legal assistance in lieu of Law Library Services as deemed appropriate.

(4)      Photocopies

(a)      Photocopying services shall be for the purpose of duplicating original legal documents.  The Superintendent shall designate the staff members responsible for photocopying legal documents and legal reference materials.

(b)      All photocopy requests shall be compiled within reasonable amounts at no charge.  In order to provide photocopying services to all inmates, the Superintendent may establish guidelines and limits, subject to the review of the Commissioner or a designee.

(c)      No photocopy request shall be processed unless the Department of Correction Legal Photocopying Request Form is completed and attached to the original legal document to be copied.

(d)      The librarian shall make reasonable efforts to secure materials not in an institution's collection but available through established inter-library loan procedures.

(5)      Supplies

(a)      The institution shall make reasonable efforts to assist inmates in the preparation and processing of their legal documents. Items such as paper, pencils, envelopes and typewriters shall be provided to all inmates who request them and should be available free of charge.  The Superintendent may establish guidelines and limits for such services, subject to the approval of the reviewing authority.

(b)      Records shall be kept of access, photocopy use and supplies dispersed, including to whom supplies were dispersed.

478.12:  Operating Procedures

(1)      Library Services staff with the approval of the Superintendent, shall post a schedule of library hours and activities.

(2)      Written procedures regarding daily operating procedures shall be established by the librarian with the approval of the Superintendent.

(3)      An inventory of equipment and materials shall be conducted annually by the librarian.

478.12:  continued

(4)     Each Superintendent in cooperation with the librarian should establish procedures to ensure the security of the library and the library collection.

(5)     At IMS sites, supervisory staff shall ensure that all programs and activities are entered in the Create Institution Schedule screen. For programs or activities that require advance sign up, inmates shall be placed on waiting lists and/or enrolled in Program Enrollment screen. This screen shall also be utilized to discharge inmates from programs. Program attendance should be documented daily in the Program/Work Attendance screen for all programs or activities where attendance is taken.

(6)     At IMS sites, for programs/activities for which good time may be awarded, institutional procedures shall ensure that program facilitators complete the Performance Rating screen on a monthly basis. Additionally, for those programs that require the completion of the program prior to the awarding of good time, supervisory staff shall complete the Good Time for Program Completion screen after discharging the inmate from the program.

(7)     At IMS sites, institutional procedures shall ensure that staff schedule inmate activities such as law library usage when such scheduling is done on an individual basis rather than on a unit or group basis using the Inmate Schedule screen.

(8)     At IMS sites, special events shall be documented in the Incident Report screen utilizing incident type of "Institution Related: Special Event."

## 478.13: Collection Development

Library materials should be selected to meet the educational, informational, legal, cultural and recreational needs of its users. These materials should be relevant to the needs and interests of the population, reflect different reading levels, languages, special interest and ethnicity of inmates. See the *Library Standards for Adult Correctional Institutions*.

To ensure that materials meet these needs, each library should have a written statement of policy that defines the principles, purposes and criteria to be
considered in the selection and maintenance of library materials. This statement should apply to gifts and donations as well as to purchased items. In addition, inmates may make suggestions for acquisitions to the librarian.

## 478.14: Responsible Staff

(1) The Manager of Library Services, under the direction of the Associate Commissioner of Reentry and Reintegration, is responsible for coordinating all programs and services for libraries within the Department of Correction and for monitoring and reviewing 103 CMR 478.00. The Manager shall also be the liaison with the Board of Library Commissioners.

(2)The Superintendent of each institution in conjunction with the Library Services staff     is responsible for implementing 103 CMR 478.00 and developing procedures pursuant to its application.

## 478.15: Annual Review

103 CMR 478.00 shall be reviewed annually by the Commissioner or a designee. The party or parties conducting the review shall develop a memorandum to the Commissioner with a copy to the Central Policy File indicating revisions, additions, or deletions which shall be included for the Commissioner's written approval.

## 478.16: Severability

If any article, section, subsection, sentence, clause or phrase of 103 CMR 478.00 is for any reason held to be unconstitutional, contrary to statute, in excess of the authority of the Commissioner or otherwise inoperative, such decision shall not affect the validity of any other article, section, subsection, sentence, clause or phrase of 103 CMR 478.00.

REGULATORY AUTHORITY

103 CMR 478.00:  M.G.L. c. 124, § 1(c), (q).