Enclosed please find a copy of my prison accounts as this Court has requested.
Docket # 05-CV-10630-JLT.

*Robert Brown*

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20060111 09:24

| Commit# : | W69773 | | MCI CEDAR JUNCTION | Page : 1 |
| --- | --- | --- | --- | --- |
| Name : | BROWN, ROBERT, , | | Statement From 20050601 | |
| Inst : | MCI CEDAR JUNCTION | | To 20060111 | |
| Block : | BLOCK 3 | | | |
| Cell/Bed : | 6 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total Transaction before this Period : | $1,075.72 | $1,071.08 | $520.89 | $413.52 |
| 20050609 16:49 | IS - Interest | 4752665 | | CJ | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4752666 | | CJ | | $0.00 | $0.00 | $0.40 | $0.00 |
| 20050627 22:30 | CN - Canteen | 4839408 | | CJ | ~Canteen Date : 20050627 | $0.00 | $2.95 | $0.00 | $0.00 |
| 20050711 22:30 | CN - Canteen | 4912124 | | CJ | ~Canteen Date : 20050711 | $0.00 | $1.69 | $0.00 | $0.00 |
| 20050712 09:11 | ML - Mail | 4913289 | 113 | CJ | ~BARBARA BROWN | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050712 09:11 | MA - Maintenance and Administration | 4913292 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4927962 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4927963 | | CJ | | $0.00 | $0.00 | $0.40 | $0.00 |
| 20050801 22:30 | CN - Canteen | 5024970 | | CJ | ~Canteen Date : 20050801 | $0.00 | $19.14 | $0.00 | $0.00 |
| 20050803 16:52 | IS - Interest | 5042840 | | CJ | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20050803 16:52 | IS - Interest | 5042841 | | CJ | | $0.00 | $0.00 | $0.43 | $0.00 |
| 20050808 22:30 | CN - Canteen | 5079489 | | CJ | ~Canteen Date : 20050808 | $0.00 | $3.67 | $0.00 | $0.00 |
| 20050815 10:48 | AT - Account Transfer | 5112030 | | CJ | ~FILING FEE~W69773 BROWN,ROBERT  PERSONAL | $8.64 | $0.00 | $0.00 | $8.64 |
| 20050815 10:49 | EX - External Disbursement | 5112034 | 35626 | CJ | ~MIDDLESEX SUPERIOR COURT S/P | $0.00 | $10.00 | $0.00 | $0.00 |
| 20050815 10:49 | MA - Maintenance and Administration | 5112036 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050824 23:24 | PY - Payroll | 5165254 | | CJ | ~20050807 To 20050813 | $1.00 | $0.00 | $0.00 | $0.00 |
| 20050824 23:24 | PY - Payroll | 5165255 | | CJ | ~20050807 To 20050813 | $0.00 | $0.00 | $1.00 | $0.00 |
| 20050831 23:22 | PY - Payroll | 5195750 | | CJ | ~20050814 To 20050820 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20050831 23:22 | PY - Payroll | 5195751 | | CJ | ~20050814 To 20050820 | $0.00 | $0.00 | $3.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5250509 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5250510 | | CJ | | $0.00 | $0.00 | $0.43 | $0.00 |
| 20051013 16:50 | IS - Interest | 5433731 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5433732 | | CJ | | $0.00 | $0.00 | $0.43 | $0.00 |
| 20051108 17:29 | IS - Interest | 5573265 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20051108 17:29 | IS - Interest | 5573266 | | CJ | | $0.00 | $0.00 | $0.48 | $0.00 |
| 20051123 09:48 | AT - Account Transfer | 5661146 | | CJ | ~RESTITUTION~W69773 BROWN,ROBERT  PERSONAL | $14.99 | $0.00 | $0.00 | $14.99 |
| 20051123 09:49 | RI - Restitution - Intrafund | 5661148 | | CJ | ~RADIO/REST.#57356~INMATE RESTITUTION - Z42 | $0.00 | $14.99 | $0.00 | $0.00 |
| 20051130 08:56 | ML - Mail | 5687179 | | CJ | ~VICKIE BROWN | $25.00 | $0.00 | $0.00 | $0.00 |
| 20051130 08:56 | MA - Maintenance and Administration | 5687181 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051208 14:33 | IC - Transfer from Inmate to Club A/c | 5743333 | | CJ | ~SENTRY HEADPHONES~CANTEEN CORP. | $0.00 | $8.53 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20060111 09:24

