UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TONY B. GASKINS, et al.,<br>        Plaintiffs,<br><br>v.<br><br>KATHLEEN DENEHY, et al.,<br>        Defendants. | C.A. 05-10630-JLT |

## LIMITED NOTICE OF APPEARANCE (*PRO BONO*)

In accordance with this Court's Order dated January 5, 2006 (Document #55), Edwards Angell Palmer & Dodge, LLP hereby files its limited notice of appearance (*pro bono*) on behalf of the below-named Plaintiffs for the sole purpose of representing these Plaintiffs in connection with mediation or settlement proceedings:

1. Tony Gaskins;
2. Luis Ayala;
3. Zakariya Bush;
4. Samuel Correa;
5. Jeffrey Hardy;
6. Trevor Higgins;
7. Mac Hudson;
8. Steven Jacobbe;
9. Michael Keohane;
10. Prince Moses;
11. Carl Odware;
12. Orrin Simmons;
13. Derrick Tyler; and
14. Robert Brown.

/s/ Windy L. Rosebush
John A. Houlihan, BBO# 542038
Windy L. Rosebush, BBO# 636962
Nicholas J. Rosenberg, BBO# 657887
Marc Gorayeb, BBO# 663874
Joey Han Yu Lee, BBO# 663803
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199
617-239-0100

**CERTIFICATE OF SERVICE**

I, Windy L. Rosebush, hereby certify that a true copy of the Limited Notice of Appearance (*Pro Bono*) was served upon counsel of record by filing the same electronically on February 3, 2006.

/s/ Windy L. Rosebush