UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TONY B. GASKINS, et al.,
    Plaintiffs,

v.                               CIVIL ACTION NO.
                                    05-10630-JLT

KATHLEEN DENNEHY, et al.
    Defendants.

## ORDER REFERRING ACTION TO MEDIATION

**February 6, 2006**

**BOWLER, U.S.M.J.**

    This court has appointed *pro bono* counsel[1] to represent the plaintiffs for settlement/mediation purposes only and the case now appears ripe for scheduling of mediation. Mediator Patrick King has agreed to conduct a mediation *pro bono* and is appointed for these purposes. Mediator King is available for a telephonic status conference on February 15, 2006, to discuss scheduling mediation in March 2006.

    Accordingly, counsel for the parties are hereby **ORDERED** to confer **FORTHWITH** and to contact Mediator King to schedule a conference and/or mediation session. Mediator King may be contacted at JAMS, 1 Beacon Street, Suite 2300, Boston, MA 02108

---

[1] The contact counsel for Edwards and Angell, LLP, is Attorney Windy L. Rosebush, Esq., Edwards and Angell, LLP, 101 Federal Street, Boston, MA 02110. Her contact information is as follows: 617-951-2277 (w); 888-325-9562 (fax); and wrosebush@edwardsangell.com (email).

((617) 228-0200).

By no later than March 6, 2006, the parties shall file a joint status report indicating the status of mediation.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge