UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BROWN, ET AL., ) | |
|    Plaintiffs, ) | |
| ) | |
|         v. ) | |
| ) | C.A. No. 05-10630-JLT |
| ) | |
| DAVID NOLAN, ET AL., ) | |
|    Defendants. ) | |

### FURTHER ORDER ON PLAINTIFF ROBERT BROWN'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

BOWLER, U.S.M.J.

On January 5, 2006, a Memorandum and Order (Docket entry #55) entered allowing, *inter alia,* plaintiff Robert Brown's ("Brown") Motion to Join (Docket entry #50) and his Motion to Proceed *in forma pauperis* (Docket entry #51). However, assessment of the initial partial filing fee owed pursuant to 28 U.S.C. § 1915(b) was deferred pending receipt of Brown's certified prison account information. On January 11, 2006, this Court received Brown's certified prison account statement (Docket entry #57), in compliance with the January 5, 2006 Memorandum and Order, and therefore the Court is now able to make an assessment of the filing fee.

In accordance with the January 5, 2006 Memorandum and Order apportioning the filing fee with respect to each co-plaintiff, Brown's share of the $250.00 filing fee totals $19.23. Under the formula set forth in § 1915(b)(1), Brown's initial partial filing fee (based on 20% of his six month average daily balance) amounts to $23.64. However, because this amount exceeds the total apportioned amount owed by Brown, the initial filing fee is reduced to $19.23, and this amount constitutes the entire fee due.

Accordingly, in light of the above, it is hereby ORDERED that:

1. Plaintiff Robert Brown is assessed an initial partial filing fee of **$19.23**, pursuant to 28 U.S.C. § 1915(b)(1).

2. The remainder of the filing fee to be assessed and collected pursuant to th 28 U.S.C. § 1915(b)(2) is **$0.00.**


SO ORDERED.

Dated: February 4, 2006               /s/ Marianne B. Bowler
                                       MARIANNE B. BOWLER
                                       UNITED STATES MAGISTRATE JUDGE