UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
TONY B. GASKINS, et al.,                    )
                        Plaintiffs,         )
                                            )
v.                                          )   C.A. 05-10630-JLT (Lead Case)
                                            )
KATHLEEN DENEHY, et al.,                    )
                        Defendants.         )
                                            )
_____)

## JOINT STATUS REPORT ON MEDIATION

In accordance with this Court's Order dated February 6, 2006 (Document #60), the parties hereby jointly report to the Court on the status of mediation. At a telephonic conference on February 15, 2006 with the mediator, Judge Patrick King (ret.), the Defendants, through their counsel, David J. Rentsch, indicated that the Defendants were not willing to mediate the issues involved in this litigation because the Department of Correction considers them operational and security issues which are not negotiable. In light of the position taken by the Defendants, any mediation of this matter would be futile. Therefore, Edwards Angell Palmer & Dodge LLP by separate pleading is withdrawing its limited appearance on behalf of the Plaintiffs.

For the Defendants,                         For the Plaintiffs,

_/s/ David J. Rentsch_____       _/s/ Windy L. Rosebush_____
Department of Corrections                   John A. Houlihan, BBO# 542038
70 Franklin Street, Suite 600               Windy L. Rosebush, BBO# 636962
Boston, MA 02110                            Nicholas J. Rosenberg, BBO# 657887
Tel: 617-727-3300, ext. 142                 Marc Gorayeb, BBO# 663874
Fax: 617-727-7403                           Joey Han Yu Lee, BBO# 663803
e-mail: djrentsch@doc.state.ma.us           Edwards Angell Palmer & Dodge, LLP
                                            111 Huntington Avenue
                                            Boston, MA 02199
                                            Tel: 617-239-0100
                                            Fax: 617-227-4420
                                            e-mail: wrosebush@eapdlaw.com

## CERTIFICATE OF SERVICE

      I, Windy L. Rosebush, hereby certify that a true copy of the Joint Status Report on Mediation was served upon counsel of record by filing the same electronically on February 21, 2006, and on the above-named Plaintiffs by first class mail.

                              _/s/ Windy L. Rosebush_____

Zakariya Bush
SBCC
PO Box 8000
Shirley, MA 01464

Samuel Correa
MCI Walpole
P.O. Box 100
S. Walpole, MA 02071

Tony B. Gaskins
MCI Cedar Junction
P.O. Box 100
South Walpole, MA 02071

Jeffrey Hardy
MCI Cedar Junction
PO Box 100
S. Walpole, MA 02071

Trevor Higgins
MCI Walpole
P.O. Box 100
So. Walpole, MA 02071

Mac Hudson
41 Westwind Street
Dorchester, MA 02124

Steven Jacobbe
MCI Walpole
P.O. Box 100
So. Walpole, MA 02071

Michael Keohane
SBCC
PO Box 8000
Shirley, MA 01464

- 3 -

Prince Moses
MCI Cedar Junction
P. O. Box 100
So. Walpole, MA 02071

Carl Odware
MCI Walpole
P.O. Box 100
So. Walpole, MA 02071

Orrin Simmons
MCI Cedar Junction
P.O. Box 100
So. Walpole, MA 02071

Derrick Tyler
SBCC
PO Box 8000
Shirley, MA 01464

Robert L. Brown
MCI Cedar Junction
P.O. Box 100
So. Walpole, MA 02071