UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TONY B. GASKINS, et al.,<br>          Plaintiffs,<br><br>v.<br><br>KATHLEEN DENEHY, et al.,<br>          Defendants. | )<br>)<br>)<br>)<br>)   C.A. 05-10630-JLT<br>)<br>)<br>)<br>) |

## **WITHDRAWAL OF LIMITED APPEARANCE (*PRO BONO*)**

In accordance with this Court's Orders dated January 5, 2006 (Document #55) and February 6, 2006 (Document #60), Edwards Angell Palmer & Dodge LLP hereby withdraws its limited notice of appearance (*pro bono*) on behalf of the below-named Plaintiffs:

1. Tony Gaskins;
2. Luis Ayala;
3. Zakariya Bush;
4. Samuel Correa;
5. Jeffrey Hardy;
6. Trevor Higgins;
7. Mac Hudson;
8. Steven Jacobbe;
9. Michael Keohane;
10. Prince Moses;
11. Carl Odware;
12. Orrin Simmons;
13. Derrick Tyler; and
14. Robert Brown.

The appearance of Edwards Angell Palmer & Dodge LLP in this matter was for the sole purpose of representing these Plaintiffs in connection with mediation or settlement proceedings

with the Defendants. At a telephonic conference on February 15, 2006 with the mediator, Judge Patrick King (ret.), the Defendants, through their counsel, David J. Rentsch, indicated that the Defendants were not willing to mediate the issues involved in this litigation because the Department of Corrections classifies them as operational and security issues which are not negotiable. In light of the position taken by the Defendants, any mediation of this matter would be futile. Therefore, Edwards Angell Palmer & Dodge LLP hereby withdraws its limited appearance on behalf of the above-named Plaintiffs.

_/s/ Windy L. Rosebush_____
John A. Houlihan, BBO# 542038
Windy L. Rosebush, BBO# 636962
Nicholas J. Rosenberg, BBO# 657887
Marc Gorayeb, BBO# 663874
Joey Han Yu Lee, BBO# 663803
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA  02199
617-239-0100

## CERTIFICATE OF SERVICE

I, Windy L. Rosebush, hereby certify that a true copy of the Limited Notice of Appearance (*Pro Bono*) was served upon counsel of record by filing the same electronically on February 21, 2006, and on the above-named Plaintiffs by first class mail.

_/s/ Windy L. Rosebush_____

Zakariya Bush
SBCC
PO Box 8000
Shirley, MA 01464

Samuel Correa
MCI Walpole
P.O. Box 100
S. Walpole, MA 02071

Tony B. Gaskins
MCI Cedar Junction
P.O. Box 100
South Walpole, MA 02071

- 3 -

Jeffrey Hardy
MCI Cedar Junction
PO Box 100
S. Walpole, MA 02071

Trevor Higgins
MCI Walpole
P.O. Box 100
So. Walpole, MA 02071

Mac Hudson
41 Westwind Street
Dorchester, MA 02124

Steven Jacobbe
MCI Walpole
P.O. Box 100
So. Walpole, MA 02071

Michael Keohane
SBCC
PO Box 8000
Shirley, MA 01464

Prince Moses
MCI Cedar Junction
P. O. Box 100
So. Walpole, MA 02071

Carl Odware
MCI Walpole
P.O. Box 100
So. Walpole, MA 02071

Orrin Simmons
MCI Cedar Junction
P.O. Box 100
So. Walpole, MA 02071

Derrick Tyler
SBCC
PO Box 8000
Shirley, MA 01464