UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| __Tony B. Gaskins, et al__ <br> **Petitioner** <br><br> V. <br><br> __David Nolan, et al__ <br> **Respondent** | **CIVIL ACTION** <br><br> **NO.  05-cv-10630 JLT** |

### **JUDGMENT**

__  Tauro,   D. J.__

In accordance with the Court's Endorsement dated __March 20, 2006__   adopting the Magistrate Judge's Report and Recommendation of  __March 9, 2006__, granting the respondent's Motion to Dismiss and denying the petitioners' Motion for Temporary Restraining Order and Motion for Preliminary Injunction,  it is hereby ORDERED:

Judgment for the __Respondents__ .

By the Court,

| | |
|---|---|
| __March 21, 2006__ <br> Date | __/s/ Kimberly M. Abaid__ <br> **Deputy Clerk** |

(R&R Judgment.wpd - 12/98)