United States District Court
District of Massachusetts

Tony B. Gaskins, et al,
    Plaintiffs/Appellants,

v.

David Nolan, et al.,
    Defendants/Appellees.

Civil Action
Nos. 05-10630-JLT;
05-11230-JLT

Plaintiffs "Joint" Notice of Appeal

The Plaintiffs jointly appeal the endorse- of Tauro, J. adopting the Report and Order of U.S. M.J. Bowler on 3/21/06 to the First Circuit Court of Appeals.

Respectfully Submitted,

Tony B. Gaskins, Pro Se
MCI-Cedar Junction
P.O. Box 100
South Walpole, MA 02071

Dated: 3/25/06

CERTIFICATE OF SERVICE

I, TONY GASKINS, CERTIFY THAT I CAUSED A COPY OF THE "JOINT NOTICE OF APPEAL" TO BE SERVED ON: DAVID J. RENTSCH, ESQ., DEPARTMENT OF CORRECTION, LEGAL DIVISION, 70 FRANKLIN STREET, SUITE 600, BOSTON, MA, 02110-1300, BY FIRST CLASS MAIL, POSTAGE PREPAID.

*Tony B. Gaskins*
TONY B. GASKINS, PRO SE

DATED: 3/25/06