UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10630

Tony B. Gaskins, et al

v.

David Nolan, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-68

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/30/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 17, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 4/19/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, CASREF, CONSOLIDATED, LEAD

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10630-JLT

Gaskins et al v. Nolan et al
Assigned to: Judge Joseph L. Tauro
Referred to: Magistrate Judge Marianne B. Bowler
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/29/2005
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Consolidated Plaintiff**
**Mac Hudson**

represented by **Mac Hudson**
41 Westwind Street
Dorchester, MA 02124
PRO SE

**Windy L. Rosebush**
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
617-239-0100
Fax: 617-227-4420
Email: wrosebush@edwardsangell.com
*TERMINATED: 03/02/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**
**Orrin Simmons**

represented by **Orrin Simmons**
MCI Cedar Junction
P.O. Box 100
So. Walpole, MA 02071
PRO SE

**Windy L. Rosebush**
(See above for address)
*TERMINATED: 03/02/2006*
*LEAD ATTORNEY*

                *ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Jeffrey Hardy**    represented by **Jeffrey Hardy**
                MCI Cedar Junction
                PO Box 100
                S. Walpole, MA 02071
                PRO SE

                **Windy L. Rosebush**
                (See above for address)
                *TERMINATED: 03/02/2006*
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Prince Moses**    represented by **Prince Moses**
                MCI Cedar Junction
                P. O. Box 100
                So. Walpole, MA 02071
                PRO SE

                **Windy L. Rosebush**
                (See above for address)
                *TERMINATED: 03/02/2006*
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Michael Keohane**    represented by **Michael Keohane**
                SBCC
                PO Box 8000
                Shirley, MA 01464
                PRO SE

                **Windy L. Rosebush**
                (See above for address)
                *TERMINATED: 03/02/2006*
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Zakariya Bush**    represented by **Zakariya Bush**

                    SBCC
                    PO Box 8000
                    Shirley, MA 01464
                    PRO SE

                    **Windy L. Rosebush**
                    (See above for address)
                    *TERMINATED: 03/02/2006*
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

### Consolidated Plaintiff
**Steven Jacobbe**           represented by  **Steven Jacobbe**
                    MCI Walpole
                    P.O. Box 100
                    So. Walpole, MA 02071
                    PRO SE

                    **Windy L. Rosebush**
                    (See above for address)
                    *TERMINATED: 03/02/2006*
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

### Consolidated Plaintiff
**Samuel Correa**           represented by  **Samuel Correa**
                    MCI Walpole
                    P.O. Box 100
                    S. Walpole, MA 02071
                    PRO SE

                    **Windy L. Rosebush**
                    (See above for address)
                    *TERMINATED: 03/02/2006*
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

### Consolidated Plaintiff
**Trevor Higgins**           represented by  **Trevor Higgins**
                    MCI Walpole
                    P.O. Box 100
                    So. Walpole, MA 02071
                    PRO SE

                                      **Windy L. Rosebush**
                                      (See above for address)
                                      *TERMINATED: 03/02/2006*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Carl Odware**                            represented by  **Carl Odware**
                                                                  MCI Walpole
                                                                     P.O. Box 100
                                                                     So. Walpole, MA 02071
                                                                     PRO SE

                                        **Windy L. Rosebush**
                                        (See above for address)
                                        *TERMINATED: 03/02/2006*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Joseph Irizarry**
*TERMINATED: 08/03/2005*

**Consolidated Plaintiff**

**Robert L. Brown**                    represented by  **Robert L. Brown**
*TERMINATED: 08/03/2005*                                MCI Cedar Junction
                                                                   PO Box 100
                                                                   S. Walpole, MA 02071
                                                                   PRO SE

                                        **Windy L. Rosebush**
                                        (See above for address)
                                        *TERMINATED: 03/02/2006*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tony B. Gaskins**                        represented by  **Tony B. Gaskins**
                                                                    MCI Cedar Junction
                                                                   P.O. Box 100
                                                                   South Walpole, MA 02071
                                                                   PRO SE

