

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
CLERKS OFFICE
*Department of Correction*
*M.C.I. Cedar Junction at Walpole* P 2: 35
*P.O. Box 100* U.S. DISTRICT COURT
*South Walpole, Massachusetts 02071* DISTRICT OF MASS.
*Tel: (508) 660-8000  Fax: (508) 660-8009*
*www.mass.gov/doc*

Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary*

Kathleen M. Dennehy
*Commissioner*

James Bender
*Deputy Commissioner*

John Marshall
*Acting Superintendent*

U.S. District Court
Cashier – Suite 2300
1 Courthouse Way
Boston, MA  02210

July 18, 2006

To Whom It May Concern:

I am writing in regards to a court ordered filing fee – docket #05-10630-JLT –
for inmate Robert Brown W69773 who is housed at MCI Cedar Junction.

It has been brought to my attention that the amount Mr. Brown owed on this
order was just $19.23 and not $250.00 – as is the norm. However, as of today's
date, a total of $91.78 has been collected towards this docket,  therefore,
Mr. Brown has actually overpaid on this docket in the amount of $72.55.

Please issue Mr. Brown a refund check in the amount of $72.55 as this was not
an error on his part. I have included a listing of the payments, check numbers and
dates of payments collected from Mr. Brown's account and made payable to the
U. S. District Court.

Please address the check to my attention so that I can deposit it into his account as
soon as it is received.

Thanking you in advance

Sincerely,

Karen Fiske
Karen Fiske
Inmate Accounts

PRINTED ON RECYCLED PAPER

Brown, Robert W69773
(court ordered filing fee # 05-10630)

$ <u>Bal</u>
250.00

2/10/06 - per court order    -    Ck # 37379 -    - 19.23
$230.77

2/21/06 - 11.05 - 20% of $50. inc rec'd 2/13 + wk 2/4 pers pay   Ck#-37658 =   <u>11.05</u>
(5.25)    219.72

2/23/06 - 1.05 - 20% of w/e 2/11 pers pay - ck # 37658 - - - <u>1.05</u>
(5.25)    218.67

3/6/06 - 1.05 - 20% of w/e 2/18 pers pay - ck# 38114    - - - <u>1.05</u>
(5.25)    217.62

3/30/06 - 20% of $297, inc rec'd 3/20/06 - Bridge, ck# 107447 - - <u>59.40</u>
158.22

Case 1:05-cv-10630-JLT    Document 62-1    Filed 02/04/2006    Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT BROWN, ET AL.,                 )
     Plaintiffs,                    )
                                      )
W69773          v.                    )
                                      )        C.A. No. 05-10630-JLT
                                      )
DAVID NOLAN, ET AL.,                  )
     Defendants.                    )

NOTICE FOR PAYMENT OF PRISONER FILING FEE

To:    THE TREASURER'S OFFICE AT MCI CEDAR JUNCTION, SO. WALPOLE, MA AND TO ANY
       TREASURER'S OFFICE AT FACILITIES TO WHICH THE INMATE NAMED ABOVE MAY BE
       TRANSFERRED

PLEASE TAKE NOTICE THAT:

Plaintiff, a prisoner proceeding pro se and *in forma pauperis*, is obligated to pay
the statutory filing fee of $250.00 for this action.  See 28 U.S.C. § 1915(b)(1).

☒    Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff has been assessed the following:
    ☐    Full filing fee of $ 250.00    from available funds.
    ☒    An initial partial filing fee of: $19.23 is due within ten (10) business
        days of receipt of this notice.[1]
    ☒    Remainder of fee [$ 0.00 ] to be paid in accordance with 28 U.S.C. §
        1915(b)(2) in monthly payments of 20% of the preceding month's income
        credited to the prisoner's account each time the amount in the account
        exceeds $10.00 until the filing fee is paid.

☐    Plaintiff has been without funds for six months and is currently without
    funds.  Pursuant to 28 U.S.C. § 1915(b)(2), plaintiff is obligated to make
    monthly payments of 20 percent of the preceding month's income credited to the
    prisoner's account until the statutory filing fee of $ 250.00 has been paid in
    full.

The Treasurer's Office at the institution designated above is required to send to
the Clerk of the Court the initial partial filing fee (if assessed) and monthly
payments from plaintiff's prison trust account (or institutional equivalent) each
time the amount in the prisoner's account exceeds $10.00.  28 U.S.C. § 1915(b)(2).
The monthly payments shall be sent on the last day of each month, beginning in the
month subsequent to the date of this notice.  The monthly payments shall continue
until the balance of $ 250.00    is paid in full.

