```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

ROBERT BROWN, ET AL.,           )
    Plaintiffs,                 )
                                )
         v.                     )
                                )    C.A. No. 05-10630-JLT
                                )
DAVID NOLAN, ET AL.,            )
    Defendants.                 )
```

ORDER FOR RETURN OF FUNDS

TAURO, D.J.

Now before this Court is a Request (#71) by the Treasurer's Office of MCI Cedar Junction to return funds erroneously paid to the Clerk's Office for the United States District Court, with respect to installment payments of the filing fee due and owed by the Plaintiff Robert Brown in this action, pursuant to 28 U.S.C. § 1915(b).[1]

The Accounting Department in the Clerk's Office has confirmed the overpayment. In light of the fact that payment was made in error, the Court ALLOWS the request by the Treasurer's Office of MCI Cedar Junction, and hereby Orders the Financial Accounting Office of the Clerk's Office for the United States District Court for the District of Massachusetts to return $72.55 (the amount of funds erroneously paid to this Court), forthwith. The refund check shall be addressed to the attention of Karen

---

[1] Plaintiff was assessed a filing fee of $19.23 in this multiple-Plaintiff litigation. The Treasurer's Office claims that a total of $91.78 has actually been paid, and therefore there is an overpayment of $72.55.

Fiske, Inmate Accounts, so she may deposit it into Plaintiff Robert Brown's account as soon as it is received.[2]

SO ORDERED.

                                            S/ Joseph L. Tauro
                                            JOSEPH L. TAURO
                                            UNITED STATES DISTRICT JUDGE

Dated: 7/31/06

---

[2] The check shall be mailed to:

   Attn: Karen Fiske
   Treasurer's Office-Inmate Accounts
   MCI Cedar Junction
   P.O. Box 100
   South Walpole, MA 02071