Lloyd Matthews
P.O. Box 100
S. Walpole, MA 02071

November 18, 2006

Clerk
U.S. District Court
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Gaskins, et al. v. Nolan, et al.,
    No. 05-10630-JLT

Dear Clerk:

I am told that Judge Tauro issued a ruling on pens in the above-mentioned case. Can you please send me a copy of the ruling? I am preparing to launch a similar case and will not if the ruling in this case resolves the issue.

I thank you in advance for your assistance.

Thanks,
Lloyd Matthews

cc: File