**CERTIFIED COPY**

# United States Court of Appeals
## For the First Circuit

No. 06-1662
DC No. 05-cv-10630

TONY B. GASKINS; DERRICK TYLER; ROBERT BROWN;
MAC HUDSON; ORRIN SIMMONS; JEFFREY HARDY; PRINCE MOSES;
ZAKARIYA BUSH; STEVEN JACOBBE; SAMUEL CORREA; TREVOR HIGGINS;
CARL ODWARE; MARY A. PETERS,
as administratrix of the estate of Michael T. Keohane

Plaintiffs - Appellants,

JOSEPH IRIZARRY; LUIS AYALA,

Plaintiffs,

v.

DAVID NOLAN, Superintendent; LISA MITCHELL, DEPUTY
Superintendent; SHERRY ELLIOTT, Director of Treatment;
BEVERLY VEGLAS, Librarian; KATHLEEN DENNEHY; TIMOTHY HALL;
JOHN LUONGO,

Defendants - Appellees.

ORDER OF COURT

Entered: December 19, 2006
Pursuant to 1st Cir. R. 27.0(d)

   In orders dated May 31, 2006 and July 3, 2006, the plaintiffs who did not personally sign the original notice of appeal were each ordered to return a signed notice of appeal to this court. This court still has not received a signed notice of appeal from Carl Odware. If he intends to pursue this appeal, Mr. Odware must file a signed copy of the notice of appeal on or before **January 9, 2007**. The failure to do so may lead to dismissal of his appeal for lack of diligent prosecution. See 1st Cir. R. 3.0(b).

   The court received a brief and appendix signed by appellants Derrick Tyler, Samuel Correa, Robert Brown, Trevor Higgins, Zakariya Bush, Mac Hudson, Tony Gaskins, Jeffrey Hardy, Orrin Simmons, Steve Jacobbe, Carl Odware and Prince Moses on July 10,

2006. The deadline for Mary A. Peters, as administratrix of the estate of Michael T. Keohane, to file a brief and appendix is **January 18, 2007.**

Pursuant to the Prison Litigation Reform Act (PLRA), 28 U.S.C. §1915, prisoners appealing from a civil judgment or order must pay the Clerk of the District Court the full filing fees required for commencing an appeal, even if the District Court granted a motion for in forma pauperis status. Our records indicate that the docket fees for this appeal - a total of $255 - have not been paid to the Clerk of the District Court, as required by Federal Rule of Appellate Procedure 3(e).

If payment has been made, appellants must submit a copy of the receipt, referencing the above docket number, to the Court of Appeals. If payment has not yet been made, the thirteen appellants (Tony B. Gaskins, Robert Brown, Orren Simmons, Zakariya Bush, Steven Jacobbe, Samuel Correa, Trevor Higgins, Prince Moses, Derrick Tyler, Jeffrey Hardy, Mac Hudson, Carl Odware, and Mary A. Peters as administratrix of the estate of Michael T. Keohane) must either jointly pay the full $255 fee or each appellant must individually pay $19.61 to the Clerk of the Massachusetts District Court. If any appellant is unable to prepay his portion of this fee, he may apply under 28 U.S.C.§ 1915 to pay the fee in installments by filing the enclosed Forms 1 and 2 in the Court of Appeals on or before **January 9, 2007.**

Failure by any appellant to pay in full his or her share of the docketing fee to the District Court or to apply for PLRA status by filing Forms 1 and 2 in the Court of Appeals on or before **January 9, 2007** may result in that appellant's appeal being dismissed for want of diligent prosecution. See 1st Cir. R. 3.0(b).

By the Court:

Richard Cushing Donovan, Clerk

By: MARGARET CARTER
    Appeals Attorney.

[Cert. cc: Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: Gaskins, Tyler, Bush, Hudson, Simmons, Hardy, Moses, Brown, Jacobbe, Correa, Higgins, Odware, Rentsch and Ms. Peters]