

# United States Court of Appeals
## For the First Circuit

No. 06-1662
MA DC No. 05-cv-11230
      v. C5-CV-10630

TONY B. GASKINS; DERRICK TYLER; ROBERT BROWN;
MAC HUDSON; ORRIN SIMMONS; JEFFREY HARDY; PRINCE MOSES;
ZAKARIYA BUSH; STEVEN JACOBBE; SAMUEL CORREA;
TREVOR HIGGINS; CARL ODWARE

Plaintiffs - Appellants

------

JOSEPH IRIZARRY; LUIS AYALA, MARY A. PETERS, as administratrix of
the estate of Michael T. Keohane

Plaintiffs

v.

DAVID NOLAN, Superintendent; LISA MITCHELL, DEPUTY
Superintendent; SHERRY ELLIOTT, Director of Treatment; BEVERLY
VEGLAS, Librarian; KATHLEEN DENNEHY; TIMOTHY HALL; JOHN LUONGO

Defendants - Appellees

ORDER OF COURT
Entered:
Pursuant to 1st Cir. R. 27.0(d)

   The appellant, Steven Jacobbe, is a prisoner seeking to appeal in forma pauperis and has applied to proceed without prepayment of the $255 filing fee under the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(a)(2). Appellant has completed and filed a consent form permitting appropriate prison officials to calculate and collect in installments **the portion of $19.61 from the $255** filing fee from appellant's prison trust account in accordance with the terms of 28 U.S.C. §1915(b)(1) and (2).

   1. Pursuant to the consent form signed by the appellant, the custodian of this appellant's inmate trust account is directed to **calculate, collect and forward to the Clerk of the United States**

**District Court for the District of Massachusetts**, as payment for the initial partial filing fee under 28 U.S.C. §1915(b)(1), 20% of the greater of:

      (a) the average monthly deposits to the inmate trust account; or

      (b) the average monthly balance in the inmate trust account, for the 6 months immediately preceding the filing of the notice of appeal on March 30, 2006. That sum should be deducted from appellant's prison account until the initial partial filing fee is paid.

    2. After the initial partial filing fee is paid in full, pursuant to 28 U.S.C. §1915(b)(2) and the consent form executed by appellant, appellant's custodian is directed to calculate and remit each succeeding month on a continuing basis 20% of the preceding month's income credited to appellant's account, but only when the amount in the account exceeds $10, until the full portion of $19.61 of the $255 filing fee is paid. **Each payment shall reference the docket number of this appeal and the district court docket number and be paid to the district court.**

    3. Appellant's custodian shall notify this court and the Clerk of the United States District Court if the appellant is transferred to another institution or released.

    4. A copy of this order shall be sent to appellant's custodian and to the Clerk of the United Stated District Court for the District of Massachusetts. A copy of appellant's authorization shall be sent to the custodian.

                          By the Court:

                          Richard Cushing Donovan, Clerk

                          By:_____
                               Chief Deputy Clerk

[Certified copy to Sarah Thornton, Clerk of the USDC of MA, and Accounting Department, MCI Walpole,
cc: Messrs. Gaskins, Tyler, Hudson, Simmons, Hardy, Moses, Brown, Bush, Jacobbe, Correa, Higgins, Odware, Rentsch]

I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
by /s/ Date: 3/13/07

OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE FIRST CIRCUIT
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057



RE: 06-1662  Gaskins v. Nolan (District Court #05-10630)

To Be Filed By: 1/9/07

**PRISONER TRUST ACCOUNT REPORT**

Name: JACOBBE, STEVE    NUMBER: W-81729

*****************************************************************

TO:    Trust Officer
FROM:  Clerk, U.S. Court of Appeals for the First Circuit

Under the Prisoner Litigation Reform Act, a prisoner appealing a civil judgment must obtain from the trust officer of each institution in which the prisoner was confined during the preceding six months a **certified copy** of the prisoner's trust account statement for the six months prior to filing of the appeal.

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of the due date shown at the top of the form.

DATE OF FILING NOTICE OF APPEAL:    3/30/06

BALANCE at time of filing notice of appeal:    0 personal; 0 savings

AVERAGE MONTHLY DEPOSITS during the six months prior to filing of the notice of appeal:    0 personal; 0 savings

AVERAGE MONTHLY BALANCE during the six months prior to filing of the notice of appeal:    0 personal; 0 savings

I certify that the above information accurately states the deposits and balances in applicant's trust account for the period shown. The attached ledger sheets for the six-month period prior to 3/30/06 are true copies of account records maintained in the ordinary course of business.

DATE:_____

AUTHORIZED SIGNATURE: INMATE ACCOUNTS

NAME AND TITLE:_____
        ADDRESS: MASS. CORR. INST. WALPOLE
                 P.O. BOX 00
                 [illegible]

Form 1

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RE: 06-1662  Gaskins v. Nolan (District Court #05-10630)

To Be Filed By: 1/9/07

2007 JAN -9  P 1: 26

**PRISON LITIGATION REFORM ACT (PLRA) CONSENT FORM:**
CONSENT TO COLLECTION OF FEES FROM INMATE TRUST ACCOUNT

*******************************************************************

I, __STEVE JACOBBE__, #__W-81729__, hereby give my consent that upon entry of a court order approving my application to proceed without prepayment of fees and setting the amount of the initial partial appellate filing fee, the appropriate prison officials shall collect from my prison account and pay to the appropriate district court an initial payment of twenty percent of the greater of:

(a)  the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b)  the average monthly balance in my account for the six-month period immediately preceding the filing of my notice period.

In satisfaction of the balance of the filing fee, I consent for the appropriate prison officials to collect from my account, on a monthly basis, an amount equal to twenty percent of the income credited to my account for the preceding month if the balance in the account for that month exceeds $10. The appropriate officer shall forward the interim payment to the Clerk's Office,
    U.S. District Court of MA
    1 Courthouse Way
    Boston, MA  02210
until such time as the filing fee* is paid in full.

Executed on the __31st__ day of __december__, __2006__.

_____
SIGNATURE OF APPELLANT
__STEVE JACOBBE__
PRINT NAME

Form 2