

# United States Court of Appeals
## For the First Circuit

No. 06-1662
MA DC No. 05-cv-11230
v05-cv-10630

TONY B. GASKINS; DERRICK TYLER; ROBERT BROWN;
MAC HUDSON; ORRIN SIMMONS; JEFFREY HARDY; PRINCE MOSES;
ZAKARIYA BUSH; STEVEN JACOBBE; SAMUEL CORREA;
TREVOR HIGGINS; CARL ODWARE

Plaintiffs - Appellants

------

JOSEPH IRIZARRY; LUIS AYALA, MARY A. PETERS, as administratrix of
the estate of Michael T. Keohane

Plaintiffs

v.

DAVID NOLAN, Superintendent; LISA MITCHELL, DEPUTY
Superintendent; SHERRY ELLIOTT, Director of Treatment; BEVERLY
VEGLAS, Librarian; KATHLEEN DENNEHY; TIMOTHY HALL; JOHN LUONGO

Defendants - Appellees

ORDER OF COURT
Entered:
Pursuant to 1st Cir. R. 27.0(d)

   The appellant, **Orrin Simmons**, is a prisoner seeking to appeal in forma pauperis and has applied to proceed without prepayment of the $255 filing fee under the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(a)(2). Appellant has completed and filed a consent form permitting appropriate prison officials to calculate and collect in installments **his portion of $19.61** of the $255 filing fee from appellant's prison trust account in accordance with the terms of 28 U.S.C. §1915(b)(1) and (2).

   1. Pursuant to the consent form signed by the appellant, the custodian of this appellant's inmate trust account is directed to **calculate, collect and forward to the Clerk of the United States**

**District Court for the District of Massachusetts**, as payment for the initial partial filing fee under 28 U.S.C. §1915(b)(1), 20% of the greater of:
    (a) the average monthly deposits to the inmate trust account; or
    (b) the average monthly balance in the inmate trust account, for the 6 months immediately preceding the filing of the notice of appeal on March 30, 2006. That sum should be deducted from appellant's prison account until the initial partial filing fee is paid.

    2. After the initial partial filing fee is paid in full, pursuant to 28 U.S.C. §1915(b)(2) and the consent form executed by appellant, appellant's custodian is directed to calculate and remit each succeeding month on a continuing basis 20% of the preceding month's income credited to appellant's account, but only when the amount in the account exceeds $10, until the full portion of $19.61 of the $255 filing fee is paid. **Each payment shall reference the docket number of this appeal and the district court docket number and be paid to the district court.**

    3. Appellant's custodian shall notify this court and the Clerk of the United States District Court if the appellant is transferred to another institution or released.

    4. A copy of this order shall be sent to appellant's custodian and to the Clerk of the United Stated District Court for the District of Massachusetts. A copy of appellant's authorization shall be sent to the custodian.

                  By the Court:

                  Richard Cushing Donovan, Clerk

                              MARGARET CARTER
                  By: _____
                         Chief Deputy Clerk

    [Certified copy to Sarah Thornton, Clerk of the USDC of MA, and Accounting Department, MCI Walpole, Messrs. Gaskins, Tyler, Hudson, Simmons, Hardy, Moses, Brown, Bush, Jacobbe, Correa, Higgins, Odware, Rentsch]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 3/13/07

OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE FIRST CIRCUIT
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

2006 DEC 29 A 11: 54

RE: 06-1662  Gaskins v. Nolan (District Court #05-10630)

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

To Be Filed By: 1/9/07

**PRISONER TRUST ACCOUNT REPORT**

Name: ORRIN SIMMONS   NUMBER: W59445 / W64291

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO:     Trust Officer
FROM:   Clerk, U.S. Court of Appeals for the First Circuit

Under the Prisoner Litigation Reform Act, a prisoner appealing a civil judgment must obtain from the trust officer of each institution in which the prisoner was confined during the preceding six months a **certified copy** of the prisoner's trust account statement for the six months prior to filing of the appeal.

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of the due date shown at the top of the form.

DATE OF FILING NOTICE OF APPEAL:   3/30/06

BALANCE at time of filing notice of appeal:   48.17 Personal; 216.83 Savings

AVERAGE MONTHLY DEPOSITS during the six months prior to filing of the notice of appeal:   83.65 personal; 40.71 Savings

AVERAGE MONTHLY BALANCE during the six months prior to filing of the notice of appeal:   29.06 Personal; 48.34 Savings

I certify that the above information accurately states the deposits and balances in applicant's trust account for the period shown. The attached ledger sheets for the six-month period prior to 3/30/06 are true copies of account records maintained in the ordinary course of business.

