

# United States Court of Appeals
## For the First Circuit

No. 06-1662
DC No. 05-cv-11230
    05 cv-10630

TONY B. GASKINS; DERRICK TYLER; ROBERT BROWN;
MAC HUDSON; ORRIN SIMMONS; JEFFREY HARDY; PRINCE MOSES;
ZAKARIYA BUSH; STEVEN JACOBBE; SAMUEL CORREA;
TREVOR HIGGINS; CARL ODWARE
Plaintiffs - Appellants

------

JOSEPH IRIZARRY; LUIS AYALA, MARY A. PETERS, as administratrix of
the estate of Michael T. Keohane
Plaintiffs

v.

DAVID NOLAN, Superintendent; LISA MITCHELL, DEPUTY
Superintendent; SHERRY ELLIOTT, Director of Treatment; BEVERLY
VEGLAS, Librarian; KATHLEEN DENNEHY; TIMOTHY HALL; JOHN LUONGO
Defendants - Appellees

ORDER OF COURT
Entered: March 13, 2007
Pursuant to 1st Cir. R. 27.0(d)

The appellant, **Tony B. Gaskins**, is a prisoner seeking to appeal in forma pauperis and has applied to proceed without prepayment of the $255 filing fee under the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(a)(2). Appellant has completed and filed a consent form permitting appropriate prison officials to calculate and collect in installments his portion of $19.61 of the $255 filing fee from appellant's prison trust account in accordance with the terms of 28 U.S.C. §1915(b)(1) and (2).

1. Pursuant to the consent form signed by the appellant, the custodian of this appellant's inmate trust account is directed to **calculate, collect and forward to the Clerk of the United States**

**District Court for the District of Massachusetts,** as payment for the initial partial filing fee under 28 U.S.C. §1915(b)(1), 20% of the greater of:
      (a) the average monthly deposits to the inmate trust account; or
      (b) the average monthly balance in the inmate trust account, for the 6 months immediately preceding the filing of the notice of appeal on **March 30, 2006.** That sum should be deducted from appellant's prison account until the initial partial filing fee is paid.

    2. After the initial partial filing fee is paid in full, pursuant to 28 U.S.C. §1915(b)(2) and the consent form executed by appellant, appellant's custodian is directed to calculate and remit each succeeding month on a continuing basis 20% of the preceding month's income credited to appellant's account, but only when the amount in the account exceeds $10, until the full portion of $19.61 of the $255 filing fee is paid. **Each payment shall reference the docket number of this appeal and the district court docket number and be paid to the district court.**

    3. Appellant's custodian shall notify this court and the Clerk of the United States District Court if the appellant is transferred to another institution or released.

    4. A copy of this order shall be sent to appellant's custodian and to the Clerk of the United Stated District Court for the District of Massachusetts. A copy of appellant's authorization shall be sent to the custodian.

                              By the Court:

                              Richard Cushing Donovan, Clerk

                              MARGARET CARTER

                              By: _____
                                  Chief Deputy Clerk

[Certified copy to Sarah Thornton, Clerk of the USDC of MA, and Accounting Department, MCI Cedar Juncion,
cc: Messrs. Gaskins, Tyler, Hudson, Simmons, Hardy, Moses, Brown, Bush, Jacobbe, Correa, Higgins, Odware, Rentsch]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By _____ Date 3/12/07

OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE FIRST CIRCUIT
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

2006 DEC 27  A 11: 49

RE: 06-1662  Gaskins v. Nolan (District Court #05-10630)

To Be Filed By: 1/9/07

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

**PRISONER TRUST ACCOUNT REPORT**

Name: _Tony Gaskins_   NUMBER: _W52145_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO:    Trust Officer
FROM:  Clerk, U.S. Court of Appeals for the First Circuit

Under the Prisoner Litigation Reform Act, a prisoner appealing a civil judgment must obtain from the trust officer of each institution in which the prisoner was confined during the preceding six months a **certified copy** of the prisoner's trust account statement for the six months prior to filing of the appeal.

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of the due date shown at the top of the form.

DATE OF FILING NOTICE OF APPEAL:  3/30/06

BALANCE at time of filing notice of appeal:  _$2.27_

AVERAGE MONTHLY DEPOSITS during the six months prior to filing of the notice of appeal:  _-0-_

AVERAGE MONTHLY BALANCE during the six months prior to filing of the notice of appeal:  _$20.00_

I certify that the above information accurately states the deposits and balances in applicant's trust account for the period shown. The attached ledger sheets for the six-month period prior to 3/30/06 are true copies of account records maintained in the ordinary course of business.

