

# United States Court of Appeals
## For the First Circuit

No. 06-1662
MA DC No. 05-cv-11230
       05-CV-10630

TONY B. GASKINS; DERRICK TYLER; ROBERT BROWN;
MAC HUDSON; ORRIN SIMMONS; JEFFREY HARDY; PRINCE MOSES;
ZAKARIYA BUSH; STEVEN JACOBBE; SAMUEL CORREA;
TREVOR HIGGINS; CARL ODWARE
Plaintiffs - Appellants

------

JOSEPH IRIZARRY; LUIS AYALA, MARY A. PETERS, as administratrix of
the estate of Michael T. Keohane
Plaintiffs

v.

DAVID NOLAN, Superintendent; LISA MITCHELL, DEPUTY
Superintendent; SHERRY ELLIOTT, Director of Treatment; BEVERLY
VEGLAS, Librarian; KATHLEEN DENNEHY; TIMOTHY HALL; JOHN LUONGO
Defendants - Appellees

ORDER OF COURT
Entered:
Pursuant to 1st Cir. R. 27.0(d)

   The appellant, **Trevor Higgins**, is a prisoner seeking to appeal in forma pauperis and has applied to proceed without prepayment of the $255 filing fee under the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(a)(2). Appellant has completed and filed a consent form permitting appropriate prison officials to calculate and collect in installments his portion of $19.61 from the $255 filing fee from appellant's prison trust account in accordance with the terms of 28 U.S.C. §1915(b)(1) and (2).

   1. Pursuant to the consent form signed by the appellant, the custodian of this appellant's inmate trust account is directed to **calculate, collect and forward to the Clerk of the United States**

**District Court for the District of Massachusetts,** as payment for the initial partial filing fee under 28 U.S.C. §1915(b)(1), 20% of the greater of:
      (a) the average monthly deposits to the inmate trust account; or
      (b) the average monthly balance in the inmate trust account, for the 6 months immediately preceding the filing of the notice of appeal on March 30, 2006. That sum should be deducted from appellant's prison account until the initial partial filing fee is paid.

    2. After the initial partial filing fee is paid in full, pursuant to 28 U.S.C. §1915(b)(2) and the consent form executed by appellant, appellant's custodian is directed to calculate and remit each succeeding month on a continuing basis 20% of the preceding month's income credited to appellant's account, but only when the amount in the account exceeds $10, until the full portion of $19.61 of the $255 filing fee is paid. **Each payment shall reference the docket number of this appeal and the district court docket number and be paid to the district court.**

    3. Appellant's custodian shall notify this court and the Clerk of the United States District Court if the appellant is transferred to another institution or released.

    4. A copy of this order shall be sent to appellant's custodian and to the Clerk of the United Stated District Court for the District of Massachusetts. A copy of appellant's authorization shall be sent to the custodian.

                      By the Court:

                      Richard Cushing Donovan, Clerk

                            MARGARET CARTER
                By:_____
                      Chief Deputy Clerk

[Certified copy to Sarah Thornton, Clerk of the USDC of MA, and Accounting Department, MCI Walpole, and copies to Gaskins, Tyler, Hudson, Simmons, Hardy, Moses, Brown, Jacobbe, Correa, Higgins, Odware, Rentsch]

CERTIFIED COPY
I CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
CIRCUIT COURT OF APPEALS
BOSTON, MA
/s/ [signature]  Date: 3/13/07

OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE FIRST CIRCUIT
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057



RE: 06-1662 Gaskins v. Nolan (District Court #05-10630)

To Be Filed By: 1/9/07

*2007 JAN -8 P 1:15*
*FILED IN THE*
*US ATTORNEY'S OFFICE*
*FOR THE APPEALS*
*FIRST CIRCUIT*

**PRISONER TRUST ACCOUNT REPORT**

Name: _Trevor Higgins_    NUMBER: _06-1662_

**********************************************************

TO:     Trust Officer
FROM:   Clerk, U.S. Court of Appeals for the First Circuit

Under the Prisoner Litigation Reform Act, a prisoner appealing a civil judgment must obtain from the trust officer of each institution in which the prisoner was confined during the preceding six months a **certified copy** of the prisoner's trust account statement for the six months prior to filing of the appeal.

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of the due date shown at the top of the form.

