CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

No. 06-1662

TONY B. GASKINS, ET AL.,

Plaintiffs, Appellants,

v.

DAVID NOLAN, ET AL.,

Defendants, Appellees.

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

JUDGMENT

Entered: September 5, 2007

The appellants have appealed the district court's grant of summary judgment in favor of the appellees.[1] We review the grant of summary judgment de novo. Ruiz-Rosa v. Rullan, 485 F.3d 150, 155 (1st Cir. 2007). After considering the parties' briefs and the record on appeal, we affirm the grant of summary judgment, entered on March 21, 2006, essentially for the reasons stated in the Magistrate Judge's Report and Recommendation, dated March 9, 2006, which the district court approved and adopted. We add only the following remarks.

Contrary to appellants' contention, to demonstrate a violation of their right of access to the courts, they are required to

---

[1] We grant the requests of Robert Brown and Mac Hudson to rejoin as appellants and grant Brown an extension of time to pay the filing fee. That fee shall be due on or before September 19, 2007.

demonstrate actual injury. See Lewis v. Casey, 518 U.S. 343, 349-53 (1996). This they failed to do. As for their claims of a violation of their right of access to counsel, the district court accurately described their claims as complaints of inconvenience that do not constitute a constitutional infringement pursuant to Turner v. Safley, 482 U.S. 78 (1987).

The judgment of the district court entered on March 21, 2006 is affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

By:_____

Chief Deputy Clerk.

[Cert. cc: Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: Gaskins, Tyler, Hudson, Simmons, Brown, Hardy, Moses, Bush, Jacobbe, Correa, Higgins, Odware, Rentsch, Ms. White and Ms. Peters]