Mr. Tony B. Gaskins
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Sarah A. Thorton, Clerk
United States District Court                April 28, 2008
1 Courthouse Way, Suite 2300
Boston, Ma. 02210


Re: Gaskins v. Nolan, et al.,
    No. 05-CV-10630-JLT


Dear Mrs. Thornton:

    Could you please send me a copy of the Judge's March ??, 2006 order adopting the magistrates report dated March 20, 2006. I really need this document right away in order for my Certiorari Pettition in the United States Supreme Court could go forward and not get dismissed.

    Thank you for your attention and cooperation in this matter.

                                          Very truly yours,

                                          Tony B. Gaskins, Pro se

cc/file TBG