| | | | | | Page: 2 |
|---|---|---|---|---|---|
| Commit# : | W69773 | | MCI CEDAR JUNCTION | | |
| Name : | BROWN, ROBERT, , | | Statement From | 20050601 | |
| Inst : | MCI CEDAR JUNCTION | | To | 20060111 | |
| Block : | BLOCK 3 | | | | |
| Cell/Bed : | 6 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | | | | |
| 20051214 16:57 | IS - Interest | 5775301 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20051214 16:57 | IS - Interest | 5775302 | | CJ | | $0.00 | $0.00 | $0.47 | $0.00 |
| 20051219 22:30 | CN - Canteen | 5813300 | | CJ | ~Canteen Date : 20051219 | $0.00 | $10.40 | $0.00 | $0.00 |
| 20051221 08:44 | ML - Mail | 5821880 | | CJ | ~J. SNYDER | $20.00 | $0.00 | $0.00 | $0.00 |
| 20051221 08:44 | MA - Maintenance and Administration | 5821882 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051230 22:30 | CN - Canteen | 5882288 | | CJ | ~Canteen Date : 20051230 | $0.00 | $0.19 | $0.00 | $0.00 |
| 20060109 22:30 | CN - Canteen | 5926389 | | CJ | ~Canteen Date : 20060109 | $0.00 | $4.71 | $0.00 | $0.00 |
| | | | | | | $97.83 | $80.27 | $7.04 | $23.63 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $22.20 | $90.78 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $22.20 | $90.78 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20060111 09:24

| Commit# : | W69773 | | MCI CEDAR JUNCTION | | Page: 1 |
|---|---|---|---|---|---|
| Name : | BROWN, ROBERT, , | | Statement From | 20050913 | |
| Inst : | MCI CEDAR JUNCTION | | To | 20060111 | |
| Block : | BLOCK 3 | | | | |
| Cell/Bed : | 6/A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $1,113.53 | $1,110.53 | $526.55 | $422.16 |
| 20051013 16:50 | IS - Interest | 5433731 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5433732 | | CJ | | $0.00 | $0.00 | $0.43 | $0.00 |
| 20051108 17:29 | IS - Interest | 5573265 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20051108 17:29 | IS - Interest | 5573266 | | CJ | | $0.00 | $0.00 | $0.48 | $0.00 |
| 20051123 09:48 | AT - Account Transfer | 5661146 | | CJ | ~RESTITUTION~W69773 BROWN,ROBERT PERSONAL | $14.99 | $0.00 | $0.00 | $14.99 |
| 20051123 09:49 | RI - Restitution - Intrafund | 5661148 | | CJ | ~RADIO/REST.#57356~INMATE RESTITUTION - Z42 | $0.00 | $14.99 | $0.00 | $0.00 |
| 20051130 08:56 | ML - Mail | 5687179 | | CJ | ~VICKIE BROWN | $25.00 | $0.00 | $0.00 | $0.00 |
| 20051130 08:56 | MA - Maintenance and Administration | 5687181 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051208 14:33 | IC - Transfer from Inmate to Club A/c | 5743333 | | CJ | ~SENTRY HEADPHONES~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $8.53 | $0.00 | $0.00 |
| 20051214 16:57 | IS - Interest | 5775301 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20051214 16:57 | IS - Interest | 5775302 | | CJ | | $0.00 | $0.00 | $0.47 | $0.00 |
| 20051219 22:30 | CN - Canteen | 5813300 | | CJ | ~Canteen Date : 20051219 | $0.00 | $10.40 | $0.00 | $0.00 |
| 20051221 08:44 | ML - Mail | 5821880 | | CJ | ~J. SNYDER | $20.00 | $0.00 | $0.00 | $0.00 |
| 20051221 08:44 | MA - Maintenance and Administration | 5821882 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051230 22:30 | CN - Canteen | 5882288 | | CJ | ~Canteen Date : 20051230 | $0.00 | $0.19 | $0.00 | $0.00 |
| 20060109 22:30 | CN - Canteen | 5926389 | | CJ | ~Canteen Date : 20060109 | $0.00 | $4.71 | $0.00 | $0.00 |
| | | | | | | $60.02 | $40.82 | $1.38 | $14.99 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $22.20 | $90.78 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $22.20 | $90.78 | $0.00 | $0.00 | $0.00 | $0.00 |