                                 **Windy L. Rosebush**
(See above for address)
*TERMINATED: 03/02/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derrick Tyler**                represented by  **Derrick Tyler**
SBCC
PO Box 8000
Shirley, MA 01464
*PRO SE*

                                 **Windy L. Rosebush**
(See above for address)
*TERMINATED: 03/02/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luis Ayala**                   represented by  **Luis Ayala**
*TERMINATED: 06/15/2005*                      MCI Walpole
P.O. Box 100
South Walpole, MA 02071
*PRO SE*

                                   **Windy L. Rosebush**
(See above for address)
*TERMINATED: 03/02/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Brown**              represented by  **Robert Brown**
MCI Cedar Junction
P.O. Box 100
So. Walpole, MA 02071
*PRO SE*

V.

**Defendant**

**David Nolan**
*Superintnendent*

represented by **David J. Rentsch**
Department of Correction
70 Franklin Street
Suite 600
Boston, MA 02110
617-727-3300 ext.142
Fax: 617-727-7403
Email: djrentsch@doc.state.ma.us

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Mitchell**
*Deputy Superintendent*

represented by **David J. Rentsch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sherry Elliott**
*Director of Treatment*

represented by **David J. Rentsch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Beverly Veglas**
*Librarian*

represented by **David J. Rentsch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kathleen Dennehy**

represented by **David J. Rentsch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Timothy Hall**

represented by **David J. Rentsch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Luongo**

represented by **David J. Rentsch**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Interested Party**

**Windy L. Rosebush**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Tony B. Gaskins, Derrick Tyler, Luis Ayala.(Jenness, Susan) (Entered: 03/30/2005) |
| 03/29/2005 | 2 | COMPLAINT against Christopher Nolan, Lisa Mitchell, Sherry Elliott, Beverly Veglas Filing fee: $ 0.00, receipt number 0.00, filed by Tony B. Gaskins, Derrick Tyler, Luis Ayala. (Attachments: # 1 Civil Cover Sheet)(Jenness, Susan) (Entered: 03/30/2005) |
| 03/29/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Jenness, Susan) (Entered: 03/30/2005) |
| 04/13/2005 | 3 | Judge Joseph L. Tauro : MEMORANDUM AND ORDER entered re: 1 Motion for Leave to Proceed in forma pauperis: Plaintiff Tony B. Gaskins's Application to Proceed in forma pauperis is Allowed. The Court will defer on assessment of the initial partial filing fee owed by Gaskins pursuant to 28 U.S.C. sec. 1915(b)(1), pending either joint payment of the $250.00 filing, or, in the alternative, receipt by this Court of completed Applications to Proceed in forma pauperis by co-Plaintiffs Luis Ayala and Derick Tyler, accompanied by their prison account statements. The clerk shall provide the Application forms to the Plaintiffs for completion; 2) Failure of Plaintiffs Luis Ayala and Derick Tyler to either pay the filing fee or submit completed Applications to Proceed in forma pauperis within forty-two (42) days of the date of this Procedural Order, will result in the dismissal of Ayala and Tyler as plaintiffs in this action; 3)If Ayala and Tyler fail to comply with this Order and are dismissed as plaintiffs, then the $250.00 filing fee shall be assessed solely as to Plaintiff Gaskins, to be paid in installments under section 1915(b); 4) If both Ayala and Tyler submit completed Applications, and qualify for in forma pauperis status, the $250 filing fee shall be assessed in equal parts of $83.33 per Plaintiff, to be assessed in accordance with |