The prisoner's name and case number must be noted on each remittance.  If a single
check is provided in payment of filing fees for more than one prisoner, the amount
to be allocated to each prisoner and case must be noted.  All checks should be made
payable to the "Clerk, U. S. District Court" and transmitted to:

                    U. S. District Court
                    Cashier - Suite 2300
                    1 Courthouse Way
                    Boston, MA  02210

                    SARAH ALLISON THORNTON, CLERK
                    By:    /s/ Rebecca Greenberg
Dated: February 4, 2006                    Deputy Clerk
cc: Plaintiff Robert Brown

---

[1]The filing fee has been apportioned among the co-plaintiffs in this
action, pursuant to the Memorandum and Order dated January 5, 2006 (Docket
entry #55). Plaintiff Robert Brown's apportioned share is $19.23.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT BROWN, ET AL., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 05-10630-JLT |
| | ) | |
| DAVID NOLAN, ET AL., | ) | |
| Defendants. | ) | |

### FURTHER ORDER ON PLAINTIFF ROBERT BROWN'S
### APPLICATION TO PROCEED *IN FORMA PAUPERIS*

BOWLER, U.S.M.J.

On January 5, 2006, a Memorandum and Order (Docket entry #55) entered allowing,

*inter alia,* plaintiff Robert Brown's ("Brown") Motion to Join (Docket entry #50) and his Motion

to Proceed *in forma pauperis* (Docket entry #51). However, assessment of the initial partial

filing fee owed pursuant to 28 U.S.C. § 1915(b) was deferred pending receipt of Brown's

certified prison account information. On January 11, 2006, this Court received Brown's certified

prison account statement (Docket entry #57), in compliance with the January 5, 2006

Memorandum and Order, and therefore the Court is now able to make an assessment of the filing

fee.

In accordance with the January 5, 2006 Memorandum and Order apportioning the filing

fee with respect to each co-plaintiff, Brown's share of the $250.00 filing fee totals $19.23.

Under the formula set forth in § 1915(b)(1), Brown's initial partial filing fee (based on 20% of

his six month average daily balance) amounts to $23.64. However, because this amount

exceeds the total apportioned amount owed by Brown, the initial filing fee is reduced to $19.23,

and this amount constitutes the entire fee due.

Accordingly, in light of the above, it is hereby ORDERED that:

1.      Plaintiff Robert Brown is assessed an initial partial filing fee of **$19.23**, pursuant to 28 U.S.C. § 1915(b)(1).

2.      The remainder of the filing fee to be assessed and collected pursuant to th 28 U.S.C. § 1915(b)(2) is **$0.00.**

SO ORDERED.

Dated: February 4, 2006                          /s/ Marianne B. Bowler
                                                 MARIANNE B. BOWLER
                                                 UNITED STATES MAGISTRATE JUDGE

## Other Orders/Judgments
1:05-cv-10630-JLT Gaskins et al v. Nolan et al

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from PSSA, 1 entered on 2/6/2006 at 3:25 PM EST and filed on 2/4/2006

**Case Name:**        Gaskins et al v. Nolan et al
**Case Number:**      1:05-cv-10630
**Filer:**
**Document Number:** 61

**Docket Text:**
Judge Marianne B. Bowler : FURTHER ORDER ON PLAINTIFF ROBERT BROWN'S
APPLICATION TO PROCEED IN FORMA PAUPERIS entered: Plaintiff Robert Brown is assessed an
initial partial filing fee of $19.23, pursuant to 28 U.S.C. s. 1915(b)(1). The remainder of the filing fee to
be assessed and collected pursuant to th 28 U.S.C. s. 1915(b)(2) is $0.00. (PSSA, 1)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/6/2006] [FileNumber=1302775-0]
[0d2cd220f7c0799aea48eb6368ad1055b3478a82cfc13cc3072f3fac19728167aa28
cd7bedccffef85aeaa781983a2c8015016f98ecdd7a589b67d056f55279b]]

**1:05-cv-10630 Notice will be electronically mailed to:**

David J. Rentsch     djrentsch@doc.state.ma.us, legaldivision@doc.state.ma.us

Windy L. Rosebush     wrosebush@edwardsangell.com

**1:05-cv-10630 Notice will not be electronically mailed to:**

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20060718 14:18

| | | |
|---|---|---|
| Commit# : | W69773 | |
| Name : | BROWN, ROBERT, , | |
| Inst : | MCI CEDAR JUNCTION | |
| Block : | BLOCK 3 | |
| Cell/Bed : | 3 /A | |