DATE: _____

AUTHORIZED SIGNATURE: **INMATE ACCOUNTS**

NAME AND TITLE: _____ MASS. CORR. INST. WALPOLE
ADDRESS: _____ P.O. BOX 100
SOUTH WALPOLE, MA 02071

Form 1   ✳ no activity on W59445 during this period —

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RE: 06-1662  Gaskins v. Nolan (District Court #05-10630)

To Be Filed By: 1/9/07

2006 DEC 29 A 11: 54

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

**PRISON LITIGATION REFORM ACT (PLRA) CONSENT FORM:**
**CONSENT TO COLLECTION OF FEES FROM INMATE TRUST ACCOUNT**

*************************************************************

I, ORRIN F. SIMMONS, #W59445/W64291, hereby give my consent that upon entry of a court order approving my application to proceed without prepayment of fees and setting the amount of the initial partial appellate filing fee, the appropriate prison officials shall collect from my prison account and pay to the appropriate district court an initial payment of twenty percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my notice period.

In satisfaction of the balance of the filing fee, I consent for the appropriate prison officials to collect from my account, on a monthly basis, an amount equal to twenty percent of the income credited to my account for the preceding month if the balance in the account for that month exceeds $10. The appropriate officer shall forward the interim payment to the Clerk's Office,
U.S. District Court of MA
1 Courthouse Way
Boston, MA  02210
until such time as the filing fee* is paid in full.

Executed on the 21 day of December, 2006.

_____
SIGNATURE OF APPELLANT

ORRIN SIMMONS
PRINT NAME

Form 2

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20061222 12:00

Page: 1

Commit#: W64291  
Name: SIMMONS, ORRIN,,  
Inst: MCI CEDAR JUNCTION  
Block:  
Cell/Bed: /

MCI CEDAR JUNCTION  
Statement From 20050901  
To 20060228

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period: | $2,505.28 | $2,500.67 | $870.10 | $443.49 |
| 20050909 17:12 | IS - Interest | 5247063 | | SBCC | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5247064 | | SBCC | | $0.00 | $0.00 | $1.76 | $0.00 |
| 20050916 13:04 | ML - Mail | 5294862 | | SBCC | ~janice r | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050916 13:04 | MA - Maintenance and Administration | 5294864 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050923 22:30 | CN - Canteen | 5328850 | | SBCC | ~Canteen Date : 20050923 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20050929 12:33 | EX - External Disbursement | 5353915 | 28155 | SBCC | ~PERSONAL~US DISTRICT COURT 05-CV-10630/11230JLT | $0.00 | $10.00 | $0.00 | $0.00 |
| 20050930 22:30 | CN - Canteen | 5361090 | | SBCC | ~Canteen Date : 20050930 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5430349 | | SBCC | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5430350 | | SBCC | | $0.00 | $0.00 | $1.80 | $0.00 |
| 20051014 22:30 | CN - Canteen | 5450590 | | SBCC | ~Canteen Date : 20051014 | $0.00 | $3.70 | $0.00 | $0.00 |
| 20051018 13:30 | ML - Mail | 5459359 | | SBCC | ~JANICE ROBERTS | $40.00 | $0.00 | $0.00 | $0.00 |
| 20051018 13:30 | MA - Maintenance and Administration | 5459361 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051020 13:01 | EX - External Disbursement | 5476674 | 28464 | SBCC | ~PHOTO CLUB~NISHA LOVE | $0.00 | $30.00 | $0.00 | $0.00 |
| 20051108 17:29 | IS - Interest | 5569914 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20051108 17:29 | IS - Interest | 5569915 | | SBCC | | $0.00 | $0.00 | $1.99 | $0.00 |
| 20051118 22:30 | CN - Canteen | 5646095 | | SBCC | ~Canteen Date : 20051118 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20051125 11:17 | ML - Mail | 5674876 | | SBCC | ~JANICE | $40.00 | $0.00 | $0.00 | $0.00 |
| 20051125 11:17 | MA - Maintenance and Administration | 5674878 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051128 16:18 | EX - External Disbursement | 5678793 | 29084 | SBCC | ~CLUB DUES~REALITY SIMULATIONS INC. | $0.00 | $18.00 | $0.00 | $0.00 |
| 20051202 23:15 | TI - Transfer from Institution | 5710207 | | SBCC | | $0.00 | $23.15 | $0.00 | $0.00 |
| 20051202 23:15 | TI - Transfer from Institution | 5710210 | | CJ | | $0.00 | $0.00 | $432.16 | $0.00 |
| 20051202 23:15 | TI - Transfer from Institution | 5710209 | | SBCC | | $0.00 | $0.00 | $0.00 | $432.16 |
| 20051202 23:15 | TI - Transfer from Institution | 5710208 | | CJ | | $23.15 | $0.00 | $0.00 | $0.00 |
| 20051212 22:30 | CN - Canteen | 5757589 | | CJ | ~Canteen Date : 20051212 | $0.00 | $22.78 | $0.00 | $0.00 |
| 20051214 16:56 | IS - Interest | 5772051 | | CJ | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20051214 16:56 | IS - Interest | 5772052 | | CJ | | $0.00 | $0.00 | $2.04 | $0.00 |
| 20051219 09:36 | ML - Mail | 5807764 | 0839769471 0/M.O. | CJ | ~JANICE ROBERTS | $130.00 | $0.00 | $0.00 | $0.00 |
| 20051219 09:36 | MA - Maintenance and Administration | 5807767 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051228 10:59 | IC - Transfer from Inmate to Club A/c | 5860085 | | CJ | ~SONY HEADPHONES,SENTRY TABLE RADIO,ADAPTER~CANTEEN CORP. WASH ACCOUNT - | $0.00 | $57.24 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20061222 12:00