DATE: _12/20/06_

AUTHORIZED SIGNATURE: _Tony Gaskins_

NAME AND TITLE: _Tony Gaskins, Pro se (Plaintiff/Appellant)_
ADDRESS: _MCI-Cedar Junction_
_P.O. Box 100_
_So. Walpole, Ma. 02071_

Form 1

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RE: 06-1662   Gaskins v. Nolan (District Court #05-10630)

To Be Filed By: 1/9/07

2006 DEC 27  A 11: 50

**PRISON LITIGATION REFORM ACT (PLRA) CONSENT FORM:**
CONSENT TO COLLECTION OF FEES FROM INMATE TRUST ACCOUNT
FOR THE FIRST CIRCUIT

*************************************************************

I, _Tony Gaskins_, #_W52145_, hereby give my consent that upon entry of a court order approving my application to proceed without prepayment of fees and setting the amount of the initial partial appellate filing fee, the appropriate prison officials shall collect from my prison account and pay to the appropriate district court an initial payment of twenty percent of the greater of:

(a)   the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b)   the average monthly balance in my account for the six-month period immediately preceding the filing of my notice period.

In satisfaction of the balance of the filing fee, I consent for the appropriate prison officials to collect from my account, on a monthly basis, an amount equal to twenty percent of the income credited to my account for the preceding month if the balance in the account for that month exceeds $10. The appropriate officer shall forward the interim payment to the Clerk's Office,
U.S. District Court of MA
1 Courthouse Way
Boston, MA  02210
until such time as the filing fee* is paid in full.

Executed on the _20th_ day of _December_, _2006_.

_Tony Gaskins_
SIGNATURE OF APPELLANT

_Tony Gaskins_
PRINT NAME

Form 2

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20060920 09:49**

| | | | | Page : 2 |
|---|---|---|---|---|
| Commit# : | W52145 | | MCI CEDAR JUNCTION | |
| Name : | GASKINS, TONY, , | Statement From | 20060101 | |
| Inst : | MCI CEDAR JUNCTION | To | 20060920 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | |
| Cell/Bed : | 186 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060303 14:50 | EX - External Disbursement | 6251516 | 37680 | CJ | ~DEPOSIT~TD BANKNORTH | $0.00 | $75.00 | $0.00 | $0.00 |
| 20060303 14:50 | MA - Maintenance and Administration | 6251518 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060321 10:54 | IC - Transfer from Inmate to Club A/c | 6337432 | | CJ | ~POSTAGE (LEGAL MAIL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.87 | $0.00 | $0.00 |
| 20060321 11:00 | IC - Transfer from Inmate to Club A/c | 6337513 | | CJ | ~POSTAGE (U.S. DISTRICT COURT)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060321 11:01 | IC - Transfer from Inmate to Club A/c | 6337516 | | CJ | ~POSTAGE (DAVID RENTSCH, ESQ)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060321 11:01 | IC - Transfer from Inmate to Club A/c | 6337519 | | CJ | ~POSTAGE (LEGAL MAIL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060321 11:01 | IC - Transfer from Inmate to Club A/c | 6337522 | | CJ | ~POSTAOE (JOHN BARTER, ESQ)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060327 11:56 | IC - Transfer from Inmate to Club A/c | 6365373 | | CJ | ~POSTAGE (LEGAL MAIL TO DERICK TYLER)~POSTAGE - Z11~POSTAOE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060327 11:56 | IC - Transfer from Inmate to Club A/c | 6365377 | | CJ | ~POSTAGE (LEGAL MAIL TO MACARTHUR DENSON)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060327 11:57 | IC - Transfer from Inmate to Club A/c | 6365378 | | CJ | ~POSTAGE (2 ENV)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.78 | $0.00 | $0.00 |
| 20060404 14:09 | IC - Transfer from Inmate to Club A/c | 6407488 | | CJ | ~POSTAGE (LEGAL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060406 16:49 | IS - Interest | 6434161 | | CJ | | $0.20 | $0.00 | $0.00 | $0.00 |
| 20060410 22:30 | CN - Canteen | 6460667 | | CJ | ~Canteen Date : 20060410 | $0.00 | $3.90 | $0.00 | $0.00 |
| 20060424 22:30 | CN - Canteen | 6529278 | | CJ | ~Canteen Date : 20060424 | $0.00 | $3.90 | $0.00 | $0.00 |
| 20060425 11:35 | IC - Transfer from Inmate to Club A/c | 6532329 | | CJ | ~POSTAGE (SUFF.SUP.CRT)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060425 11:35 | IC - Transfer from Inmate to Club A/c | 6532331 | | CJ | ~POSTAGE (LEGAL MAIL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060425 11:36 | IC - Transfer from Inmate to Club A/c | 6532332 | | CJ | ~POSTAGE (LEOAL MAIL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060425 11:36 | IC - Transfer from Inmate to Club A/c | 6532334 | | CJ | ~POSTAGE (LEGAL MAIL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060425 11:36 | IC - Transfer from Inmate to Club A/c | 6532335 | | CJ | ~POSTAGE (LEGAL MAIL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060504 16:50 | IS - Interest | 6594856 | | CJ | | $0.14 | $0.00 | $0.00 | $0.00 |
| 20060515 22:30 | CN - Canteen | 6657575 | | CJ | ~Canteen Date : 20060515 | $0.00 | $3.90 | $0.00 | $0.00 |
| 20060518 11:47 | IC - Transfer from Inmate to Club A/c | 6679840 | | CJ | ~POSTAGE (JOHN BARKER, ESQ.)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060522 22:30 | CN - Canteen | 6691763 | | CJ | ~Canteen Date : 20060522 | $0.00 | $0.40 | $0.00 | $0.00 |
| 20060526 22:30 | CN - Canteen | 6722145 | | CJ | ~Canteen Date : 20060526 | $0.00 | $7.80 | $0.00 | $0.00 |
| 20060531 12:30 | IC - Transfer from Inmate to Club A/c | 6730914 | | CJ | ~POSTAGE (JOHN BARTER, ESQ)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

Date : 20060920 09:49

| | | | | | | Page : | 3 |

Commit# : W52145     MCI CEDAR JUNCTION

Name : GASKINS, TONY, .     Statement From 20060101

Inst : MCI CEDAR JUNCTION     To 20060920

Block : DEPARTMENT DISCIPLINARY UNIT

Cell/Bed : 186 /A

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060531 12:31 | IC - Transfer from Inmate to Club A/c | 6730918 | | CJ | ~POSTAGE (MCLS)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060531 12:31 | IC - Transfer from Inmate to Club A/c | 6730919 | | CJ | ~POSTAGE (PATRICIA GARIN, ESQ)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060531 12:34 | IC - Transfer from Inmate to Club A/c | 6730934 | | CJ | ~POSTAGE (2 LEGAL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.74 | $0.00 | $0.00 |
| 20060602 09:41 | ML - Mail | 6749989 | | CJ | ~KATRINA GASKINS | $20.00 | $0.00 | $0.00 | $0.00 |
| 20060602 09:41 | MA - Maintenance and Administration | 6749991 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060605 22:30 | CN - Canteen | 6760019 | | CJ | ~Canteen Date : 20060605 | $0.00 | $7.80 | $0.00 | $0.00 |
| 20060606 08:52 | IC - Transfer from Inmate to Club A/c | 6763089 | | CJ | ~POSTAGE (2 LEGAL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060606 17:01 | IS - Interest | 6769818 | | CJ | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20060612 22:30 | CN - Canteen | 6815734 | | CJ | ~Canteen Date : 20060612 | $0.00 | $7.80 | $0.00 | $0.00 |
| 20060622 09:33 | IC - Transfer from Inmate to Club A/c | 6872218 | | CJ | ~20% OF $20 INCOME RECEIVED 6/2/06 - CFF #05-10858~FILING FEE HOLDING ACCOUNT - Z177~FILING FEE HOLDING ACCOUNT - Z177 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20060711 16:47 | IS - Interest | 6967226 | | CJ | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20060801 16:44 | IS - Interest | 7084495 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20060905 16:52 | IS - Interest | 7274065 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| | | | | | | $421.66 | $431.60 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $2.35 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $2.35 | $0.00 | $7.08 | $0.00 | $4.77 | $0.00 |