DATE OF FILING NOTICE OF APPEAL:    3/30/06

BALANCE at time of filing notice of appeal:    _36.58_

AVERAGE MONTHLY DEPOSITS during the six
months prior to filing of the notice of
appeal:    _226.48_

AVERAGE MONTHLY BALANCE during the six
months prior to filing of the notice of
appeal:    _226.48_

I certify that the above information accurately states the deposits and balances in applicant's trust account for the period shown. The attached ledger sheets for the six-month period prior to 3/30/06 are true copies of account records maintained in the ordinary course of business.

DATE: _1-2-06_

AUTHORIZED SIGNATURE: _Trevor Higgins_

NAME AND TITLE: _Trevor Higgins_
ADDRESS: _P.O. Box 100 So. Walpole_
         _MASS 02071_

_I have a 3d grade education_

Form 1

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

Date: 20061226 08:22

Page: 1

| Commit# : | W62661 | | | MCI CEDAR JUNCTION | | | | | |
| Name : | HIGGINS, TREVOR. . | | | Statement From | 20050801 | | | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20060831 | | | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | | | | |
| Cell/Bed : | 235 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $1,134.14 | $1,019.66 | $635.20 | $317.60 |
| 20050803 16:51 | IS - Interest | 5039742 | | SBCC | | $0.51 | $0.00 | $0.00 | $0.00 |
| 20050803 16:51 | IS - Interest | 5039743 | | SBCC | | $0.00 | $0.00 | $1.26 | $0.00 |
| 20050804 11:06 | CI - Transfer from Club to Inmate A/c | 5064718 | | SBCC | ~canteen refund 7/29-W62661 HIGGINS,TREVOR PERSONAL-KCN WASH ACCOUNT - Z5 | $14.13 | $0.00 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5247482 | | SBCC | | $0.52 | $0.00 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5247483 | | SBCC | | $0.00 | $0.00 | $1.32 | $0.00 |
| 20050914 11:45 | EX - External Disbursement | 5276918 | 27885 | SBCC | ~CLOTHES FOR CHILDREN-BARBARA JARRETT | $0.00 | $100.00 | $0.00 | $0.00 |
| 20050914 11:45 | MA - Maintenance and Administration | 5276920 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050921 23:15 | TI - Transfer from Institution | 5317213 | | SBCC | | $0.00 | $28.64 | $0.00 | $0.00 |
| 20050921 23:15 | TI - Transfer from Institution | 5317214 | | CJ | | $28.64 | $0.00 | $0.00 | $0.00 |
| 20050921 23:15 | TI - Transfer from Institution | 5317216 | | CJ | | $0.00 | $0.00 | $320.18 | $0.00 |
| 20050921 23:15 | TI - Transfer from Institution | 5317215 | | SBCC | | $0.00 | $0.00 | $0.00 | $320.18 |
| 20050926 22:30 | CN - Canteen | 5333609 | | CJ | ~Canteen Date : 20050926 | $0.00 | $28.64 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5430768 | | CJ | | $0.28 | $0.00 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5430769 | | CJ | | $0.00 | $0.00 | $1.34 | $0.00 |
| 20051018 08:32 | ML - Mail | 5457486 | 08882098558/M.O. | CJ | ~JERRY JONES | $100.00 | $0.00 | $0.00 | $0.00 |
| 20051018 08:32 | MA - Maintenance and Administration | 5457489 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051101 22:30 | CN - Canteen | 5533002 | | CJ | ~Canteen Date : 20051101 | $0.00 | $38.50 | $0.00 | $0.00 |
| 20051107 22:30 | CN - Canteen | 5562595 | | CJ | ~Canteen Date : 20051107 | $0.00 | $20.43 | $0.00 | $0.00 |
| 20051108 17:29 | IS - Interest | 5570334 | | CJ | | $0.20 | $0.00 | $0.00 | $0.00 |
| 20051108 17:29 | IS - Interest | 5570335 | | CJ | | $0.00 | $0.00 | $1.48 | $0.00 |
| 20051128 10:35 | IC - Transfer from Inmate to Club A/c | 5677126 | | CJ | ~POSTAGE PER PROPERTY (HEADPHONES)-POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20051128 22:30 | CN - Canteen | 5680607 | | CJ | ~Canteen Date : 20051128 | $0.00 | $15.81 | $0.00 | $0.00 |
| 20051205 22:30 | CN - Canteen | 5718284 | | CJ | ~Canteen Date : 20051205 | $0.00 | $9.27 | $0.00 | $0.00 |
| 20051212 22:30 | CN - Canteen | 5757559 | | CJ | ~Canteen Date : 20051212 | $0.00 | $3.82 | $0.00 | $0.00 |
| 20051214 16:57 | IS - Interest | 5772463 | | CJ | | $0.19 | $0.00 | $0.00 | $0.00 |
| 20051214 16:57 | IS - Interest | 5772464 | | CJ | | $0.00 | $0.00 | $1.53 | $0.00 |
| 20051214 23:32 | PY - Payroll | 5795296 | | CJ | ~20051127 To 20051203 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20051214 23:32 | PY - Payroll | 5795297 | | CJ | ~20051127 To 20051203 | $0.00 | $0.00 | $3.00 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
Inmate Transaction Report

Date : 20061226 08:22

Page : 4

| Commit# : | W62661 | | | MCI CEDAR JUNCTION | | | | |
| Name : | HIGGINS, TREVOR, , | | | Statement From | 20050801 | | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20060831 | | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | | | |
| Cell/Bed : | 235 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060412 23:37 | PY - Payroll | 6481398 | | CJ | ~20060326 To 20060401 | $4.00 | $0.00 | $0.00 | $0.00 |
| 20060412 23:37 | PY - Payroll | 6481399 | | CJ | ~20060326 To 20060401 | $0.00 | $0.00 | $4.00 | $0.00 |
| 20060419 23:33 | PY - Payroll | 6515280 | | CJ | ~20060402 To 20060408 | $4.00 | $0.00 | $0.00 | $0.00 |
| 20060419 23:33 | PY - Payroll | 6515281 | | CJ | ~20060402 To 20060408 | $0.00 | $0.00 | $4.00 | $0.00 |
| 20060424 22:30 | CN - Canteen | 6529364 | | CJ | ~Canteen Date : 20060424 | $0.00 | $18.25 | $0.00 | $0.00 |
| 20060425 09:31 | EX - External Disbursement | 6531731 | 38514 | CJ | ~EDWARD R. HAMILTON | $0.00 | $22.35 | $0.00 | $0.00 |
| 20060425 09:31 | MA - Maintenance and Administration | 6531733 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060426 10:07 | EX - External Disbursement | 6538023 | 38538 | CJ | ~RANDOM HOUSE INC. | $0.00 | $17.55 | $0.00 | $0.00 |
| 20060426 23:41 | PY - Payroll | 6548786 | | CJ | ~20060409 To 20060415 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20060426 23:41 | PY - Payroll | 6548787 | | CJ | ~20060409 To 20060415 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20060428 14:59 | CI - Transfer from Club to Inmate A/c | 6556346 | | CJ | ~CTN CREDIT 4/24/06 ORDER-W62661 HIGGINS,TREVOR PERSONAL-KCN WASH ACCOUNT - Z5 | $18.25 | $0.00 | $0.00 | $0.00 |
| 20060501 09:26 | ML - Mail | 6559438 | | CJ | ~CAVLITO MACKAVELI | $20.25 | $0.00 | $0.00 | $0.00 |
| 20060501 09:26 | MA - Maintenance and Administration | 6559440 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060503 23:37 | PY - Payroll | 6587542 | | CJ | ~20060416 To 20060422 | $4.00 | $0.00 | $0.00 | $0.00 |
| 20060503 23:37 | PY - Payroll | 6587543 | | CJ | ~20060416 To 20060422 | $0.00 | $0.00 | $4.00 | $0.00 |
| 20060504 16:50 | IS - Interest | 6593532 | | CJ | | $0.39 | $0.00 | $0.00 | $0.00 |
| 20060504 16:50 | IS - Interest | 6593533 | | CJ | | $0.00 | $0.00 | $2.38 | $0.00 |
| 20060508 22:30 | CN - Canteen | 6621272 | | CJ | ~Canteen Date : 20060508 | $0.00 | $7.84 | $0.00 | $0.00 |
| 20060510 23:40 | PY - Payroll | 6643665 | | CJ | ~20060423 To 20060429 | $4.00 | $0.00 | $0.00 | $0.00 |
| 20060510 23:40 | PY - Payroll | 6643666 | | CJ | ~20060423 To 20060429 | $0.00 | $0.00 | $4.00 | $0.00 |
| 20060515 22:30 | CN - Canteen | 6657653 | | CJ | ~Canteen Date : 20060515 | $0.00 | $14.36 | $0.00 | $0.00 |
| 20060517 23:41 | PY - Payroll | 6677765 | | CJ | ~20060430 To 20060506 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20060517 23:41 | PY - Payroll | 6677766 | | CJ | ~20060430 To 20060506 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20060524 23:35 | PY - Payroll | 6711261 | | CJ | ~20060507 To 20060513 | $2.00 | $0.00 | $0.00 | $0.00 |
| 20060524 23:35 | PY - Payroll | 6711262 | | CJ | ~20060507 To 20060513 | $0.00 | $0.00 | $2.00 | $0.00 |
| 20060530 09:56 | ML - Mail | 6724315 | | CJ | ~CHRIS HIGGINS | $30.00 | $0.00 | $0.00 | $0.00 |
| 20060531 23:38 | PY - Payroll | 6741016 | | CJ | ~20060514 To 20060520 | $2.00 | $0.00 | $0.00 | $0.00 |
| 20060531 23:38 | PY - Payroll | 6741017 | | CJ | ~20060514 To 20060520 | $0.00 | $0.00 | $2.00 | $0.00 |
| 20060606 17:00 | IS - Interest | 6768517 | | CJ | | $0.38 | $0.00 | $0.00 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**Inmate Transaction Report**

Date : 20061226 08:22

Page : 5

| | | | |
|---|---|---|---|
| Commit# : | W62661 | MCI CEDAR JUNCTION | |
| Name : | HIGGINS, TREVOR., | Statement From | 20050801 |
| Inst : | MCI CEDAR JUNCTION | To | 20060831 |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | |
| Cell/Bed : | 235 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060606 17:00 | IS - Interest | 6768518 | | CJ | | $0.00 | $0.00 | $2.65 | $0.00 |
| 20060607 10:07 | EX - External Disbursement | 6787466 | 38978 | CJ | ~A & B DISTRIBUTORS INC. | $0.00 | $15.90 | $0.00 | $0.00 |
| 20060607 10:07 | MA - Maintenance and Administration | 6787468 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060607 23:37 | PY - Payroll | 6798587 | | CJ | ~20060521 To 20060527 | $4.00 | $0.00 | $0.00 | $0.00 |
| 20060607 23:37 | PY - Payroll | 6798588 | | CJ | ~20060521 To 20060527 | $0.00 | $0.00 | $4.00 | $0.00 |
| 20060612 22:30 | CN - Canteen | 6815808 | | CJ | ~Canteen Date : 20060612 | $0.00 | $2.08 | $0.00 | $0.00 |
| 20060614 08:54 | TI - Transfer from Institution | 6824557 | | CJ | | $0.00 | $76.36 | $0.00 | $0.00 |
| 20060614 08:54 | TI - Transfer from Institution | 6824558 | | NOR | | $76.36 | $0.00 | $0.00 | $0.00 |
| 20060614 08:54 | TI - Transfer from Institution | 6824559 | | CJ | | $0.00 | $0.00 | $0.00 | $450.16 |
| 20060614 08:54 | TI - Transfer from Institution | 6824560 | | NOR | | $0.00 | $0.00 | $450.16 | $0.00 |
| 20060614 23:38 | PY - Payroll | 6836103 | | CJ | ~20060528 To 20060603 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20060614 23:38 | TI - Transfer from Institution | 6836104 | | CJ | ~Associate Receipt Number is 6836103 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20060614 23:38 | TI - Transfer from Institution | 6836106 | | CJ | ~Associate Receipt Number is 6836103 | $0.00 | $0.00 | $0.00 | $3.00 |
| 20060614 23:38 | TI - Transfer from Institution | 6836107 | | NOR | ~Associate Receipt Number is 6836103 | $0.00 | $0.00 | $3.00 | $0.00 |
| 20060614 23:38 | PY - Payroll | 6836108 | | CJ | ~20060528 To 20060603 | $0.00 | $0.00 | $3.00 | $0.00 |
| 20060614 23:38 | TI - Transfer from Institution | 6836105 | | NOR | ~Associate Receipt Number is 6836103 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20060621 23:40 | PY - Payroll | 6870591 | | CJ | ~20060604 To 20060610 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20060621 23:40 | TI - Transfer from Institution | 6870592 | | CJ | ~Associate Receipt Number is 6870591 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20060621 23:40 | PY - Payroll | 6870596 | | CJ | ~20060604 To 20060610 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20060621 23:40 | TI - Transfer from Institution | 6870595 | | NOR | ~Associate Receipt Number is 6870591 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20060621 23:40 | TI - Transfer from Institution | 6870594 | | CJ | ~Associate Receipt Number is 6870591 | $0.00 | $0.00 | $0.00 | $5.00 |
| 20060621 23:40 | TI - Transfer from Institution | 6870593 | | NOR | ~Associate Receipt Number is 6870591 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20060622 09:04 | ML - Mail | 6872069 | 1258 | CJ | ~YEELAY TARKPOR | $15.00 | $0.00 | $0.00 | $0.00 |
| 20060622 09:04 | TI - Transfer from Institution | 6872071 | | CJ | ~Associate Receipt Number is 6872069 | $0.00 | $15.00 | $0.00 | $0.00 |
| 20060622 09:04 | TI - Transfer from Institution | 6872072 | | NOR | ~Associate Receipt Number is 6872069 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20060622 22:30 | CN - Canteen | 6876285 | | NOR | ~Canteen Date : 20060622 | $0.00 | $16.31 | $0.00 | $0.00 |
| 20060629 22:30 | CN - Canteen | 6908258 | | NOR | ~Canteen Date : 20060629 | $0.00 | $3.48 | $0.00 | $0.00 |
| 20060706 22:30 | CN - Canteen | 6945356 | | NOR | ~Canteen Date : 20060706 | $0.00 | $1.41 | $0.00 | $0.00 |
| 20060711 16:47 | IS - Interest | 6965948 | | NOR | | $0.50 | $0.00 | $0.00 | $0.00 |
| 20060711 16:47 | IS - Interest | 6965949 | | NOR | | $0.00 | $0.00 | $2.76 | $0.00 |
| 20060712 23:15 | TI - Transfer from Institution | 6990183 | | NOR | | $0.00 | $78.66 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20061226 08:22

| | | | | | | Page : 3 |
|---|---|---|---|---|---|---|
| Commit# : | W62661 | | | MCI CEDAR JUNCTION | | |
| Name : | HIGGINS, TREVOR, , | | Statement From | 20050801 | | |
| Inst : | MCI CEDAR JUNCTION | | To | 20060831 | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | |
| Cell/Bed : | 235 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060213 22:30 | CN - Canteen | 6120404 | | CJ | ~Canteen Date : 20060213 | $0.00 | $13.18 | $0.00 | $0.00 |
| 20060215 08:45 | CI - Transfer from Club to Inmate A/c | 6129956 | | CJ | ~CNTN REFUND (12/19 ORDER)~W62661 HIGGINS,TREVOR PERSONAL~KCN WASH ACCOUNT - Z5 | $10.04 | $0.00 | $0.00 | $0.00 |
| 20060215 23:38 | PY - Payroll | 6141608 | | CJ | ~20060129 To 20060204 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20060215 23:38 | PY - Payroll | 6141609 | | CJ | ~20060129 To 20060204 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20060216 16:54 | IS - Interest | 6147559 | | CJ | | $0.41 | $0.00 | $0.00 | $0.00 |
| 20060216 16:54 | IS - Interest | 6147560 | | CJ | | $0.00 | $0.00 | $1.85 | $0.00 |
| 20060220 22:30 | CN - Canteen | 6169549 | | CJ | ~Canteen Date : 20060220 | $0.00 | $16.86 | $0.00 | $0.00 |
| 20060222 23:37 | PY - Payroll | 6186815 | | CJ | ~20060205 To 20060211 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20060222 23:37 | PY - Payroll | 6186816 | | CJ | ~20060205 To 20060211 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20060223 09:25 | CI - Transfer from Club to Inmate A/c | 6191128 | | CJ | ~CNTN REFUND (2/21 ORDER)~W62661 HIGGINS,TREVOR PERSONAL~KCN WASH ACCOUNT - Z5 | $16.86 | $0.00 | $0.00 | $0.00 |
| 20060301 16:55 | IS - Interest | 6218673 | | CJ | | $0.30 | $0.00 | $0.00 | $0.00 |
| 20060301 16:55 | IS - Interest | 6218674 | | CJ | | $0.00 | $0.00 | $1.85 | $0.00 |
| 20060301 23:32 | PY - Payroll | 6241578 | | CJ | ~20060212 To 20060218 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20060301 23:32 | PY - Payroll | 6241579 | | CJ | ~20060212 To 20060218 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20060309 01:19 | PY - Payroll | 6281930 | | CJ | ~20060219 To 20060225 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20060309 01:19 | PY - Payroll | 6281931 | | CJ | ~20060219 To 20060225 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20060313 22:30 | CN - Canteen | 6297828 | | CJ | ~Canteen Date : 20060313 | $0.00 | $11.82 | $0.00 | $0.00 |
| 20060315 23:39 | PY - Payroll | 6319462 | | CJ | ~20060226 To 20060304 | $2.00 | $0.00 | $0.00 | $0.00 |
| 20060315 23:39 | PY - Payroll | 6319463 | | CJ | ~20060226 To 20060304 | $0.00 | $0.00 | $2.00 | $0.00 |
| 20060322 20:18 | PY - Payroll | 6349933 | | CJ | ~20060305 To 20060311 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20060322 20:18 | PY - Payroll | 6349934 | | CJ | ~20060305 To 20060311 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20060329 23:30 | PY - Payroll | 6385249 | | CJ | ~20060312 To 20060318 | $4.00 | $0.00 | $0.00 | $0.00 |
| 20060329 23:30 | PY - Payroll | 6385250 | | CJ | ~20060312 To 20060318 | $0.00 | $0.00 | $4.00 | $0.00 |
| 20060406 08:53 | PY - Payroll | 6427442 | | CJ | ~20060319 To 20060325 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20060406 08:53 | PY - Payroll | 6427443 | | CJ | ~20060319 To 20060325 | $0.00 | $0.00 | $3.00 | $0.00 |
| 20060406 16:49 | IS - Interest | 6432819 | | CJ | | $0.38 | $0.00 | $0.00 | $0.00 |
| 20060406 16:49 | IS - Interest | 6432820 | | CJ | | $0.00 | $0.00 | $2.22 | $0.00 |
| 20060410 22:30 | CN - Canteen | 6460759 | | CJ | ~Canteen Date : 20060410 | $0.00 | $2.96 | $0.00 | $0.00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20061226 08:22

Page : 6

| Commit# : | W62661 | | | MCI CEDAR JUNCTION | | | | |
| Name : | HIGGINS, TREVOR. , | | | Statement From | 20050801 | | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20060831 | | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | | | |
| Cell/Bed : | 235 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060712 23:15 | TI - Transfer from Institution | 6990186 | | CJ | | $0.00 | $0.00 | $460.92 | $0.00 |
| 20060712 23:15 | TI - Transfer from Institution | 6990185 | | NOR | | $0.00 | $0.00 | $0.00 | $460.92 |
| 20060712 23:15 | TI - Transfer from Institution | 6990184 | | CJ | | $78.66 | $0.00 | $0.00 | $0.00 |
| 20060719 11:31 | ML - Mail | 7019593 | | NOR | ~7/6/06 NORFOLK CANTEEN REFUND | $1.41 | $0.00 | $0.00 | $0.00 |
| 20060719 11:31 | MA - Maintenance and Administration | 7019595 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060719 11:31 | TI - Transfer from Institution | 7019597 | | NOR | ~Associate Receipt Number is 7019593 | $0.00 | $0.41 | $0.00 | $0.00 |
| 20060719 11:31 | TI - Transfer from Institution | 7019598 | | CJ | ~Associate Receipt Number is 7019593 | $0.41 | $0.00 | $0.00 | $0.00 |
| 20060801 16:44 | IS - Interest | 7083229 | | CJ | | $0.50 | $0.00 | $0.00 | $0.00 |
| 20060801 16:44 | IS - Interest | 7083230 | | CJ | | $0.00 | $0.00 | $2.95 | $0.00 |
| 20060823 12:02 | VC - Voided Check | 7208998 | 38978 | CJ | ~A & B DISTRIBUTORS INC. | $15.90 | $0.00 | $0.00 | $0.00 |
| 20060823 12:02 | IC - Transfer from Inmate to Club A/c | 7209004 | | CJ | ~M & A FEE TO PROCESS STOP PAYMENT ON CHECK #68978~MAINTENANCE & ADMINISTRATION FEE - Z186~MAINTENANCE & ADMINISTRATION FEE - Z186 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060825 10:50 | EX - External Disbursement | 7226301 | 39766 | CJ | ~EDWARD R. HAMILTON | $0.00 | $32.06 | $0.00 | $0.00 |
| 20060825 10:50 | MA - Maintenance and Administration | 7226303 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| | | | | | | $719.72 | $772.79 | $1,385.53 | $1,239.26 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $61.41 | $463.87 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $36.58 | $475.79 | $11,297.28 | $0.00 | $11,297.28 | $0.00 |