| | | |
|---|---|---|
| | | section 1915(b); 5. If either Ayala or Tyler submit the appropriate Application and prison statement, and the co-plaintiff does not, then the filing fee shall be assessed proportionately in equal parts between Gaskins and the complying Plaintiff, of $125.00 each, to be assessed in accordance with section 1915(b); 6) In order to facilitate assessment of the filing fee, the Treasurer's Office at MCI Cedar Junction is directed to provide this Court with certified copies of each Plaintiff's prison account statement for the six (6) months preceding March 29, 2005, and include 1) the average monthly deposits to their prison account; and 2) the average monthly balance in the prisoners' accounts for the six (6) month period immediately preceding March 29, 2005 (date of filing of the Complaint). (Greenberg, Rebecca) (Entered: 04/14/2005) |
| 05/03/2005 | 4 | MOTION to Appoint Counsel by Tony B. Gaskins.(Abaid, Kim) (Entered: 05/03/2005) |
| 05/04/2005 | 6 | EXHIBIT - Inmate Account Information by Tony B. Gaskins. (Abaid, Kim) (Entered: 05/12/2005) |
| 05/04/2005 | 7 | EXHIBIT - Inmate Account Information by Derrick Tyler. (Abaid, Kim) (Entered: 05/12/2005) |
| 05/04/2005 | 8 | EXHIBIT - Inmate Account Information by Luis Ayala. (Abaid, Kim) (Entered: 05/12/2005) |
| 05/09/2005 | 5 | MOTION to Compel Defendants to provide Plaintiffs with Photocopies of any llegal document wished to be copied by Tony B. Gaskins.(Abaid, Kim) (Entered: 05/10/2005) |
| 05/17/2005 | 9 | Judge Joseph L. Tauro : ORDER entered denying 4 Motion to Appoint Counsel, denying 5 Motion to Compel: Plaintiffs' motions for appointment of counsel and to compel documents from the defendants are premature and are denied without prejudice to renew after service of process on the Defendants has been effectuated, and after the Defendants have filed a responsive pleading to the Complaint. As a precondition to the re-filing of Plaintiffs' motion to compel, the Plaintiffs shall certify that a good faith effort was made with the Defendants or defense counsel to try and resolve or narrow the issues. With respect to the request for appointment of counsel, Plaintiffs' mere allegation that this case requires an experienced attorney in order to receive a successful result, is |

| | | |
|---|---|---|
| | | insufficient to demonstrate the type of exceptional circumstances required to warrant appointment of pro bono counsel. Should Plaintiffs re-file such a motion, they shall also set forth facts demonstrate with specificity any exceptional circumstances warranting appointment. (Greenberg, Rebecca) (Entered: 05/19/2005) |
| 05/31/2005 | 10 | MOTION for Order to Direct the United States Marshal to Effect Service of Process on the Defendants by Tony B. Gaskins.(Abaid, Kim) (Entered: 05/31/2005) |
| 06/14/2005 | 11 | Judge Joseph L. Tauro : FURTHER MEMORANDUM AND ORDER entered: Plaintiff Tony B. Gaskins's Application to Proceed in forma pauperis previously has been allowed, and assessment of the initial partial filing fee owed by Gaskins pursuant to 28 U.S.C. 1915(b) is hereby made. Plaintiff Gaskins is assessed an initial payment in the amount of $21.32 pursuant to 28 U.S.C. 1915(b)(1). The remainder of the fee ($228.68) is to be collected in accordance with 28 U.S.C. 1915 (b)(2); 2. The filing fee assessed herein is deferred, and the Accounting Department of the Clerk's Office, and MCI Cedar Junction or other prison having custody of Plaintiff Gaskins, shall not collect this filing fee until such time as the Plaintiff has paid the filing fee in connection with C.A. 05-10858-GAO; 3. Plaintiffs Louis Ayala and Derick Tyler are dismissed as Plaintiffs in this action, for failure to comply with this Court's directives contained in the Memorandum and Order dated April 13, 2005; 4. Plaintiff Gaskins's Motion for an Order directing service of process by the United States Marshal (#10) is allowed; 5. The Clerk shall issue summonses for each defendant, and the United States Marshal shall serve a copy of the complaint, summons, and this Order as directed by the Plaintiff, with all costs of service to be advanced by the United States. (Greenberg, Rebecca) (Entered: 06/15/2005) |
| 07/12/2005 | 12 | MOTION for Hearing by Tony B. Gaskins.(Abaid, Kim) (Entered: 07/13/2005) |
| 07/12/2005 | 13 | MOTION for Writ of Habeas Corpus ad testificandum by Tony B. Gaskins. (Attachments: # 1 Proposed Writ of Habeas Corpus Ad-Testificandum)(Abaid, Kim) (Entered: 07/13/2005) |
| 07/12/2005 | 14 | MOTION for Temporary Restraining Order and Preliminary Injunction by Tony B. Gaskins.(Abaid, Kim) Modified on 7/14/2005 (Abaid, Kim). (Entered: 07/13/2005) |

| | | |
|---|---|---|
| 07/12/2005 | 15 | DECLARATION of Tony B. Gaskins in Support of 14 Motion for a Temporary Restraining Order and Preliminary Injunction (Abaid, Kim) (Entered: 07/13/2005) |
| 07/12/2005 | 16 | MEMORANDUM in Support re 14 MOTION for Temporary Restraining Order and for a Preliminary Injunction filed by Tony B. Gaskins. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J)(Abaid, Kim) Additional attachment(s) added on 9/21/2005 (Abaid, Kim). (Entered: 07/13/2005) |
| 07/19/2005 | 17 | NOTICE of Appearance by David J. Rentsch on behalf of all defendants (Rentsch, David) (Entered: 07/19/2005) |
| 07/21/2005 | 18 | US Marshal Process Receipt and Return for Summons. Beverly Veglas served Delivered on July 12, 2005 (Abaid, Kim) (Entered: 07/25/2005) |
| 07/21/2005 | 19 | US Marshal Process Receipt and Return for Summons. David Nolan, Superintendent MCI - Cedar Junction served Delivered on July 12, 2005 (Abaid, Kim) (Entered: 07/25/2005) |
| 07/21/2005 | 20 | US Marshal Process Receipt and Return for Summons. Sherry Elliott - MCI Cedar Junction served Delivered on July 12, 2005. (Abaid, Kim) (Entered: 07/25/2005) |
| 07/21/2005 | 21 | US Marshal Process Receipt and Return for Summons. Lisa Mitchell, MCI-Cedar Junction served Delivered on July 12, 2005 .(Abaid, Kim) (Entered: 07/27/2005) |
| 08/01/2005 | 22 | MOTION to Dismiss by Christopher Nolan, Lisa Mitchell, Sherry Elliott, Beverly Veglas.(Rentsch, David) (Entered: 08/01/2005) |
| 08/01/2005 | 23 | MEMORANDUM in Support re 22 MOTION to Dismiss filed by Christopher Nolan, Lisa Mitchell, Sherry Elliott, Beverly Veglas. (Rentsch, David) (Entered: 08/01/2005) |
| 08/01/2005 | 24 | Opposition re 14 MOTION for Preliminary Injunction MOTION for Temporary Restraining Order filed by Christopher Nolan, Lisa Mitchell, Sherry Elliott, Beverly Veglas. (Rentsch, David) (Entered: 08/01/2005) |
| 08/05/2005 | 25 | MOTION for an Order for Proper Pens to File Pleadings in This Action by Tony B. Gaskins.(Abaid, Kim) (Entered: 08/08/2005) |

| | | |
|---|---|---|
| 08/05/2005 | 26 | MOTION to Order Defendants to Provide Court With a Soft Pen for Examination by Tony B. Gaskins.(Abaid, Kim) (Entered: 08/08/2005) |
| 08/15/2005 | 27 | MOTION to Stay Proceedings on 22 MOTION to Dismiss, and to Permit Discovery by Tony B. Gaskins.(Abaid, Kim) (Entered: 08/16/2005) |
| 08/17/2005 | 28 | STATEMENT of Disputed Facts. (Attachments: # 1 Affidavit of Justin Petit# 2 Affidavit of Michael Hiskins# 3 Affidavit of Macarthur Benson# 4 Affidavit of Mac Hudson)(Abaid, Kim) (Entered: 08/18/2005) |
| 08/19/2005 | 29 | Opposition re 25 MOTION for an Order for Proper Pens to File Pleadings in This Action filed by Christopher Nolan, Lisa Mitchell, Sherry Elliott, Beverly Veglas. (Rentsch, David) (Entered: 08/19/2005) |
| 08/29/2005 | 30 | Opposition re 27 MOTION to Stay re 22 MOTION to Dismiss filed by Christopher Nolan, Lisa Mitchell, Sherry Elliott, Beverly Veglas. (Rentsch, David) (Entered: 08/29/2005) |
| 08/29/2005 | 31 | REPLY to Response to Motion re 25 MOTION for an Order for Proper Pens to File Pleadings in This Action filed by Tony B. Gaskins. (Abaid, Kim) (Entered: 08/29/2005) |
| 09/06/2005 | 32 | MOTION to Compel Defendants to Provide Plaintiff with Photocopies of any Legal Documents Wished to be Copied from the Ten Block Photocopier by Tony B. Gaskins.(Abaid, Kim) (Entered: 09/07/2005) |
| 09/07/2005 | 33 | MOTION for Writ of Habeas Corpus ad testificandum by Tony B. Gaskins.(Abaid, Kim) (Entered: 09/08/2005) |
| 09/07/2005 | 34 | MOTION to Strike 22 MOTION to Dismiss by Tony B. Gaskins.(Abaid, Kim) (Entered: 09/08/2005) |
| 09/13/2005 | 35 | Judge Joseph L. Tauro : ORDER entered: Civil Action No. 05-10630-JLT and Civil Action No. 05-11230-JLT are CONSOLIDATED for all purposes. Future filings shall indicate C.A. 05-10630-JLT as the Lead Case, and C.A. 05-11230-JLT shall be terminated as a pending case in view of the consolidation; 2. With respect to pending motions in Civil Action No. 05-11230-JLT: a. Defendants' Motion for Exemption from LR 7.1 (#43) is ALLOWED; b. Defendants' Motion for Extension of Time to September 15, 2005 to Respond to Complaint and Motion for TRO/PI (#44) is |

ALLOWED; c. Plaintiffs' Motion for Reconsideration re: Order re: Service of Process (#47) is ALLOWED to the extent that the Plaintiffs shall not be required to reserve any of the Defendants who have already been served by the United States Marshal, and the Defendants shall notify this Court in writing, within fourteen (14) days of the date of this Order, as to whether any Defendant contests service of process at this time, or whether it waives any deficiencies with respect to service of process, both with respect to the Complaint and the Motion for Preliminary Injunction or Motion for Temporary Restraining Order; d. Plaintiffs' Motion for Preliminary Injunction/Temporary Restraining Order (#48), filed in C.A. 05-11230-JLT, is DENIED without prejudice. The Plaintiffs' request for preliminary injunctive relief (#48) shall be considered in conjunction with the Plaintiffs' previously filed Motion for Preliminary Injunction and Temporary Restraining Order, in C.A. 05-10630-JLT (#14). 3. With respect to pending motions in Civil Action No. 05-10630-JLT, a. Plaintiffs' Motion for Hearing (#12) is DENIED; b. Plaintiffs' Motion for Writ of Habeas Corpus Ad Testificandum (#13) is DENIED; c. Plaintiffs' Motion for Preliminary Injunction/ Temporary Restraining Order (#14) is REFERRED to Magistrate Judge Bowler for a hearing if necessary, and a Report and Recommendation on the merits of the motion. Plaintiffs' Motion for Preliminary Injunction/Temporary Restraining Order (#48), filed in C.A. 05-11230-JLT shall be considered in conjunction with Motion #14; d. Defendants' Motion to Dismiss (#22) is REFERRED to Magistrate Judge Bowler for a hearing if necessary, and a Report and Recommendation on the merits or the motion; e. Plaintiffs' Motion for an Order for Proper Pens to File Pleadings in this Action (#25) is DENIED. f. Plaintiff's Motion to Order Defendants to Provide Court With a Soft Pen for Examination (#26) is DENIED; g. Plaintiffs' Motion to Stay re: Motion to Dismiss (#27) is REFERRED to Magistrate Judge Bowler for a ruling on the motion; h. Plaintiffs' Motion to Compel Defendants to Provide Plaintiff With Photocopies of Any Legal Documents Wished to Be Copied from the Ten Block Photocopier (#32) is DENIED; i. Plaintiffs' Motion for Writ of Habeas Corpus Ad Testificandum (#33) is DENIED; j. Plaintiffs Motion to Strike Motion to Dismiss (#34) is DENIED; 4. Civil Action No. 05-10630-JLT is hereby REFERRED to Magistrate Judge Bowler for pretrial management, and for a Report and

| | | |
|---|---|---|
| | | Recommendation on the following Motions: Motion for Preliminary Injunction/Temporary Restraining Order (#14) (including the issues subsumed in Motion #48 filed in C.A. 05-11230-JLT), Motion to Dismiss (#22); and Motion to Stay re: Motion to Dismiss (#27); and 5. Civil Action No. 05-10630-JLT is hereby REFERRED to Magistrate Judge Bowler for all pretrial management, including the determination of whether Discovery practice is appropriate in this case, and if so, setting the parameters under which Discovery may proceed, as well as the time periods in which to conduct Discovery.(PSSA1) (Entered: 09/14/2005) |
| 09/15/2005 | 36 | MOTION to Dismiss *or, in the Alternative, for Summary Judgment* by Kathleen Dennehy, Timothy Hall, John Luongo, Christopher Nolan, Lisa Mitchell, Beverly Veglas.(Rentsch, David) (Entered: 09/15/2005) |
| 09/15/2005 | 37 | MEMORANDUM in Support re 36 MOTION to Dismiss *or, in the Alternative, for Summary Judgment* filed by Kathleen Dennehy, Timothy Hall, John Luongo, Christopher Nolan, Lisa Mitchell, Beverly Veglas. (Attachments: # 1 Affidavit of Lisa Mitchell)(Rentsch, David) (Entered: 09/15/2005) |
| 09/19/2005 | 38 | MOTION for a Pre-Trial Conference by Tony B. Gaskins. (Abaid, Kim) (Entered: 09/20/2005) |
| 09/20/2005 | | Notice of correction to docket made by Court staff. corrected because: Defendant incorrectly listed as Christopher Nolan, corrected to be David Nolan. (Abaid, Kim) (Entered: 09/20/2005) |
| 09/20/2005 | 39 | Judge Joseph L. Tauro : ORDER entered. REFERRING CASE to Magistrate Judge Marianne B. Bowler Referred for: Pre-Trial Management(Abaid, Kim) (Entered: 09/20/2005) |
| 09/23/2005 | 40 | MOTION to Strike Any Responsive Pleadings To Motion for TRO and Preliminary Injunction by All Plaintiffs.(Abaid, Kim) (Entered: 09/23/2005) |
| 09/23/2005 | 41 | MOTION to Strike 36 MOTION to Dismiss *or, in the Alternative, for Summary Judgment* by All Plaintiffs.(Abaid, Kim) (Entered: 09/23/2005) |
| 09/23/2005 | 42 | MOTION to Stay Proceedings Except Motion for TRO and Preliminary Injunction Until Counsel Has Been Appointed Per Order of the Court by All Plaintiffs.(Abaid, Kim) (Entered: |

| | | |
|---|---|---|
| | | 09/23/2005) |
| 09/23/2005 | 43 | MOTION for Writ of Habeas Corpus ad testificandum by All Plaintiffs.(Abaid, Kim) (Entered: 09/23/2005) |
| 09/23/2005 | 44 | CERTIFICATE OF SERVICE by All Plaintiffs re 40 MOTION to Strike, 41 MOTION to Strike 36 MOTION to Dismiss *or, in the Alternative, for Summary Judgment*, 42 MOTION to Stay, 43 MOTION for Writ of Habeas Corpus ad testificandum. (Abaid, Kim) (Entered: 09/23/2005) |
| 09/26/2005 | 45 | NOTICE by Kathleen Dennehy, Timothy Hall, John Luongo, David Nolan, Lisa Mitchell, Beverly Veglas *Regarding Service of Process* (Rentsch, David) (Entered: 09/26/2005) |
| 09/26/2005 | 46 | MOTION for Extension of Time to Answer Defendants Motion to Dismiss by Mac Hudson.(Abaid, Kim) (Entered: 09/27/2005) |
| 10/03/2005 | 47 | MOTION for Expedited Adjudication on Their "Second" Motion to Compel by All Plaintiffs.(Abaid, Kim) (Entered: 10/03/2005) |
| 10/06/2005 | 48 | Opposition re 40 MOTION to Strike filed by Kathleen Dennehy, Timothy Hall, John Luongo, David Nolan, Lisa Mitchell, Sherry Elliott, Beverly Veglas. (Rentsch, David) (Entered: 10/06/2005) |
| 10/06/2005 | 49 | Opposition re 41 MOTION to Strike 36 MOTION to Dismiss *or, in the Alternative, for Summary Judgment* filed by Kathleen Dennehy, Timothy Hall, John Luongo, David Nolan, Lisa Mitchell, Sherry Elliott, Beverly Veglas. (Rentsch, David) (Entered: 10/06/2005) |
| 10/11/2005 | | Filing fee: $ 5.00, receipt number 67362 regarding Habeas Corpus (Abaid, Kim) (Entered: 10/13/2005) |
| 10/13/2005 | 50 | MOTION to be Joined by Robert L. Brown.(Abaid, Kim) (Entered: 10/13/2005) |
| 10/13/2005 | 51 | MOTION for Leave to Proceed in forma pauperis by Robert L. Brown (Attachment #(1) Statement of Account).(Abaid, Kim) Additional attachment(s) added on 10/13/2005 (Abaid, Kim). Additional attachment(s) added on 10/18/2005 (Abaid, Kim). Modified on 10/18/2005 (Abaid, Kim). (Entered: 10/13/2005) |
| 10/17/2005 | 52 | RESPONSE to Motion re 47 MOTION for Expedited Adjudication on their "second" motion to compel filed by |

| | | |
|---|---|---|
| | | Kathleen Dennehy, Timothy Hall, John Luongo, David Nolan, Lisa Mitchell, Sherry Elliott, Beverly Veglas. (Rentsch, David) (Entered: 10/17/2005) |
| 11/28/2005 | 53 | Joint Reply by Tony B. Gaskins to 52 Response to Motion for Expedited Adjudication. (Attachments: # 1 Affidavit)(Abaid, Kim) (Entered: 11/28/2005) |
| 12/28/2005 | 54 | MOTION for Reconsideration re 35 Order on Motion to Compel the Defendants to Provide Copies by All Plaintiffs. (Abaid, Kim) (Entered: 12/28/2005) |
| 01/05/2006 | 55 | Judge Marianne B. Bowler: ORDER entered. FURTHER MEMORANDUM AND ORDER RE: AMENDED ASSESSMENT OF FILING FEE AS TO EACH PLAINTIFF AND APPOINTMENT OF PRO BONO COUNSEL.(Feeney, Eileen) (Entered: 01/05/2006) |
| 01/05/2006 | | Magistrate Judge Marianne B. Bowler : ORDER entered granting 50 Motion, granting 51 Motion for Leave to Proceed in forma pauperis (see order 55) (Hurley, Virginia) (Entered: 02/01/2006) |
| 01/11/2006 | 56 | Opposition re 54 MOTION for Reconsideration re 35 Order on Motion for Writ of Habeas Corpus ad testificandum, Order on Motion to Strike, Order on Motion for Hearing, filed by Kathleen Dennehy, Timothy Hall, John Luongo, Lisa Mitchell, Sherry Elliott, Beverly Veglas. (Rentsch, David) Modified on 1/12/2006 (Abaid, Kim). (Entered: 01/11/2006) |
| 01/11/2006 | 57 | Response - Account Statement - by Robert L. Brown to 55 Memorandum & ORDER. (Abaid, Kim) (Entered: 01/11/2006) |
| 01/19/2006 | 58 | NOTICE - Statement of Account - by Robert Brown (Abaid, Kim) (Entered: 01/23/2006) |
| 01/23/2006 | | Mail Returned as Undeliverable. Mail sent to Derrick Tyler (Abaid, Kim) (Entered: 01/23/2006) |
| 01/23/2006 | | Mail Returned as Undeliverable. Mail sent to Michael Keohane (Abaid, Kim) (Entered: 01/23/2006) |
| 01/23/2006 | | Mail Returned as Undeliverable. Mail sent to Zakariya Bush (Abaid, Kim) (Entered: 01/23/2006) |
| 01/23/2006 | | Remark - Per Attorney Rentsch, updated addresses for Derrick Tyler, Zakariya Bush, Mac Hudson, and Michael Keohane. Sent mail that was previously returned to new addresses. |

| | | |
|---|---|---|
| | | (Abaid, Kim) (Entered: 01/23/2006) |
| 02/03/2006 | 59 | NOTICE of Appearance by Windy L. Rosebush on behalf of All Plaintiffs (Rosebush, Windy) (Entered: 02/03/2006) |
| 02/04/2006 | 61 | Judge Marianne B. Bowler : FURTHER ORDER ON PLAINTIFF ROBERT BROWN'S APPLICATION TO PROCEED IN FORMA PAUPERIS entered: Plaintiff Robert Brown is assessed an initial partial filing fee of $19.23, pursuant to 28 U.S.C. s. 1915(b)(1). The remainder of the filing fee to be assessed and collected pursuant to th 28 U.S.C. s. 1915(b)(2) is $0.00. (PSSA, 1) (Entered: 02/06/2006) |
| 02/04/2006 | 62 | NOTICE: re payment of fee (prisoner filer) issued to the Treasurer at MCI Cedar Junction (PSSA, 1) (Entered: 02/06/2006) |
| 02/06/2006 | 60 | Judge Marianne B. Bowler: ORDER entered. ORDER REFERRING ACTION TO MEDIATION.Counsel for parties are hereby ORDERED to confer FORTHWITH and contact Mediator Patrick King to schedule a conference or mediation session. Parties shall file a joint status report indicating the status of mediation no later than March 6, 2006.(Feeney, Eileen) (Entered: 02/06/2006) |
| 02/21/2006 | 63 | STATUS REPORT *Joint Status Report on Mediation* by Tony B. Gaskins. (Rosebush, Windy) (Entered: 02/21/2006) |
| 02/21/2006 | 64 | MOTION to Withdraw as Attorney *Withdrawal of Limited Appearance (Pro Bono)* by Tony B. Gaskins.(Rosebush, Windy) (Entered: 02/21/2006) |
| 03/02/2006 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 64 Motion to Withdraw as Attorney. (Bowler, Marianne) (Entered: 03/02/2006) |
| 03/09/2006 | 65 | Judge Marianne B. Bowler: ORDER entered. REPORT AND RECOMMENDATION re Plaintiff's Joint Motion for Temporary Restraining Order and for Preliminary Injunction (Docket Entry #48) in Civil Action No. 05-11230)is DENIED; 14 MOTION for Preliminary Injunction MOTION for Temporary Restraining Order filed by Tony B. Gaskins, is DENIED. 22 MOTION to Dismiss filed by Lisa Mitchell, David Nolan, Sherry Elliott, Beverly Veglas, is MOOT; 36 MOTION to Dismiss *or, in the Alternative, for Summary Judgment* filed by Timothy Hall, Lisa Mitchell, John Luongo, |