MCI CEDAR JUNCTION

Statement From    20060101

To    20060718

Page :    1

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $1,173.55 | $1,146.64 | $527.93 | $437.15 |
| 20060109 22:30 | CN - Canteen | 5926389 | | CJ | ~Canteen Date : 20060109 | $0.00 | $4.71 | $0.00 | $0.00 |
| 20060118 23:26 | PY - Payroll | 5979801 | | CJ | ~20060101 To 20060107 | $1.50 | $0.00 | $0.00 | $0.00 |
| 20060118 23:26 | PY - Payroll | 5979802 | | CJ | ~20060101 To 20060107 | $0.00 | $0.00 | $1.50 | $0.00 |
| 20060119 16:40 | IS - Interest | 5988930 | | CJ | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20060119 16:40 | IS - Interest | 5988931 | | CJ | | $0.00 | $0.00 | $0.46 | $0.00 |
| 20060125 23:35 | PY - Payroll | 6028758 | | CJ | ~20060108 To 20060114 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060125 23:35 | PY - Payroll | 6028759 | | CJ | ~20060108 To 20060114 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060201 23:37 | PY - Payroll | 6062420 | | CJ | ~20060115 To 20060121 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060201 23:37 | PY - Payroll | 6062421 | | CJ | ~20060115 To 20060121 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060208 23:29 | PY - Payroll | 6104279 | | CJ | ~20060122 To 20060128 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060208 23:29 | PY - Payroll | 6104280 | | CJ | ~20060122 To 20060128 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060210 08:25 | EX - External Disbursement | 6111557 | 37379 | CJ | ~CLERK, U.S. DISTRICT COURT | $0.00 | $19.23 | $0.00 | $0.00 |
| 20060210 08:25 | MA - Maintenance and Administration | 6111559 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060213 10:12 | ML - Mail | 6117837 | 232 | CJ | ~ERICA FARIAS | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060213 22:30 | CN - Canteen | 6120502 | | CJ | ~Canteen Date : 20060213 | $0.00 | $3.99 | $0.00 | $0.00 |
| 20060215 23:38 | PY - Payroll | 6141663 | | CJ | ~20060129 To 20060204 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060215 23:38 | PY - Payroll | 6141664 | | CJ | ~20060129 To 20060204 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060216 16:54 | IS - Interest | 6150282 | | CJ | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20060216 16:54 | IS - Interest | 6150283 | | CJ | | $0.00 | $0.00 | $0.49 | $0.00 |
| 20060221 11:30 | IC - Transfer from Inmate to Club A/c | 6174108 | | CJ | ~20% OF $50 INCOME RECEIVED 2/13/06 & 20% OF W/E 2/4/06 PERS. PAY - CFF #05-10630--FILING FEE HOLDING ACCOUNT - Z177--FILING FEE HOLDING ACCOUNT - Z177 | $0.00 | $11.05 | $0.00 | $0.00 |
| 20060222 23:37 | PY - Payroll | 6186866 | | CJ | ~20060205 To 20060211 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20060222 23:37 | PY - Payroll | 6186867 | | CJ | ~20060205 To 20060211 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060223 09:07 | IC - Transfer from Inmate to Club A/c | 6190802 | | CJ | ~20% OF W/E 2/11/06 PERS.PAY - CFF #05-10630--FILING FEE HOLDING ACCOUNT - Z177--FILING FEE HOLDING ACCOUNT - Z177 | $0.00 | $1.05 | $0.00 | $0.00 |
| 20060227 22:31 | CN - Canteen | 6204111 | | CJ | ~Canteen Date : 20060227 | $0.00 | $39.28 | $0.00 | $0.00 |
| 20060301 16:55 | IS - Interest | 6221358 | | CJ | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20060301 16:55 | IS - Interest | 6221359 | | CJ | | $0.00 | $0.00 | $0.55 | $0.00 |
| 20060301 23:32 | PY - Payroll | 6241622 | | CJ | ~20060212 To 20060218 | $5.25 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :  20060718 14:18**

Page :    2

| | | |
|---|---|---|
| Commit# : | W69773 | **MCI CEDAR JUNCTION** |
| Name : | BROWN, ROBERT, , | Statement From    20060101 |
| Inst : | MCI CEDAR JUNCTION | To    20060718 |
| Block : | BLOCK 3 | |
| Cell/Bed : | 3 /A | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060301 23:32 | PY - Payroll | 6241623 | | CJ | ~20060212 To 20060218 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20060306 11:22 | IC - Transfer from Inmate to Club A/c | 6256560 | | CJ | ~20% OF W/E 2/18/06 PERS.PAYROLL - CFF#05-10630~FILING FEE HOLDING ACCOUNT - Z177~FILING FEE HOLDING ACCOUNT - Z177 | $0.00 | $1.05 | $0.00 | $0.00 |
| 20060313 22:30 | CN - Canteen | 6297924 | | CJ | ~Canteen Date : 20060313 | $0.00 | $0.90 | $0.00 | $0.00 |
| 20060320 09:47 | ML - Mail | 6330933 | 501 | CJ | ~JAMES/ERNEST MONETTE | $99.00 | $0.00 | $0.00 | $0.00 |
| 20060320 09:47 | MA - Maintenance and Administration | 6330936 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060320 09:47 | ML - Mail | 6330945 | 500 | CJ | ~JAMES/ERNEST MONETTE | $99.00 | $0.00 | $0.00 | $0.00 |
| 20060320 09:48 | ML - Mail | 6330958 | 502 | CJ | ~JAMES/ERNEST MONETTE | $99.00 | $0.00 | $0.00 | $0.00 |
| 20060323 23:15 | TI - Transfer from Institution | 6358545 | | CJ | | $0.00 | $324.13 | $0.00 | $0.00 |
| 20060323 23:15 | TI - Transfer from Institution | 6358548 | | STH | | $0.00 | $0.00 | $125.28 | $0.00 |
| 20060323 23:15 | TI - Transfer from Institution | 6358547 | | CJ | | $0.00 | $0.00 | $0.00 | $125.28 |
| 20060323 23:15 | TI - Transfer from Institution | 6358546 | | STH | | $324.13 | $0.00 | $0.00 | $0.00 |
| 20060330 11:41 | EX - External Disbursement | 6387686 | 107447 | STH | ~COURT ORDERED FILING FEE # 05-10630~CLERK, U.S. DISTRICT COURT | $0.00 | $59.40 | $0.00 | $0.00 |
| 20060406 16:50 | IS - Interest | 6435470 | | STH | | $0.78 | $0.00 | $0.00 | $0.00 |
| 20060406 16:50 | IS - Interest | 6435471 | | STH | | $0.00 | $0.00 | $0.70 | $0.00 |
| 20060420 23:15 | TI - Transfer from Institution | 6520970 | | STH | | $0.00 | $265.51 | $0.00 | $0.00 |
| 20060420 23:15 | TI - Transfer from Institution | 6520971 | | CJ | | $265.51 | $0.00 | $0.00 | $0.00 |
| 20060420 23:15 | TI - Transfer from Institution | 6520972 | | STH | | $0.00 | $0.00 | $0.00 | $125.98 |
| 20060420 23:15 | TI - Transfer from Institution | 6520973 | | CJ | | $0.00 | $0.00 | $125.98 | $0.00 |
| 20060504 16:50 | IS - Interest | 6596152 | | CJ | | $1.52 | $0.00 | $0.00 | $0.00 |
| 20060504 16:50 | IS - Interest | 6596153 | | CJ | | $0.00 | $0.00 | $0.72 | $0.00 |
| 20060522 22:30 | CN - Canteen | 6691917 | | CJ | ~Canteen Date : 20060522 | $0.00 | $33.72 | $0.00 | $0.00 |
| 20060606 17:01 | IS - Interest | 6771069 | | CJ | | $1.55 | $0.00 | $0.00 | $0.00 |
| 20060606 17:01 | IS - Interest | 6771070 | | CJ | | $0.00 | $0.00 | $0.77 | $0.00 |
| 20060612 22:30 | CN - Canteen | 6815916 | | CJ | ~Canteen Date : 20060612 | $0.00 | $6.78 | $0.00 | $0.00 |
| 20060626 22:30 | CN - Canteen | 6884536 | | CJ | ~Canteen Date : 20060626 | $0.00 | $0.19 | $0.00 | $0.00 |
| 20060705 11:27 | IC - Transfer from Inmate to Club A/c | 6927578 | | CJ | ~SWEATSHIRT,SWEATPANTS,SNEAKERS,CHESSBOARD, CASIO WATCH BATTERY~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $43.47 | $0.00 | $0.00 |
| 20060705 11:46 | IC - Transfer from Inmate to Club A/c | 6927658 | | CJ | ~SONY HEADPHONES,ADAPTERS (2)~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $32.44 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date : 20060718 14:18**

| | | | | |
|---|---|---|---|---|
| Commit# : | W69773 | | MCI CEDAR JUNCTION | Page : 3 |
| Name : | BROWN, ROBERT, , | Statement From | 20060101 | |
| Inst : | MCI CEDAR JUNCTION | To | 20060718 | |
| Block : | BLOCK 3 | | | |
| Cell/Bed : | 3 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060711 16:47 | IS - Interest | 6968455 | | CJ | | $1.40 | $0.00 | $0.00 | $0.00 |
| 20060711 16:47 | IS - Interest | 6968456 | | CJ | | $0.00 | $0.00 | $0.77 | $0.00 |
| | | | | | | $975.37 | $848.90 | $288.72 | $251.26 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $153.38 | $128.24 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $153.38 | $128.24 | $0.00 | $0.00 | $0.00 | $0.00 |