Page: 2

| Commit# : | W64291 | | | MCI CEDAR JUNCTION | | | |
| Name : | SIMMONS, ORRIN, , | | | Statement From | 20050901 | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20060228 | | |
| Block : | | | | | | | |
| Cell/Bed : | / | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20051230 22:30 | CN - Canteen | 5882120 | | CJ | Z6-CANTEEN CORP. WASH ACCOUNT - Z6 ~Canteen Date : 20051230 | $0.00 | $68.00 | $0.00 | $0.00 |
| 20060109 12:02 | CI - Transfer from Club to Inmate A/c | 5923903 | | CJ | ~CNTN REFUND (12/30 ORDER)~W64291 SIMMONS,ORRIN PERSONAL~KCN WASH ACCOUNT - Z5 | $68.00 | $0.00 | $0.00 | $0.00 |
| 20060109 22:30 | CN - Canteen | 5926305 | | CJ | ~Canteen Date : 20060109 | $0.00 | $4.11 | $0.00 | $0.00 |
| 20060116 22:30 | CN - Canteen | 5958711 | | CJ | ~Canteen Date : 20060116 | $0.00 | $5.69 | $0.00 | $0.00 |
| 20060118 22:30 | CN - Canteen | 5972502 | | CJ | ~Canteen Date : 20060118 | $0.00 | $5.49 | $0.00 | $0.00 |
| 20060119 16:39 | IS - Interest | 5985753 | | CJ | | $0.26 | $0.00 | $0.00 | $0.00 |
| 20060119 16:39 | IS - Interest | 5985754 | | CJ | | $0.00 | $0.00 | $2.23 | $0.00 |
| 20060123 22:30 | CN - Canteen | 6009472 | | CJ | ~Canteen Date : 20060123 | $0.00 | $35.13 | $0.00 | $0.00 |
| 20060130 08:54 | ML - Mail | 6038707 | | CJ | ~E.B. SIMMONS | $25.00 | $0.00 | $0.00 | $0.00 |
| 20060130 08:54 | MA - Maintenance and Administration | 6038709 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060130 08:55 | ML - Mail | 6038722 | | CJ | ~JANICE ROBERTS | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060130 22:30 | CN - Canteen | 6042719 | | CJ | ~Canteen Date : 20060130 | $0.00 | $18.99 | $0.00 | $0.00 |
| 20060207 10:37 | EX - External Disbursement | 6086000 | 37328 | CJ | ~KIMBERLY WHEELER | $0.00 | $45.00 | $0.00 | $0.00 |
| 20060207 10:37 | MA - Maintenance and Administration | 6086002 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060207 11:45 | VC - Voided Check | 6086504 | 37328 | CJ | ~KIMBERLY WHEELER | $45.00 | $0.00 | $0.00 | $0.00 |
| 20060208 09:19 | EX - External Disbursement | 6092090 | 37356 | CJ | ~LULA ALLEN | $0.00 | $20.00 | $0.00 | $0.00 |
| 20060216 16:54 | IS - Interest | 6147156 | | CJ | | $0.20 | $0.00 | $0.00 | $0.00 |
| 20060216 16:54 | IS - Interest | 6147157 | | CJ | | $0.00 | $0.00 | $2.30 | $0.00 |
| 20060227 09:00 | ML - Mail | 6200475 | | CJ | ~JANICE ROBERTS | $40.00 | $0.00 | $0.00 | $0.00 |
| 20060227 22:31 | CN - Canteen | 6204051 | | CJ | ~Canteen Date : 20060227 | $0.00 | $39.91 | $0.00 | $0.00 |
| | | | | | | $501.90 | $450.19 | $444.28 | $432.16 |

Balance as of ending date :   Personal $56.32   Savings $438.73

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |